# LAW OFFICES OF
# SNIDER & ASSOCIATES, LLC

| | |
|---|---|
| 104 Church Lane, Suite 100 | 410-653-9060 phone |
| Baltimore, Maryland 21208 | 410-653-9061 fax |
| www.sniderlaw.com | info@sniderlaw.com |

October 20, 2006

Judge Ellen Segal Huvelle
District Judge
United States District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

    Re:    Margaret R. Brantley v. Secretary, Department of Interior
             1:06CV01137

Dear Judge Huvelle:

    This letter is to confirm that Plaintiff has served the summons on each party, the Attorney General, the U.S. Attorney's Office and the Agency. Please find attached copies of the certified mail receipt forms and tracking confirmations as proof of service.

    If you have any further questions regarding this or any other matter, please do not hesitate to contact me.

                                      Respectfully submitted,

                                      _/s_____
                                      Ari Taragin, Esq.

Enclosures