

**UNITED STATES POSTAL SERVICE**

Home | Help

---

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0005 9120 9995**
Status: **Delivered**

Your item was delivered at 4:50 am on October 20, 2006 in WASHINGTON, DC 20530.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy




**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0005 9120 9988**
Status: **Delivered**

Your item was delivered at 4:50 am on October 20, 2006 in WASHINGTON, DC 20530.

Track & Confirm
Enter Label/Receipt Number.

[ Additional Details > ]  [ Return to USPS.com Home > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage: $ 1.11
Certified Fee: 2.40
Return Receipt Fee (Endorsement Required): 1.85
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 5.36

Summons
Complaint
Postmark Here

Brantley

Sent To: US Attorney's Office
Street, Apt. No.; or PO Box No.: 555 4th Street, N.W.
City, State, ZIP+4: Washington, D.C. 20530

PS Form 3800, June 2002   See Reverse for Instructions



UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0005 9120 9971**
Status: **Delivered**

Your item was delivered at 8:32 am on October 20, 2006 in WASHINGTON, DC 20240.

[ Additional Details > ]    [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.11 | Summons |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | Complaint |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.36 | Brantley |

7005 1820 0005 9120 9971

Sent To: Dirk Kempthorpe, Secretary
Street, Apt. No.; or PO Box No.: 1849 C Street, N.W.
City, State, ZIP+4: Washington, D.C. 20240

PS Form 3800, June 2002    See Reverse for Instructions