# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARET R. BRANTLEY, | ) | |
| Plaintiff, | ) | 1:06CV01137 |
| v. | ) | |
| DIRK KEMPTHORNE, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR, | ) | October 24, 2006 |
| Defendant. | ) | |

## PLAINTIFF'S MOTION RE: RETURN OF SERVICE

Plaintiff, by and through her undersigned counsel, hereby submits her Motion re: Return of Service and states in support thereof:

1. Plaintiff has served the summons on each party, the Attorney General, the U.S. Attorney's Office and Mr. Kempthorne.
2. Plaintiff attached copies of the certified mail receipt forms as proof of service.

Respectfully submitted,

_/s/_____
Ari Taragin, Esq.

Enclosures