

**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0005 9120 9995**
Status: **Delivered**

Your item was delivered at 4:50 am on October 20, 2006 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here

7005 1820 0005 9120 9995

Sent To: Attorney General of the United States
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue, N.W.
City, State, ZIP+4 Washington, D.C. 20530

PS Form 3800, June 2002   See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    10/20/2006



UNITED STATES
POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0005 9120 9988**
Status: **Delivered**

Your item was delivered at 4:50 am on October 20, 2006 in WASHINGTON, DC 20530.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Summons
Complaint
Postmark Here

Brantley

Sent To: US Attorney's Office
Street, Apt. No.; or PO Box No.: 555 4th Street, N.W.
City, State, ZIP+4: Washington, D.C. 20530

PS Form 3800, June 2002   See Reverse for Instructions

7005 1820 0005 9120 9988

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                10/20/2006



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0005 9120 9971**
Status: **Delivered**

Your item was delivered at 8:32 am on October 20, 2006 in WASHINGTON, DC 20240.

Additional Details >   Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

