UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET R. BRANTLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary )<br>United States Department of the Interior, )<br>)<br>Defendant. )<br> ) | Civil Action No. 06-1137 (ESH) |

**NOTICE OF APPEARANCE**

Defendant, Dirk Kempthorne, Secretary, United States Department of the Interior, respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2006, I caused the foregoing Notice of Appearance to be served on Counsel for Plaintiff:

Ari Taragin, Esq.
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, Maryland 21209
ari@sniderlaw.com

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney