UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET R. BRANTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1137 (ESH) |
| ) | |
| DIRK KEMPTHORNE, ) | |
| Secretary of the United States ) | |
| Department of the Interior, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>PRAECIPE</u>**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendant in the above-captioned case.

                           /s/
ALEXANDER D. SHOAIBI
D.C. BAR 423587
Assistant United States Attorney
555 4th St., N.W., Room E4218
Washington, D.C.  20530
202-514-7236