UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARGARET R. BRANTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1137 (ESH) |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the United States | ) | |
| Department of the Interior, | ) | |
| | ) | |
| Defendant. | ) | |

FIRST CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Defendant, by counsel, hereby moves for a modification of the briefing schedule in this case, extending all deadlines 30 days. The requested modification is merited for the following reasons:

1. Because of medical issues in her family, the deposition of Ms. Velma Mason did not occur until the end of November, and counsel only recently obtained that deposition transcript.

2. In addition, although plaintiff's medical records were requested both in written discovery and at the time of plaintiff's deposition, defendant has not yet received these records at the time of filing this motion. Counsel for plaintiff informed undersigned counsel that he just received these records last week, and plans to forward them to undersigned counsel.

3. Because Ms. Mason's deposition did not take place until a month after the discovery cutoff of October 31, 2007, and because defendant has not obtained relevant medical documentation almost two months after the scheduled close of discovery, defendant requests additional time to prepare the dispositive motion in this case.

4. Plaintiff's counsel consents to the requested modification of the briefing schedule..

5. Granting this enlargement of time would be in the interests of justice and would not result in any prejudice to plaintiff.

Wherefore, Defendant, by counsel, and with plaintiff's consent, moves that the deadline for filing dispositive motions be extended from January 7, 2008 to February 6, 2008; that the deadline for filing an opposition be extended from February 4, 2008 to March 5, 2008; and that the deadline for filing a reply be extended from February 22, 2008 to March 24, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4218
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that service of the foregoing Consent Motion to Modify Briefing Schedule has been made on plaintiff's counsel through the ECF system.

                                                    _/s/_____
                                                    ALEXANDER D. SHOAIBI
                                                    ASSISTANT UNITED STATES ATTORNEY