UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARGARET R. BRANTLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1137 (ESH) |
| DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, | ) ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

UPON CONSIDERATION of Defendant's Consent Motion to Modify Briefing Schedule, and it appearing that good cause exists for the requested modification, it is this _____ day of _____, 2007,

ORDERED, that the motion be, and hereby is, GRANTED, and it is further,

ORDERED that the deadline for filing dispositive motions be extended from January 7, 2008 to February 6, 2008; that the deadline for filing an opposition be extended from February 4, 2008 to March 5, 2008; and that the deadline for filing a reply be extended from February 22, 2008 to March 24, 2008.

_____
U.S. DISTRICT COURT JUDGE