UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| MARGARET R. BRANTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1137 (ESH) |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary of the United States | ) | |
| Department of the Interior, | ) | |
| | ) | |
| Defendant. | ) | |

SECOND MOTION TO MODIFY BRIEFING SCHEDULE

Defendant, by counsel, hereby moves for a modification of the briefing schedule in this case, extending all deadlines 3 business days.  The requested modification is merited for the following reasons:

1. Counsel for defendant has been diligently working on defendant's dispositive motion, but will be unable to complete it in time for filing on Wednesday February 6, 2008 because of conflicting obligations.

2. Granting defendant an enlargement of time to Monday February 11, 2008 will allow counsel sufficient time to complete the aforementioned dispositive motion.

3. Undersigned counsel left a telephone message for plaintiff's counsel to obtain his position on the requested enlargement of time but has not heard back from plaintiff's counsel at the time of filing this motion.

5. Granting this enlargement of time would be in the interests of justice and would not result in any prejudice to plaintiff.

Wherefore, defendant, by counsel, moves that the deadline for filing dispositive motions be extended from February 6, 2008 to February 11, 2008; that the deadline for filing an opposition be extended from March 5, 2008 to March 10, 2008; and that the deadline for filing a reply be extended from March 24, 2008 to March 27, 2008.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4218
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that service of the foregoing Consent Motion to Modify Briefing Schedule has been made on plaintiff's counsel through the ECF system.

                                                    _/s/_____
                                                  ALEXANDER D. SHOAIBI
                                                  ASSISTANT UNITED STATES ATTORNEY