UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET R. BRANTLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1137 (ESH) |
| DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of Defendant's Second Motion to Modify Briefing Schedule, and it appearing that good cause exists for the requested modification, it is this _____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, GRANTED, and it is further,

ORDERED that the deadline for filing dispositive motions be extended from February 6, 2008 to February 11, 2008; that the deadline for filing an opposition be extended from March 5, 2008 to March 10, 2008; and that the deadline for filing a reply be extended from March 24, 2008 to March 27, 2008.

_____
U.S. DISTRICT COURT JUDGE