UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARGARET R. BRANTLEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1137 (ESH) |
| DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, | ) | |
| Defendant. | ) | |

CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Defendant, by counsel, hereby moves for a modification of the briefing schedule in this case, extending all deadlines 4 business days. The requested modification is merited for the following reasons:

1. Counsel for defendant has been diligently working on defendant's dispositive motion, but will be unable to complete it in time for filing on February 11, 2008 because of conflicting obligations.

2. Granting defendant an enlargement of time to Friday February 15, 2008 should allow counsel sufficient time to complete the aforementioned dispositive motion.

3. Undersigned counsel received plaintiff's consent to the requested enlargement from plaintiff's counsel.

4. Granting this enlargement of time would be in the interests of justice and would not result in any prejudice to plaintiff.

Wherefore, defendant, by counsel, moves that the deadline for filing dispositive motions

be extended from February 11, 2008 to February 15, 2008; that the deadline for filing an opposition be extended from March 10, 2008 to March 14, 2008; and that the deadline for filing a reply be extended from March 27, 2008 to April 2, 2008.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4218
Washington, D.C. 20530
(202) 514-7236

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that service of the foregoing Consent Motion to Modify Briefing Schedule has been made on plaintiff's counsel through the ECF system.

                                                            _/s/_____
                                                            ALEXANDER D. SHOAIBI
                                                           ASSISTANT UNITED STATES ATTORNEY