UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET R. BRANTLEY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the United States )<br>Department of the Interior, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 06-1137 (ESH) |

ORDER

UPON CONSIDERATION of Defendant's Consent Motion to Modify Briefing Schedule, and it appearing that good cause exists for the requested modification, it is this _____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, GRANTED, and it is further,

ORDERED that the deadline for filing dispositive motions be extended from February 11, 2008 to February 15, 2008; that the deadline for filing an opposition be extended from March 10, 2008 to March 14, 2008; and that the deadline for filing a reply be extended from March 27, 2008 to April 2, 2008.

_____
U.S. DISTRICT COURT JUDGE