# EXHIBIT B

Transcript of Plaintiff Margaret Brantley

MARGARET BRANTLEY

Page 1

1  IN THE MATTER OF:

2  _____

3      MARGARET R. BRANTLEY

4          Complainant,

5                                  COMPLAINT NO.

6                                  OS-03-017

7  VS.

8

9  OFFICE OF THE SECRETARY,

10 ASSISTANT SECRETARY OF

11 INDIAN AFFAIRS

12         Respondent.

13 _____

14

15

16

17                  AFFIDAVIT

18         TRANSCRIPT OF PROCEEDINGS in the

19 above-entitled cause of the examination of, before the

20 EEO Investigator, Eddie Neal, on the 25th day of August,

21 2005, beginning at the hour of 10:16 a.m.

22

23 BY:  Denise M. Tamayo

24

25

Page 2

1  Good morning. My name is Eddie Neal, and I am the
2  EEO Investigator assigned to conduct the investigation
3  into the allegations of discrimination filed by Ms.
4  Margaret R. Brantley.
5  For the record, today is Thursday, August 25th, 2005,
6  and the time is approximately 10:16 a.m.
7  The claims that I will be investigating are being
8  read from an acceptance letter which is date-stamped
9  July 6, 2005, consisting of seven allegations. And
10 before I go through the actual allegations, I'll just
11 say that this letter is in further reference to your
12 complaint of discrimination, OS-03-017.
13 On June 22, 2005, the Office of Civil Rights received
14 an order for investigations, Equal Employment
15 Opportunity Commission from Richard E. Schneider,
16 Administrative Judge, dated June 22, 2005 ordering the
17 department to conduct a supplemental investigation into
18 the claims identified in the August 6, 2003, acceptance
19 letter that were not investigated. And investigate the
20 claims raised in your February and April amendments.
21 So that's actually what I will be doing, and this
22 consists of seven claims. And your primary allegation
23 is that you allege you were discriminated against on the
24 basis of race, African American; color, Black; sex,
25 female; age, 55 and reprisal for prior EEO activity when

Page 3

1  these seven incidents occurred.
2  But what I would like to do before we proceed any
3  further is to first allow you an opportunity to identify
4  yourself for the record. And spell your name as well.
5  My name is Margaret R. Brantley. The "R" is for
6  Roberta. My spelling of my last name is
7  B-R-A-N-T-L-E-Y.
8  Q. Okay. And Ms. Brantley, Let me also administer
9  an oath. Do you swear or affirm, under penalty of
10 perjury, that the information you provide will be the
11 truth, the whole truth and nothing but the truth to the
12 best of your ability or recollection?
13 A. I do.
14 Q. Okay. Now, what is your official Title, Series
15 and Grade?
16 A. My title is Administrative Officer, GS-341-11.
17 Q. Okay. And how long have you been in your current
18 position?
19 A. Since 1988 – I take that back. I've been in my
20 Grade since 1988. The title I received in 1995 when I
21 started working with the Office of Audit and Evaluation
22 for the Assistant Secretary of Indian Affairs.
23 Q. Okay. Now, did you say since 1998 or since 1988?
24 A. Eighty-eight.
25 Q. Eighty-eight. Okay. Now, who is your current

Page 4

1  supervisor – your first-line supervisor?
2  A. Debbie Clark.
3  Q. And how long has Ms. Clark been your first-level
4  supervisor?
5  A. Since August of 2003.
6  Q. Okay. Now, since these allegations go back to
7  1989, who was your first-level supervisor in 1989?
8  A. Philip Haymond was my first-line supervisor.
9  Well, Nancy Davis and Philip Haymond. Nancy Davis,
10 first. She was an Administrative Officer GS-12, and I
11 was trained to be on the same lines as she.
12 Q. And how long was she your supervisor?
13 A. About, I guess, a year.
14 Q. So, from 1989 to 1990?
15 A. Yes.
16 Q. And what about Mr. Haymond?
17 A. Mr. Haymond. I was being trained under Nancy to
18 work with Mr. Haymond as his administrative officer.
19 And I worked with him until -- Let's see, when did the
20 library split? I think it was in 1990, the library A-76
21 contracted out. That's A-seventy-six, which is
22 contracting out.
23 Q. Okay. And now, Let's go from 1990 to 2003. Who
24 were your supervisors in between that period?
25 A. I had Patricia Rogers, that's in the Graphics

Page 5

1  Office where I had to file a discrimination suit. Then
2  I went to -- to go to the Immediate Office of the
3  Secretary. Babbitt was in charge at the time, and I
4  worked under BJ Thornberry. And they didn't want me
5  there, so they forced me to work with the Assistant
6  Secretary of Indian Affairs. Let's go back to dates.
7  In 1995, I was -- to go to the Immediate Office of the
8  Secretary working under BJ Thornberry. She's the fourth
9  largest person in the department. She didn't want my
10 services. So, they wanted to keep the person that they
11 had already and told me to take a position in which that
12 girl was taken in officially.
13 That wasn't the way it could happen -- (Mr. Neal)
14 Okay. Well, actually, I'm just trying to get your
15 supervisors. We'll get into -- (Ms. Brantley continues)
16 Okay, BJ Thornberry, Linda Richardson. You got Patricia
17 Rogers – (Mr. Neal) Yes -- (Ms. Brantley continues) Up
18 to what year -- (Mr. Neal) Up to your present year --
19 (Ms. Brantley continues) Oh, OK. Jerry Fiely -- (Mr.
20 Neal) Okay. I'll tell you what we'll do. As we go
21 through the claims because maybe all these supervisors
22 were not involved. What I'll do, I'll just get them –
23 (Ms. Brantley) No. They all were involved -- (Mr. Neal
24 continues) Okay. Well, it will make it easier as we go
25 through the claims that way I'll know where they were

Page 6

1  involved because this way, I'm really not sure. Now,
2  you mentioned someone, Linda someone -- (Ms. Brantley
3  continues) Linda Richardson.
4      Q. Okay. Now, do they have your race listed
5  correctly for the record as African American?
6      A. Correct.
7      Q. Now, what is your date of birth?
8      A. Seven, seventeen, forty-seven.
9      Q. Okay. And that makes you how old?
10     A. Today, 58.
11     Q. Fifty-eight?
12     A. Yes.
13     Q. So, this 55 was back three years ago. Okay.
14  Well, let's start with your first allegation which is
15  you have been denied a promotion since 1989 while other
16  employees who worked for the assistant secretary's
17  office were higher grades. Tell me a little about that.
18     A. Well, In 1989 when I was working with Nancy Davis
19  that was the end of my settlement agreement. I had
20  filed third-party sexual harassment and settled with
21  Nancy Davis being my supervisor to train me to be an
22  administrative officer. Like I said, she was a 12 at
23  the time. While I was being trained on the same level
24  as she, I was to take over doing exactly what she was
25  doing with another office. I asked about getting a

Page 7

1  promotion then when I started with Mr. Haymond. They
2  told me since I'm no longer working for a director's
3  office, I am working for a division, I can't get a 12.
4  But yet, I'm sitting there doing the same work.
5         Then, later down the line when we contracted
6  out and I went to work with the Graphics Office in 1990
7  (this was '89-'90 with Nancy Davis), I asked about being
8  promoted. And they ended up putting me within a
9  division so I wouldn't be able to get a promotion.
10 Then, when I was transferred back to a director's office
11 under their Assistant Secretary for Indian Affairs, I
12 asked about a promotion. And they were saying they
13 couldn't give me one which was a lie because I was
14 working for an Assistant Secretary of Indian Affairs.
15 And everyone in the department working for an Assistant
16 Secretary was that of a GS12-13. And now they are
17 13-14. And I have not been promoted still.
18     Q. Okay. In 1989, you mentioned that you had a
19 settlement -- (Ms. Brantley interrupts) In 1988 was my
20 settlement -- (Mr. Neal continues) Okay, in 1988 was
21 your settlement. And what position -- you said you
22 received your current position as a result of that
23 settlement, correct?
24     A. Correct. My current grade.
25     Q. Okay. What was your grade prior to the

Page 8

1  settlement?
2      A. Prior to the settlement, GS-07.
3      Q. Okay. So prior to the settlement, you were a
4  GS-07 – (Ms. Brantley) Right. Okay. There's two cases
5  here within one. I filed one case. Within that case,
6  it ended up being settled in 1988, there was another
7  case filed within that for the GS-09 because I was a
8  secretary at the time I filed it. My title was a
9  secretary -- (Mr. Neal) So, you were a Secretary GS-07?
10     A. I was a Secretary GS-07.
11     Q. Okay – (Ms. Brantley) And then by the time I
12 settled the case in 1988, I got the nine. They created
13 the position administrative specialist for me. And I
14 got that nine, and then the following year in 1988 (that
15 was in 1987) I got the eleven – (Mr. Neal) Okay. So
16 at that time you received a GS-11, and what was your
17 title?
18     A. Administrative Specialist.
19     Q. Okay. So they kept you as an administrative
20 specialist?
21     A. Right.
22     Q. Okay. Now, do you remember when in '88 you
23 became a GS-11?
24     A. November.
25     Q. So, November '88?

Page 9

1      A. Yes.
2      Q. Okay. So, at that time you were in the office
3  with Ms. Davis. And you said that the other - (Ms.
4  Brantley) Either, I think it was Mr. Philip Hayman -
5  (Mr. Neal) Okay. All right. So, you were in the
6  office with one or the other, and you said the other
7  people were 12's. What were their titles?
8      A. They were management assistants and things like
9  that. And once I got the title administrative
10 specialist, then they changed their titles to
11 administrative specialist.
12     Q. Okay. So they - (Ms. Brantley) The department
13 changed the titles - (Mr. Neal) Okay. So they changed
14 them to administrative specialists as well. But they
15 were GS-12s - (Ms. Brantley) Right – (Mr. Neal) Okay.
16 Now, when we say they, give me some names?
17     A. I don't know the names. The administrative
18 officers that worked for the assistant secretaries --
19 everyone that worked for an assistant secretary, not
20 those directors or anything, but assistant secretaries.
21 You would be able to find the names of those. Laura
22 Curlett is one.
23     Q. Okay. Spell that name.
24     A. Laura L-A-U-R-A Curlett C-U-R-L-E-T, I think it
25 is. She worked directly with the Secretary's Office.

Page 10

1  Pat Watkins, she worked with Water and Science and
2  Minerals Management with the Secretary.
3  Q. Okay. Let me back up a little bit. Let's make
4  sure I can some more clarification on this. In November
5  1988, that is when you first received your GS-11?
6  A. Right.
7  Q. So, I'm assuming that typically it takes a year
8  before you are eligible for the next grade. Is that
9  correct?
10 A. Exactly.
11 Q. So, when you say in 1989, you were denied a
12 promotion, did you apply for a job in 1989, or did you
13 ask for an increase in the duties? What type of
14 promotion did you apply for in 1989 is what I'm trying
15 to get to.
16 A. Well, I asked for the accretion of duties from
17 the supervisor. The work in which I was doing was that
18 equal to the other administrative officers, so I asked
19 for a promotion from my supervisor.
20 Q. Okay. And which supervisor did you go to?
21 A. Philip Haymond.
22 Q. Okay. So, you went to Mr. Haymond, and you asked
23 for a promotion based on an accretion of duties?
24 A. Right. Also, I am 99 3/4% sure that it was Al
25 Camacho, too, in charge. And I spoke with him as well.

Page 11

1  Q. Okay. You are going to have to spell that name
2  for me also.
3  A. C-A-M-A-C-H-O, Albert.
4  Q. Okay. Albert. Spell that last name for me one
5  more time for me, slowly.
6  A. C-A-M-A-C-H-O.
7  Q. Okay. So you spoke to Mr. Haymond and Mr.
8  Camacho?
9  A. Right.
10 Q. Okay. And what did the two of them say?
11 A. That I was not working in a Director's Office. I
12 was working for a division.
13 Q. Okay. Now, what about these other women that
14 were GS-12. Were they working for a Director or were
15 they working for a division?
16 A. They were working for a Director.
17 Q. Okay. Now, was there anyone that was working for
18 a division similar to yourself that was a GS-12 that was
19 also an administrative specialist?
20 A. No. No. Not that I know of.
21 Q. Okay. Now, so once Mr. Haymond and Mr. Camacho
22 told you that the others were GS-12 because they were
23 working for a director versus a division, did that help
24 you any or was there a reason that you felt that that
25 was not believable?

Page 12

1  A. That was believable because of knowing that I
2  thought there was a way it would go. If you're working
3  for a Director you are a higher grade, like a secretary.
4  I was a secretary working for a director, and I was a
5  GS-07. So that's why I filed again within a case for a
6  GS-09 because of the people you actually work for. So
7  directors, yes, I would say they should be GS-12, but
8  doing the same thing I am doing. That is why I was
9  saying, since I was trained on Nancy's level, I felt I
10 should be able to get my GS-12.
11 Q. Okay. So, Let me help understand this again.
12 So, they worked for the director, and you worked for the
13 division. So you felt that they should have been a
14 higher grade than you because they worked for the
15 director where you worked for the division?
16 A. After they put me in with a division, yes. I
17 felt it, I mean, I understood it, but I didn't feel it.
18 I understood what they were saying. You are working for
19 a division which is a lower person than a director. So,
20 therefore, you can't get the grade.
21 Q. Okay. Now, help me. If that was the case, now
22 help me with the basis of your complaint because you are
23 saying you've been denied a promotion since 1989 where
24 others who worked for the assistant secretary's office
25 were higher grades. So, now I am trying to understand

Page 13

1  the basis of your complaint in allegation #1.
2      Okay. What I am saying is, I am doing the
3  same work as they are doing. Even though I was working
4  in a division at the time in 1989, I should have been
5  promoted. They could have changed the title or given me
6  — Not change the title, but I could have been a
7  management analyst and still had the same work. Do you
8  see what I am saying?
9  A. Okay. Not really. They could have switched your
10 title from administrative specialist to management
11 analyst?
12 A. Right.
13 Q. Okay. And how would that have helped you?
14 A. Then I would have been able to move up in grade
15 because even though I was working for a division, they
16 have management analysts, they have program analysts at
17 higher grades than an administrative specialist. They
18 were sort of like pinpointing that particular series.
19 No, we couldn't do that either. Then I would have to
20 just go back and say I should have been promoted to that
21 of a GS-12 because I was doing the work of a GS-12.
22 Irregardless of whether or not it was a division or in a
23 director's office because I'm doing the work.
24 Q. Okay. Now, let's talk about in your division.
25 Was there anyone else in your division that was doing

Page 18

1  on that particular question. So, did you ever speak to
2  anyone? You said you didn't speak to Ms. Richardson –
3  (Ms. Brantley) Yes – (Mr. Neal) Okay. So, who did you
4  speak with in reference to being promoted at that time?
5     A. James McDivitt. That was in 2000.
6     Q. Okay. Spell that name.
7     A. M-C-D-I-V-I-T-T. He's on the list I sent over to
8  you.
9     Q. Okay. So you spoke to James McDivitt in 2000.
10    A. Yes. And he was working with me to get me the
11 position of administrative officer GS12-13.
12    Q. So, he was working with you?
13    A. So I thought. Yes.
14    Q. Okay. Now, when you say he was working with you,
15 what did he do?
16    A. We generated a position description for the
17 GS12-13, and he submitted to Donna Brannen, who did not
18 work with us, and James McDivitt was under the
19 impression that she was going to work with us. She was
20 our personnel. She didn't work with us. She just gave
21 it back to him and told him that it was too vague. And
22 nothing ever happened from it. And I didn't know about
23 it until I called to find out what was the status on it.
24    Q. Okay. Now, tell me, when did you file your claim
25 of discrimination because it doesn't say here when you

Page 19

1  filed about the promotion in 1989. When did you file
2  that claim?
3     A. That claim. I don't know when I filed that one.
4  I'll have to go back in my records.
5     Q. Okay. Was Mr. McDivitt included in that
6  allegation?
7     A. In 1989? No.
8     Q. Okay. But did you mention the 2000?
9     A. Yes. That is the one I'm talking about now. The
10 one for 2003. All that is coming up now.
11    Q. Okay. So the 2000 was part of that?
12    A. Right.
13    Q. Okay. So Mr. McDivitt took it to Donna Brannen
14 said it was too vague. How do you spell Brannen?
15    A. B-R-A-N-N-E-N.
16    Q. Okay. So now once Ms. Brannen said it was too
17 vague, what happened then?
18    A. Nothing. They didn't follow through. By that
19 time, I'm being harassed, accused of nepotism by Donna
20 Brannen.
21    Q. Hold up. Let's follow this promotion thing
22 through first before we get to the nepotism.
23    A. Well, the promotion thing is going all the way up
24 until today.
25    Q. Okay. So, let's follow that through.

Page 20

1     A. Well, then if you follow that through, then we
2  got to go all the way through Donna Brannen and
3  everybody else as well.
4     Q. Okay. So, Donna Brannen said it was too vague.
5  When did you find out that she said it was too vague?
6     A. I found out about 2002. In 2002, I found out
7  that she said it was too vague. What month, I don't
8  know.
9     Q. And how did you find out?
10    A. By calling Donna and asking her what was the
11 status on the position.
12    Q. Okay. So, tell me why do you feel that Mr.
13 McDivitt discriminated against you in some type of way
14 if he actually submitted it for you to be promoted or
15 upgraded?
16    A. Because he is now my supervisor. After all these
17 other people. And I am trying to get this position, and
18 I'm working doing this position. He is the Deputy
19 Assistant Secretary for Indian Affairs. Okay? And I'm
20 directly under him. I'm explaining to him that I am the
21 only GS-11 working for an assistant secretary. And he
22 discriminated against me by not pursuing it by not
23 working with me any further on it. He is what I
24 consider a passive person. He just goes where the wind
25 blows, I guess.

Page 21

1     Q. Okay. Now, when do you think he found out about
2  Donna Brannen indicating that it was too vague?
3     A. I don't know. But Donna has told me that she had
4  told him that. Although, he didn't come back to me and
5  tell me.
6     Q. Okay. So, now let's follow it up a little
7  further. Once you found out that she felt that it was
8  too vague, what was then done?
9     A. Nothing.
10    Q. Okay. Did you go back to Mr. McDivitt and tell
11 him that it was too vague?
12    A. Yes. I went back to him. And I told him that
13 what Donna had said and can we work on it. And he said,
14 "Well, no. Let's just wait." And so then I had
15 mentioned about a desk audit a long time ago. I am
16 being shipped all over the place. Its not a straight
17 pattern like you are trying to get it to be, but because
18 of the fact that I'm being shipped all over the place.
19    I am now up in what 1800 G Street at this point.
20 After I found out they said it was too vague, I am now
21 shipped to 1800 G Street to work. My office was taken
22 from me. And I was sent to 1800 G, and my office was
23 given to a GS-non secretary. I am made now to walk
24 three blocks. So, while I'm there, and Mr. McDivitt
25 gives me a call and said come on over to the main

Page 22

1  interior because I want an audit done. I said, "Audit?"
2  If I am going to have an audit, then I need to have the
3  audit at my desk.
4      No, come on over here. So I came on over, and
5  there was somebody there by the name of Pearl. I don't
6  know. She was with Fish and Wildlife Service Personnel
7  Office. I don't know her last name. And I never got a
8  copy of the report today, and I have been asking for it
9  for a long time. In that discussion with Pearl,
10 McDivitt told Pearl that I would be handling all the
11 offices. And they were reorganizing Assistant Secretary
12 of Indian Affairs, all the offices under the Assistant
13 Secretary for Indian Affairs.
14     And it was in the records that I would have a
15 staff as well, of three people. So there would be a
16 total of four of us. And I would have the staff, and I
17 would hire them. So, that wasn't an audit because I
18 never got to show her any of the work I did or anything.
19 And the position description that McDivitt and I
20 generated wasn't the one that Pearl had. Then I talked
21 with Pearl and told her about the position description
22 that he and I generated. So, we pulled that out, and
23 McDivitt said yes, this is the description. And Pearl
24 said, Oh, great. This is the one we should be using. I
25 really honestly don't understand what took place, but

Page 23

1  they are telling me, and when I say they Debbie Clark.
2  Woody Hopper is another person who is involved in this
3  because he got the results I understand. But later I
4  found out it was to be whether or not my position was to
5  stay under Mr. McDivitt. And the answer was yes, I
6  should stay under McDivitt, the Assistant Secretary.
7  But like I said, I haven't seen a report. There is a
8  report out there that is supposed to be, some were
9  saying, that it was an audit and some saying that there
10 was just no where the position should be. I don't know
11 what it is. It could not have been an audit because the
12 audits you normally have at your desk. And I was not at
13 my desk nor was I given the opportunity to show the
14 young lady what I did.
15   Q. Okay. So, with that, was there any mention of
16 your promotion?
17   A. No.
18   Q. When speaking with Pearl, was there any mention
19 of your promotion or an alleged promotion or anything
20 like that?
21   A. No.
22   Q. Okay. So, after that, did you have any other
23 conversations with anyone else about being promoted?
24   A. Yes.
25   Q. When and with whom?

Page 24

1   A. Debbie Clark. I was detailed to the Budget
2  Office. Prior to that, I had a discussion with Debbie.
3   Q. Okay. When was that?
4   A. Let me see if I have it on this paper. It was
5  probably, the beginning, what is this month? This is
6  August. I'll say February. No. I have to say in
7  January. I think it was January.
8   Q. Of 2005?
9   A. 2005.
10  Q. Okay. So, let me get this straight. So,
11 McDivitt said something to you in 2000. He submitted
12 something. The next discussion was in 2002. And then
13 you didn't have another discussion until 2005?
14  A. No. I have been asking for them all along. All
15 along between that period of time I have been asking for
16 a promotion. But no, I have not just been dormant.
17  Q. Okay. Now, what reason did Debbie Clark?
18  A. Well, let me explain this to you. Debbie came
19 down, let's say in January/February of -- when did Diane
20 Murth leave -- 2003 when McDivitt ending up leaving and
21 Diane Murth came over and took over my job. Okay?
22 Woody Hopper put her in my place. I was accused of
23 nepotism by Woody Hopper and Donna Brannen.
24  Q. Okay. We're going to get to those. See, if we
25 start mixing and matching it's going to be hard for

Page 25

1  someone to decipher your allegations. And that's why I
2  am trying to keep them. I know they go together some
3  way, but I'm trying to keep your promotion stuff
4  together. Like right now, we're really on your
5  allegation #4 because it says on February 11, 2005, you
6  were denied a promotion, so it looks like -- (Ms.
7  Brantley)Now that one was another one. That is not what
8  you're talking here -- (Mr. Neal) See, we are still
9  trying to get through others with higher grades with
10 your promotion, so I don't really want to deal with the
11 nepotism right now, the other allegations. Let's just
12 stick with your promotions.
13  A. Well, Okay. If we can. Okay. I know what
14 you're saying. You don't want to, but the point is we
15 may have to in order for me to get the situation in hand
16 for you to understand because you're saying from 2003 or
17 2002 to 2005 you didn't ask for promotions then? And
18 that is not true. So, the point is all along these
19 peroids of time, I am being shifted. I am not sitting
20 at one particular place. I'm not just dormant.
21  Q. No, no. It's fine to say you were shifted, but I
22 don't want to digress into why you were shifted.
23  A. Okay. Keep me on the track. Okay. So, in 2000
24 is when I first approached McDivitt. 2002 is when we
25 talked again and we started generating the PD. 2003 I'm

Page 26

1  taken out of my status position. Okay? Someone else is
2  put over top of me. It was 2004. In 2004, Debbie came
3  down and told us that, when I say "us" (Daphne Berwald
4  and myself) that a position is being advertised at a
5  GS12-13 administrative officer, and she wanted both of
6  us to apply for it. And by that time, Woody Hopper had
7  already told Daphne Berwald that he wanted her to come
8  up there, lock, stock and barrel. And it said in the
9  position that Denise Desidero was sitting in and run the
10 front office and work a little for him. Debbie came
11 down and said she wanted us to apply for this
12 administrative officer position sitting in the position
13 that Denise Desidero was sitting in and running the
14 front office. So, I asked Debbie then, I said, "Since
15 you already gave the position to Daphne, are you still
16 going to promote me." She says, "There is only one
17 position." I said I understand that. But since you
18 already gave it to Daphne, Can I still be promoted? And
19 she said, "Nobody is going to hold your hand." Okay.
20 So that was in 2004. What month, we are going to have
21 to always find out when Daphne went upstairs. Okay.
22     Q. Okay. Now, let me make sure I am understanding
23 this. Debbie Clark same down in 2004 and told you and
24 Daphne to apply for the administrative officer GS-12-13.
25 Did the two of you apply?

Page 27

1     A. No because it didn't come up. They sent Daphne
2  on up there.
3     Q. So the announcement never came out. And they
4  moved Daphne into the position that was alleged to be
5  announced?
6     A. Right.
7     Q. So, when she went upstairs, they moved her into
8  an administrative officer GS-12 position?
9     A. They changed her title. They gave her another
10 title. It wasn't administrative officer and gave her a
11 GS-12.
12    Q. Okay. Now, what was her race?
13    A. Indian.
14    Q. And approximately how old was she?
15    A. She was fifth something.
16    Q. Do you know whether she had any prior EEO
17 activity?
18    A. She had a problem, but I don't know if she ever
19 filed.
20    Q. So, now when you say they put her in that
21 position, you are talking about Debbie Clark and who
22 else?
23    A. Woody Hopper.
24    Q. Okay. Did they give you an opportunity to apply?
25    A. No. I was then, later (let's say some months

Page 28

1  later) detailed to the Office of Budget. And Debbie
2  told me -- they just forced the detail on me -- to the
3  point I had to ask why was I being detailed. Debbie
4  stated that I was being detailed because the
5  administrative officer GS-12 left, she said her name
6  Juanita Mullen left and Karen Needy, the secretary,
7  GS-07 was out with her mother's illness, and the
8  administrative officer left to go to another job. And
9  it was best thought that I would be able to handle the
10 position. An announcement is being done, and if I
11 wanted the position, I can apply for it like everyone
12 else.
13    Q. Okay. And what grade was that position?
14    A. GS-12.
15    Q. Okay. Did you apply?
16    A. Yes I did.
17    Q. Okay. Before I ask you any more about it, is
18 that the one where we are down here, you were denied a
19 promotion?
20    A. Right.
21    Q. Okay. All right. Now, before we get to that,
22 are we finished with?
23    A. No.
24    Q. Okay. Let's go further with that then -- (Ms.
25 Brantley) With the other promotions -- (Mr. Neal) Yes.

Page 29

1     A. Okay. Let's see. Jerry Fiely. Let's see.
2     Q. Let me ask, how is Jerry Fiely spelling that
3  name?
4     A. F-I-E-L-Y.
5     Q. F-I-E-L-Y?
6     A. Right.
7     Q. And how about Jerry?
8     A. J-E-R-R-Y.
9     Q. Okay. Now, you mentioned a Karen Needy. How is
10 Needy spelled in that last name?
11    A. N-E-E-D-Y.
12    Q. You mentioned a secretary also. I can't remember
13 her name?
14    A. She's a secretary. The other one was an
15 administrative officer, and that was Juanita Mullen.
16    Q. Okay. How does she spell her name?
17    A. M-U-L-L-E-N.
18    Q. Okay -- (Ms. Brantley) And Daphne Berwald. She
19 was a secretary before -- (Mr. Neal) Okay. How is she
20 spelling her first and last name?
21    A. D-A-P-H-N-E, B-E-R-W-A-L-D.
22    Q. W-A-L-Z?
23    A. No. W-A-L-D as in "dog".
24    Q. Okay. Okay. Okay. Tell me about the rest of
25 the promotions in that chain.

Page 30

1  A. Okay. Dr. Mason, she is the Office of Alcohol
2  and Substance Abuse Prevention. She had wanted me to
3  work with her at a higher grade. And they wouldn't
4  allow me to go and work with her. That is one. That
5  was back in -- Let's see, when was this? This was
6  around 2000, I'm not sure when I set up her office. But
7  I can find that out or you could talk with her, too,
8  because that was one of the people I wanted you to talk
9  with. When was it? It would have to be back in between
10 2000, I guess 2000/2002 or 1999 or something like that.
11 Around in there.
12 Q. Okay. And she wanted you to work in her office?
13 A. Right. And they wouldn't allow it. We asked
14 McDivitt, and we asked -- who was that other person?
15 Q. Okay. Now, how does that relate to promotions?
16 A. That would have been a promotion.
17 Q. So, she was asking you to work in her office as a
18 GS-12?
19 A. Yes.
20 Q. Now, was there a vacancy? Or how were you going
21 to take the FTE over to her office?
22 A. Well, that is something they would have worked
23 out. They were looking at. And then later on after all
24 this came down, Woody said, "You want to go work with
25 Dr. Mason's office? Like that, you know. And by that

Page 31

1  time they had sent her from the Office of the Secretary
2  to the Bureau and Woody is Indian. I said, I am not
3  Indian. She said, oh, oh, yes. Like that. So while
4  she was with the Office of the Secretary, which I could
5  have easily done, they wouldn't hear of it. Then when
6  they sent her to the Bureau, and now he is going to ask
7  me if I want to go work with her. And I cannot do that
8  because I was not Indian, and it is Indian preference.
9  Q. Okay. All right. Anything else in that chain.
10 A. Okay. Yes. Let's go back to the budget person.
11 I think that is it until I think of something else in
12 between that, Okay? -- (Mr. Neal) Okay -- (Ms. Brantley
13 continues) Now we are at the Office of Budget and Debbie
14 is saying, "Do you want the job? Apply for it." I
15 applied for the position on-line. You have to go
16 through the computer to do it.
17 Q. Hold up. I thought you said the announcement
18 never came out. Or are we talking about a different
19 position?
20 A. No. This is a different one. This is after they
21 took Daphne upstairs. I am now being detailed to the
22 Office of Budget with Juanita Mullen and Karen Needy.
23 Juanita left to go to another agency. Karen Needy was
24 out with her mother's illness. Okay -- (Mr. Neal) Okay
25 -- (Ms. Brantley continues) And Debbie instructed that I

Page 32

1  could apply for the position along with everybody else,
2  and if I wanted the job. I applied for the job on-line.
3  And Victor Christensen, he was the Acting Director of
4  the budget office when I went to work with him. Okay?
5  He had applied for the Budget Directorship of
6  that office. I applied for the Administrative Officer
7  position of that office. He did not get the
8  directorship for that office. Mary Jane Miller received
9  that duty, that position, for directorship. When she
10 came on board, the first thing that she said to me when
11 Debbie introduced her to me was, "How did you get in
12 this position?" Negative. It was not a nice question
13 or anything. It was very negative.
14 It was just Debbie, Jane and myself in my office.
15 So to the point that I just said, "Debbie" and pointed
16 to Debbie. And then Debbie was squirming and said,
17 "Margaret so graciously volunteered to come and work in
18 this office, and we advertised the position." And when
19 she told her all of that, I knew I wasn't going to get
20 the position. So the next thing I knew, the office I
21 had held in the Budget Office was next to the director
22 of it. When that took place, the next thing I knew, I
23 was being shipped from that office and put in with
24 someone else that had their own office as well. And
25 that was Emily Thomas. And I'm not sure why Emily's

Page 33

1  name is on your paperwork. I was put into her office.
2  Later, after I was moved from my office to her
3  office, I checked to see the status of the position that
4  I had applied for. And it was cancelled. Now, mind
5  you, I'm on detail. So then, Donna Brannen said, "Oh,
6  it was cancelled." And I said Oh, I said, "why?" Oh,
7  she just said it was cancelled. So then, I talked to
8  Debbie. Debbie said, "Jane had the right to select the
9  people that she wanted." That's what I got from Debbie,
10 a quote. She could have selected from all of us who
11 applied, but she cancelled the job because I had
12 applied.
13 Q. Okay. Now, is this that 2005?
14 A. Yes.
15 Q. So, this is your allegation #4 on February 11,
16 2005, you were denied a promotion.
17 A. Right.
18 Q. Okay. So, I just want to make sure. So that
19 position was cancelled, and no one was selected.
20 A. Right. As far as I know. It was cancelled, but
21 she brought someone on who sat at the desk that I was
22 sitting in.
23 Q. Okay. And this was the position that you were
24 detailed at?
25 A. Correct.

Page 34

1  Q. So they moved you out of the detail, and they
2  brought someone else in?
3  A. They brought someone else in, but I'm not sure
4  what they have her doing. They could have her doing
5  something else, but they did bring somebody else in.
6  Q. Okay, but the main thing is that no one was
7  selected for this position. Is that correct?
8  A. Right.
9  Q. Okay. And it was cancelled?
10 A. Right.
11 Q. What was the title of the position?
12 A. Administrative Officer.
13 Q. Okay. And what grade?
14 A. GS-12.
15 Q. Okay. Do you happen to have a vacancy
16 announcement number?
17 A. I probably can look in my paperwork at home --
18 (Mr. Neal) Oh, Okay -- (Ms. Brantley continues) From
19 that point -- we are not finished with the promotions
20 again, Okay? Or supposed promotion. After my detail
21 was up with Mary Jane, Sally Hampton told me about a
22 position with Robert Middleton. He was the Director of
23 Indian Energy Resource Development. I went to work with
24 him, and he talked about a GS-12 position with my
25 working with him permanently for a GS-12 position. I

Page 35

1  said fine. And my work was so good that he gave me a
2  half a day off, twice.
3      While I was giving him my leave slip, and the
4  date is on that so that is why I am saying leave slip.
5  I had to get the date off it as to when he made this
6  statement. If I continued to work the way I'm working,
7  then he would look at giving me a GS-13.
8  Q. Okay. Now, let me interrupt you for a second.
9  The reason I am interrupting you is it does not appear
10 you filed a claim of discrimination or anything after?
11 A. All of this, this is what I am talking about now,
12 the judge said it wanted include. This is what you are
13 to investigate now.
14 Q. You see, now this is the -- I guess the way that
15 they -- (Ms. Brantley) Yeah. He is saying all of this
16 is going to be accepted -- (Mr. Neal) Okay. Now, what
17 was in your amendment because let me (tape ends).
18 Q. Okay. We are back on the record. I was asking
19 you about your amendments, and you were getting into
20 another promotion opportunity. So tell me a little bit
21 about that?
22 A. Once I was finished with my detail with the
23 Office of Budget, I went to work with Robert Middleton.
24 And he had stated that I could be permanently be working
25 with him as a GS-12, Program Analyst. He even started

Page 36

1  an appraisal form for me. Later, when I was giving him
2  my leave slip for the year, he mentioned to me, if I
3  continued the good work I was doing, then he would look
4  at the possibility of my getting the GS-13. And that is
5  what ended with the promotions so far. But I was later
6  dismissed from his office.
7  Q. Okay. Now, why where you dismissed from his
8  office.
9  A. He claimed that he could no longer trust me. He
10 said that he told me that he did not want a wall going
11 up in my office because in the offices I was sitting in,
12 there was a large refrigerator, two-door. It had water
13 coming out that type of refrigerator, out of the door.
14 And he had a microwave, a coffee pot, and he used a coat
15 closet as his pantry. And I was saying let's put this
16 wall up, so he could have his own little kitchenette
17 because that is what he seemed he wanted. So he asked
18 me why do I need a wall up after I had told him about
19 having a little kitchenette. So, I didn't say any more
20 to him. I went to my boss, since I was on detail for
21 him and told her, Sally (I said my boss because she is
22 the mediator between me and Debbie) and told her what
23 had just taken place.
24     And she said, "Oh, we could put a wall up"
25 because my office had jurisdiction on how to have space

Page 37

1  arranged. So she said, we could put a wall up. Nothing
2  took place at that time. But later when I ran into the
3  guy that could build the wall and the guy that would pay
4  for the wall.
5  Q. Now, is this the part down her where you were
6  denied a petition wall in your office space?
7  A. Yes. Exactly. Exactly.
8  Q. Okay. Go ahead. Keep telling me about that.
9  A. Okay. When I ran into the two guys (Matthew --
10 (Mr. Neal) Spell that last name -- (Ms. Brantley
11 continues) C-R-A-V-A-T-T. He is the one who may have
12 paid for it, or I would have paid for it. Both of our
13 money comes out of the same area. Harry Cold Dog, he is
14 the one who was to build the wall. When I ran into both
15 of them into Matt's office and asked when was my wall
16 going to be put up (because Harry had told me that he
17 had spoke with Bob and Bob was in agreement with the
18 wall going up. So that is when I ran into them (and
19 nothing had taken place) so when I ran into the both of
20 them in Matt's office, I asked when was my wall going
21 up?
22     Harry said well, we are just waiting to see who
23 is going to pay for it. And I said Matt. And Matt
24 said, you can pay for it. So, I said okay. E-mail me
25 and e-mail Bob as to when, how much and the times that

Page 38

1  they were planning on putting up the wall. And I
2  spelled out both my name and Bob's name for him to
3  e-mail us. And that was on a Wednesday morning I did
4  this.
5       What date? I'm not sure right now. I got it on
6  the paperwork, but I don't have the paperwork before me
7  right now. Then, Thursday morning, Matt came and asked
8  me whether or not I heard from Harry. And I said no.
9  Okay, he is going to contact Harry. So, Thursday
10 morning also, Bob came to me again and said you are
11 doing such a good job, take a half a day off tomorrow.
12 Which would have been Friday. And I said, Bob,
13 remember, I am to be off the whole day Friday. And he
14 said well take it whenever you want to.
15      So, when I came in Monday, Bob came into the
16 office (before I took off my coat) and said, "We got to
17 talk." And I said okay. So I took my coat off and went
18 into his office. And he said didn't I tell you I didn't
19 want a wall up? I said no. What you told me was why do
20 we need a wall up? And I said but Harry told me he had
21 spoke with you, and you were in agreement with the wall
22 going up. He said he never talked to Harry.
23      Well, we need to call Harry and Matt in here
24 because I had told Harry to e-mail both of us as to when
25 this was going to take place. I didn't see any

Page 39

1  indication that the wall was going up when I got back
2  Monday. So, about two o'clock that evening, Harry and
3  Matt came into the office. And Bob proceeded to say
4  that he was getting conflicting information. That is
5  why he called the meeting. Then Harry interjected and
6  said "When I talked with you some time ago," — speaking
7  of not recently but some time ago — "you did not seem
8  to be in agreement with the wall going up. And he said
9  you were going to talk it over with Margaret.
10      So I said you did talk with Bob then. And Harry
11 didn't say anything. And so then I said Okay. Now,
12 back up. I said then you told me that you spoke to Bob,
13 and he was in agreement with the wall going up. Harry
14 hesitated to the point that Bob interjected and said, he
15 reached out his hand to him like putting it on his knee,
16 like that type of "reach out." And said, I understand
17 you do good work. Everybody says you do good work.
18      I'm not going to bother your position. I
19 understand you do good work. Matt interjected and said,
20 "I don't think he does good work." So, Bob went back
21 again and said, "everybody but Matt thinks you do good
22 work". Harry asked with whom should he speak regarding
23 Bob's office? Bob said speak to him. Harry said okay.
24 He never answered the question. He shook Bob's hand.
25 He shook my hand and left.

Page 40

1       That was the end of the meeting. Oh, no I take
2  that back. Bob had said, "Margaret pushed this, didn't
3  she because she wanted this wall going up?" That is
4  what he told Harry. And Harry didn't answer that one
5  either. And I just said. Yes, I wanted the wall up.
6  That is all I said. So that is what happened.
7       So, the next day, Bob called me in the office,
8  and said he spoke with Sally and he spoke with Debbie
9  and told them that he could no longer work with me. And
10 that I was to be moving soon. And I just said fine and
11 left his office. So that was the end of my tenure with
12 Bob.
13     Q. Okay. Now, let me stop you right there. Since
14 we are on this wall. So, why do you feel that
15 discrimination occurred?
16     A. Bob was told prior to my coming on board that I
17 had a case in. I don't know all that he was told. But
18 he told me when I went on the interview that Sally had
19 told him about my discrimination suit. Bob was in the
20 process of trying to get some money out of Debbie. So,
21 I am thinking that Debbie, in order for him to get the
22 money, he felt that he needed to cater to Debbie. So
23 that is why he agreed to my coming on board. And
24 thinking he is telling me all these things about getting
25 promoted and all that other stuff because he knew the

Page 41

1  situation that I was trying to get a GS12-13. Okay?
2       Once he probably found out that he didn't have to do
3  that, I think he no longer wanted me there. So, he
4  found some type of reasoning behind this to get rid of
5  me. So this is what happened. I feel that he just felt
6  that he didn't want me there because I don't know what
7  reason because I did my work to the point that he gave
8  me two half-days off for doing a good job. So the
9  discrimination is there because of the fact that I think
10 he was just trying to assist Debbie with the claim of my
11 not being able to do work or whatever. Not being
12 trusted or whatever. I have no idea. But as far as
13 discrimination is concerned, I just put it all together.
14     Q. Okay. Look. Let me ask this question just
15 because of what I am hearing. Okay. Now, Mr. Middleton
16 was aware that you had an EEO complaint existing when he
17 allowed you to come to his office. Is that correct?
18     A. Right.
19     Q. And it is obvious that he probably knew that part
20 of your complaint was asking for a promotion. Is that
21 correct?
22     A. Correct.
23     Q. Okay. So, assuming that he knew that and he
24 accepted you into his office, then my question is why
25 would he put you out of his office because of those

Page 42

1  reasons when those were the reasons that he accepted you
2  into his office?
3   A. To get in good with Debbie. That's just like,
4  okay, I can help you hurt her stressfully because I am
5  definitely stressed and mentally. Okay? They have a
6  way of consolidating their efforts of harassment. And
7  this was definitely one of those ways.
8   Q. Okay. Not to cut you off, but it sounds like the
9  two of you, you and Mr. Middleton got along until this
10  wall incident occurred.
11   A. Right. He is probably looking for -- oh, before
12  then, let me back up. I had a jury-duty case I had to
13  go on. And here is where the trust issue came up before
14  then. I had a jury-duty case. And I told him that I
15  had to go on jury duty on such-and-such a date. I'll
16  give him the paperwork when I return. He said if I
17  can't trust you with that, what can I trust you with?
18      And that struck me as very odd then. So,
19  then now he comes up with the wall bit, and now he is
20  saying he can't trust me? It was something he was just
21  waiting to find, some type of reason, for him to be able
22  to dismiss me. But because he had agreed to take me to
23  work with him. He could not find any reason. So this
24  was one of them to do what he wanted to do or however he
25  wanted to do to harass me. Retaliate and harass me and

Page 43

1  whatever word I am missing to use in a situation of this
2  nature.
3   Q. Okay. All right. So it seems like we have
4  covered your claim one, your claim four, and your claim
5  seven. Let's go back to your claim two. You have been
6  denied communication access such as e-mail service since
7  March 2002. Tell me a little bit about that.
8   A. When I was working with Diane Murth, Diane had --
9  (Mr. Neal) Diane? What is her last name? -- (Ms.
10  Brantley continues) Murth, M-U-R-T-H. I could not
11  e-mail anyone. Any e-mails I received, I had to give
12  them up. Woody Hopper -- well, we would have to go back
13  -- that is the situation. Okay? I have to go back in
14  order to tell you about nepotism in order to get to
15  Diane. The reasoning behind the e-mail situation is
16  because of the fact that I am being stripped of my
17  duties. Right now, today (as of today), I am not doing
18  any work.
19   Q. Okay. Let's talk about this e-mail for a little
20  bit. Was anyone else in the office e-mail?
21   A. No.
22   Q. So, no one else did not lose e-mail access?
23   A. No.
24   Q. And this had nothing to do with, I know for a
25  period anyone dealing with the Bureau of Indian Affairs?

Page 44

1   A. No. This does not have anything to do with that.
2   Q. Okay. Okay. Well, go ahead and proceed. You
3  said you had to go back in order to come up to tell me
4  how this applied.
5   A. Okay. That deals with nepotism. That deals with
6  me being stripped of all my duties. That deals with
7  Woody Hopper. I have to go back to when James McDivitt
8  was my boss. Back to 2002. Velma Mason. I'll start
9  with Velma Mason. She -- (Mr. Neal) You said Velma,
10  V-E-L-M-A? -- (Ms. Brantley continues) She came to me
11  as the administrative officer and asked me for do I know
12  of anyone that would be able to assist her for two weeks
13  at a low-grade, and she needed them the following week.
14  I told her no, I do not. That is such a short notice
15  for anyone to be able to accommodate her at that short
16  notice.
17     I said, well, wait a minute. Let me check. So
18  then I checked. My daughter is a realtor. I didn't
19  tell her I said, let me check. So anyway, I told her
20  there may be someone. Let me get their resume, give it
21  to her. She can look it over and talk with the person
22  and see whether or not she is of interest to her.
23     When I gave her the resume. She looked it over.
24  She talked with my daughter. And then when she told me
25  that she wanted her, I told her it was my daughter.

Page 45

1   Q. Were the last names the same?
2   A. No. So she had said that she wanted her to work
3  with her. She called Donna Brannen and told Donna
4  Brannen that she wanted this child to work with her.
5  And it would be at a GS-06, and she is to start that
6  Monday, whatever that Monday was, March the 24th. Okay?
7  When Michelle came on board, there was no one there to
8  greet her. So she ended up calling me. I went down and
9  picked her up from the front desk, took her up to
10  personnel to Donna Brannen.
11     Donna Brannen prior to told me that she had a
12  general position description that she could use for this
13  child because of the fact that it was only for two weeks
14  at a GS-06. When I took her up to Donna Brannen, Donna
15  Brannen then tells me she doesn't have a PD. I said
16  well I'll have to go get one. As administrative
17  officer, I had to go get one. From another department,
18  another bureau, National Park Services is where I got it
19  from. So I took it back down to Velma Mason and told
20  her that she needs to look this over and see how she can
21  adjust this position description to suit her needs.
22  While we were down working, Michelle (is my daughter's
23  name, Michelle Steele) she -- (Mr. Neal) S-T-I-L-L --
24  (Ms. Brantley continues) No. S-T-E-E-L-E, Steele.
25     She was being sworn in. She got sworn in. They

Page 46

1  brought her back down to do the work. She started
2  xeroxing for Velma because she had talked with Velma,
3  and she started doing some work. Woody Hopper and Donna
4  Brannen came down together. Woody Hopper started
5  pointing his finger at me and Shelley and Dr. Mason.
6  Pointing to me, he said, "You go with Donna Brannen."
7  He pointed to my daughter and said "You are coming with
8  me." He pointed to Velma and told her to stay in her
9  office.
10     I said, "What is going on?" They wouldn't answer
11  any of my questions. So as I was going with Velma,
12  Woody had my daughter, and he wanted to know how did she
13  came about to being hired? Well, anyway, let's go with
14  my part first.
15     Q. Okay. Well, let me get you back on track.
16  Because the nepotism is not part of this, but -- (Ms.
17  Brantley) Yes it is -- (Mr. Neal) Because it says you
18  were denied communication access. Where is the nepotism
19  part in your allegations of discrimination?
20     A. Because it's there. That is the beginning of my
21  complaint. That is the whole beginning of my 2003
22  complaint. And this is what the judge knows because I
23  told him again on the phone. He says all of this is
24  going to be included. And because of the nepotism is
25  the reason why I was denied e-mail, being able to do

Page 47

1  anything. And he also knows that I am not doing any
2  work right now. So he said all of this is to be
3  included.
4     Q. So this happened in 2002. So, you haven't been
5  doing any work since 2002.
6     A. I haven't done any work since August of 2003.
7     Q. But I thought you were in Mr. Middleton's office
8  in?
9     A. Yes, I was detailed to them. But I soon got away
10  from them. If you notice what I said. Shortly
11  thereafter, I was let go. And then my detail was up for
12  120 days. None of my administrative work was being
13  done.
14     Q. Okay. So who is doing your job right now?
15     A. It started out between Daphne Burwald, Iris
16  Winston, Matt Cravatt, Sally Hampton. I don't know what
17  Juan is doing. Juan is Black. But he, I don't even
18  need to mention him. Who else is doing my work?
19     Q. Okay. So who took your duties away?
20     A. Woody Hopper and I have to say Debbie because she
21  is still allowing it to happen. She is taking more
22  duties away.
23     Q. Okay. So, your duties were taken away after that
24  meeting that day between you, your daughter and Dr.
25  Mason, from that incident?

Page 48

1     A. No. No. My duties were taken away after James
2  McDivitt left. James McDivitt was my boss.
3     Q. Now, you said McDivitt left in 2003?
4     A. Right. Woody Hopper became my boss after
5  McDivitt left, and he stripped me of all my duties then
6  because of the nepotism incident.
7     Q. Okay. The nepotism incident happened in March of
8  2002?
9     A. Exactly. No, in 2000, when was it? 2004? (Mr.
10  Neal) Well, you see something is wrong here -- (Ms.
11  Brantley continues) Wait a minute, 2004 the nepotism
12  incident happened, I think -- (Mr. Neal) Well, maybe
13  this letter is wrong. It says you have been denied
14  communication access such as e-mail service since March
15  2002 -- (Ms. Brantley continues) Okay. Yes. Okay I
16  understand what happened. When they moved me from my
17  office, and they moved me up to 1800 G, I had access to
18  nothing. Okay. That is what happened. They had not
19  connected me to anything because they connected
20  themselves, all the offices, to the Bureau of Indian
21  Affairs.
22     My work and all my connections came from the
23  Department, Office of the Secretary. The Department as
24  a whole, okay? Therefore, hooking me up to the Bureau,
25  I still would not have been able to deal with any of

Page 49

1  them because I don't deal with them. I deal with the
2  employees. When I get information from the Department,
3  I give it to the employees. I cannot get information
4  from the employees because I am not hooked up to the
5  Department anymore because they moved me up to 1800 G.
6     That is what happened. And I kept asking for
7  hook up, and I never got it until -- When did I get it?
8  I got some type of -- they ended up bringing a computer
9  up there. Everybody else was hooked up. Okay? Just
10  me, it was just my position because of the position I
11  was in that was not hooked up. I am trying to think
12  when I got hooked up. I have an e-mail somewhere that
13  tells me when I got hooked up. I'll have to get that to
14  you, what date. But it was after Diane Murth came on
15  board some time after because she kept asking m am I
16  hooked up yet?
17     Q. Okay. Now, did they provide a reason why you
18  could not be hooked up?
19     A. No. I kept asking McDivitt because McDivitt is
20  my boss now, at this time. And I say now because in
21  2002 -- Like I said, officially, I was under the Office
22  of Audit and Evaluation. Right? They ended up sending
23  that office to 1800 G. I was then under McDivitt, James
24  McDivitt. I think it was 2001, early 2002 or something
25  like that. So, McDivitt left. I'm getting confused

Page 50

1  now. But that is the reason why I was not hooked up to
2  any emails. And then later after I got e-mails, I was
3  told after I got back to the building, we ended up
4  coming back to Main Interior. Then I was denied not to
5  be able to do any e-mails at all.
6      Q. Okay. Now, were there any other employees from
7  your division or your office located at 1800 G Street?
8      A. No. Yes. Yes. Yes. That I worked for? I
9  mean, question me again.
10     Q. Okay. No I was just wondering whether there were
11 any other?
12     A. There was no one in my status.
13     Q. Well, no. Not your status, I'm just trying to
14 see if any of your co-workers were also located at that
15 particular building?
16     A. Yes. Co-workers as far as the people I work
17 with -- (Mr. Neal) Yes. As an administrative officer,
18 yes. Other offices, there were four offices that were
19 assigned up there. And I had the Office of
20 Administrative Services up there. And I am the only
21 person in the Office of Administrative Services. Okay?
22     Q. Okay. Let me get to the rest of my question
23 first. Now, did the other people that worked there, did
24 they have e-mail access?
25     A. Yes.

Page 51

1      Q. Okay. Did you have a computer?
2      A. Yes.
3      Q. So, how were they able to connect and you were
4  not?
5      A. If they connect me to the Bureau, it would not
6  have done me any good because of the fact that nothing
7  that the Bureau had to say applied to me.
8      Q. Okay. How were the other people connected? Were
9  they connected to the Bureau?
10     A. They were connected to the Bureau, and they
11 talked among themselves. Now, my position is to tell
12 them what the department is saying and relay any
13 information that I have.
14     Q. Okay. So, when you say you didn't have e-mail
15 service, you didn't have e-mail service at the
16 department level, but you had it at the Bureau level?
17     A. No. I didn't have any. You can't hook me to one
18 or the other. Okay. If you hook me to the Bureau,
19 there is nothing I can get from the Bureau. That is
20 what I am saying. But they didn't hook me to the
21 Bureau, either. No. I didn't have either.
22     Q. Okay. Okay. Now, I think this may also tie in
23 with your next allegation. Your allegation number three
24 that says your office was taken away. You were not
25 given proper facilities to do your work. And you were

Page 52

1  made to walk three blocks to perform your duties.
2      A. Exactly.
3      Q. Okay. Well, tell me about that also because
4  somehow or another the two might link together.
5      A. Well, when the Office of Audit and Evaluation
6  went up to 1800 G, I was to remain. You can speak with
7  Jerry Fiely on this. I was to remain at the office
8  because all my work was there at the deparment. So, I
9  was to remain at the department. James McDivitt, I
10 don't know what happened. He just said, "Everybody go"
11 just like that. I guess he got mad about something. I
12 told him, I said I was to remain there.
13         All my work is here. It's going to be a
14 hardship on me because the majority of the people I work
15 with are here. I work with the Assistant Secretary. I
16 have to come over here every day in order to do my work.
17 And I said also, I don't have the departmental hook up.
18 They were talking about it was going to cost $25,000, or
19 something like that, In order for me to get hooked up
20 with the department from up there to here. So, he ended
21 up saying, "Well, once everything gets settled, I'll
22 bring you back." Like that, you know. And I said, Oh.
23 Uh, huh.
24         You know, I have to walk three blocks every day.
25 Now, mind you other offices were up there. And some of

Page 53

1  the people had to walk back to Main Interior. But they
2  didn't have to do it every day like I did. Therefore, I
3  had to come over to the deparment. Not only to see the
4  offices that I was working with under the Assistant
5  Secretary for Indian Affairs, but I had to go to the
6  department level and go to Budget, Procurement,
7  Telecommunications, Finance, you name it, I had to do
8  it. And walking, carrying my coat because I didn't have
9  any space over here.
10     Q. Okay. Now, when you were moved to 1800 G Street,
11 I think I heard you say that there were some other
12 people that he moved as well. How many people did he
13 move?
14     A. Four offices.
15     Q. So, he moved four offices all at the same time?
16     A. I was the last one to be ordered to go.
17     Q. Okay. Now, what was his rationale for moving the
18 four offices as well as you?
19     A. I don't know. Cheaper space, I guess. But we
20 all are not there any more. So, I don't what it was. I
21 don't know what the rational was.
22     Q. Okay. But you were not the only person impacted.
23     A. No. I was the only person impacted severely.
24     Q. Okay. And it says your allegation #5, on January
25 12 or 13, 2005, you were requested to pack office

Page 54

1 supplies in spite of your previously injured back which
2 you re-injured while packing. Tell me a little bit
3 about that.
4    A. I had taken my back out, and while I was out
5 convalescing under the doctor's care, Sally called me.
6 And this is dealing with the Mary Jane incident when she
7 came on board and didn't want me in her office. And she
8 asked how did I get my position. And I had to move from
9 the office next to her and move into the office of Emily
10 Thomas. Everyone had their own office. And Sally
11 called me and asked me if I could come in the next day
12 to come and pack and I told her no. That I probably
13 could try and do it Monday, but I'm still under the
14 doctor's care.
15    So I came in Monday trying to pack because Mary
16 Jane no longer wants me there. So while packing, I had
17 to try to be careful, a paper fell, and I went to catch
18 it. And that is how I re-injured the back again. And
19 took it out again. But I was still taking the medicine
20 and everything that I had at home. But I had to stay, I
21 think I stayed home, another day or two after that. If
22 not, I could stoke myself up and came in sick because I
23 didn't have to do any work or whatever. But I had to
24 lay on a heat pad, too, once I got home.
25    I'm not sure. I think I did stay home a few days

Page 55

1 after that.
2    Q. Okay. Now, who was it that told you to pack?
3    A. Sally Hampton. She said I was going to have help
4 from Matthew Cravatt. But when I got there, no boxes
5 were in the room. And the guys who moved me came early
6 that morning when I got there. I said look I don't even
7 have any boxes, so nothing is packed up. So that is
8 what happened.
9    Q. Okay. Now, you probably told me, but where were
10 you moving from and where were you moving to?
11    A. I was moving from the office next door to Mary
12 Jane Miller who is the new director now who did not want
13 me working with her, who also cancelled the job that I
14 had applied for as administrative officer GS-12 in her
15 office. From next to her to another room with Emily
16 Thomas next to that room I was in. And she did not need
17 the room. She ended up making my room a conference
18 room. We already had a conference room. So, she had
19 them move the table out of the conference room that was
20 already established along with a polygraph phone into
21 the room. And she turned around and asked me, before
22 she did this, what are we going to do with this room?
23 And I felt that was a needle or a slap in my face saying
24 "We don't know what we are going to do with the room,
25 but you are not going to be in it.

Page 56

1 That type of thing. This is the attitude. This
2 is the mentality of these people. So, I said, I don't
3 know, and I just left. I'm trying to keep my cool. But
4 that is what happened. So I re-injured myself packing
5 boxes to move from the office that Mary Jane no longer
6 wanted me in that was close to her.
7    Q. Okay. Your allegation #6, on or about January
8 24, 2005, you were denied a private office and denied a
9 key to your office. Tell me about that.
10    A. Okay. The office I had was private. This was
11 still with Mary Jane. The office I had was private, and
12 everybody else had their own private office. The key to
13 the office, now it's a conference room, and I had my
14 files in there because of the fact that I could not take
15 them into the office in which I was being assigned with
16 someone else. So they stayed in there. So I needed the
17 key to the office. Karen Needy came to me and said Mary
18 Jane does not want me to have a key to this conference
19 room.
20    I said it's a conference room and my files are in
21 there. She says she doesn't want you to have a key to
22 it. She told that to me twice. So I am denied. And
23 Karen is Mary Jane's secretary. She only wanted Karen
24 to have a key to the conference room.
25    Q. Okay. Now, tell me, why do you feel your age

Page 57

1 played a factor in all of this?
2    A. Now, there is something you didn't ask me, and we
3 have to back up. The position I am in, no other Blacks
4 were there in the position, no other Blacks within a
5 status position that I held. I held the position of
6 Administrative Officer for the Assistant Secretary of
7 Indian Affairs. I did a very good job prior to Woody
8 Hopper's accusation of nepotism, Woody's and Donna
9 Brannen's accusation, knowing that it wasn't nepotism.
10 My color is dark in complexion. I was the only Black
11 female in this type of position. The only aged person
12 in this position. So, my age, my color, my race, my
13 gender, all of this, and I am the only Black person,
14 dark in complexion, sitting up in a conference with the
15 Assistant Secretary and all the directors having a
16 meeting with them. And it was frowned upon.
17    So they had to find a way of getting me out of
18 this position. And this is how they did it. Now, mind
19 you, too, I received $24,000+ dollars plus a quality
20 step increase for my work. So it is not my work. But
21 the reason why I am in the position I'm in now with no
22 work to do.
23    Q. Okay. Well, let me ask this. Because you said
24 that it was frowned upon with you being in a meeting
25 with all of those individuals. Has anyone ever made any

Page 58

1  comments or has anything ever come back to you that was
2  allegedly said about your race or your skin colon or
3  anything about you being in those meetings?
4      A. I'm trying to think who said it. I can't
5  remember who said it. I have a bad tendency of trying
6  to dismiss a lot of things that happened to me until it
7  comes up again because I cry. Like if I hurt my arm on
8  a wall, I'll hollar "ouch" right then and there, and
9  then later I'll look at it and say, "how did I do that?"
10 You know, one of those types of things because I dismiss
11 the pain. I'm sorry. It's a thing of my being, like I
12 said, a status position, not just a position. It's a
13 thing of my being seen that they did not approve of.
14      Later they ended hiring a whole lot of African
15 Americans in the front office. And they soon got rid of
16 all of them out of that area because they looked and saw
17 all these African Americans there, and they said, "Oh my
18 gost, get rid of them." And I heard them say that.
19     Q. Now. When you say who heard them say that, who
20 is them?
21     A. Who was it at the time? Beth Terranova hired
22 them, and she is white. And they were all low grades,
23 like GS-04 and maybe two GS-10 or something like that.
24 Debbie Clark was mad with Beth because she hired them.
25 So, Beth fell out of favor with Debbie Clark. She is

Page 59

1  still out of favor, I think because of that.
2      Q. But who was it that said, "get rid of them"?
3      A. I don't know. I'm trying to think. I'm trying
4  to think. I don't want to lie on no one. I can't
5  recall exactly who said it. But they started getting
6  rid of them. And they got rid of all of them. I don't
7  have to say who did it because I can't say right now who
8  did it because there was a concensus between Debbie
9  Clark and Woody Hopper. I'll just say those two. But
10 they got rid of them.
11     Q. Now, do you know why they got rid of them?
12     A. I feel they got rid of them because of the fact
13 of their color. That is just like what I was saying
14 about the conference meeting. I was the only one
15 sitting up there in the conference room. Now, Woody was
16 known as a "hatchet person" or whatever, I don't know.
17 Some other people know what name they gave him. But I
18 heard "hatchet person." But once they brought him on
19 board is when I started having problems. I guess they
20 couldn't figure out how to get rid of me without him. And
21 then they trump up a charge on nepotism to get rid of
22 me.
23     Q. Okay. All right. Well, have you spoken to
24 anyone about the fact that you're not doing any -- (Ms.
25 Brantley) Yes -- (Mr. Neal continues) Okay. And who did

Page 60

1  you speak with and when?(tape stops) -- (Mr. Neal
2  continues) Okay. Who did you tell about that?
3      A. I told the judge. I told Debbie Clark. In fact,
4  let me talk about that. I went to Debbie and I told
5  Debbie about the PD that Jim McDivitt and I had
6  generated. And she said she didn't know anything about
7  that. And she said, well, give it to me. I can
8  incorporate it into the duties you are doing now.
9      In other words, she'll just add some of the
10 duties to my GS-11, and not give me a higher grade. So
11 I never gave it to her. That's how she said it to me.
12 I asked Sally for some work. I told her I had nothing
13 to do, and would she give me some work. So, she gave me
14 some spreadsheets to do. Sally stated that she had
15 spoke with Debbie, and Debbie had said. I don't know
16 what she really said, but she said that she spoke to
17 Debbie.
18     I wanted to take training, and I was being denied
19 training. And Debbie told her for me to take classes
20 that's related to my job. Everything is related to my
21 job as an administrative officer. So Sally said she
22 asked Debbie what is her job? She said financial
23 analyst. Now, my title is administrative officer. So
24 she told her to tell me to take financial financial
25 analyst courses. So that's when she started giving me

Page 61

1  some spreadsheets to do.
2      I did those spreadsheets. I finished those. I
3  did a powerpoint presentation. I never worked in Exel,
4  and I never worked in powerpoint, but they gave those
5  duties to me. And I was able to complete them. So,
6  that is what is going on. I did not give Debbie the PD
7  because Diane Murth had taken some of the duties out of
8  the PD and added it to, so I have an accretion of
9  duties, now.
10     If you get an accretion of duty, you should get a
11 higher grade. She took some of the duties out of the
12 GS-12-13 position and added it to the GS-11 position
13 that was already established. And just added it to it,
14 no grade to it, and called it an accretion of duties.
15 And Donna helped her do that. So, Donna Brannen, I
16 think she is a white racist. And for some reason, she
17 has it out for me. For what reason, I cannot tell you
18 because I had to work closely with her. And I can work
19 with anyone regardless of what they do.
20     But she did not want me working with her for some
21 reason. And they allowed that to happen. In fact, I do
22 not, like I said, I do not do any personal, I do not do
23 anything. One of the director's came to me and said
24 that the men's bathroom is stopped up. Get it fixed.
25 To the budget for some of the offices. And now they

Page 62

1  have split all of my duties up to all these people and
2  first there were about seven to eight people they split
3  it to. And then, now, I don't know how many people it
4  is. But I have none of them.
5    Q. Okay. All right. Well, we've covered a lot, and
6  it looks like we've covered all seven of your
7  allegations. Is there anything else that you would like
8  to add that maybe I didn't ask or is there anything you
9  would like to add that I did ask that you would like to
10 elaborate upon?
11   A. Yes, there is. But I want to submit to you a
12 write-up that I need to give to you. It is something
13 that's going to be like an affadavit, too. So you can
14 look it over and abstract from it or just attach it to.
15   Q. Okay. Now is there anything in there that is
16 different from what you've said?
17   A. Yes, because we did not go over the nepotism
18 part.
19   Q. Oh. I thought you went over the nepotism. Well,
20 go ahead and tell me -- (Ms. Brantley) We did not finish
21 the nepotism. We did not finish any of that part, and
22 that is the main part -- (Mr. Neal) Well, tell me more
23 about your nepotism. Hold on. Let me interrupt you
24 now. I'm not going to stop you from submitting the
25 document. I just want to know if there was anything

Page 63

1  different. You can still submit it to me, but you can
2  tell me about the nepotism as well.
3    A. Okay. Velma Mason wanted to have somebody for
4  two weeks. I got my daughter. She was sworn in. She
5  actually did some work. Donna had to call Woody because
6  Woody wouldn't have known anything about anything.
7  Donna called Woody, and I assumed she told him about
8  nepotism because Michelle put on her paperwork my name
9  as her mother. When Woody came down and did all this
10 pointing and we ended up discussing the situation, he
11 and I.
12     He wouldn't answer any of my questions. He asked
13 me if I knew what nepotism was. And I told him what it
14 was. And I said, "is there any meaning other than this
15 that I don't know about?" He didn't answer me. I said,
16 "you're not going to hire Michelle Steele to work with
17 Velma Mason are you?" He said, "I don't know, yet." So
18 later, he fired her after I finished talking with him,
19 and after he talked with Michelle.
20     And I guess he talked to Velma (Dr. Mason). And
21 then while Dr. Mason and I was getting something
22 together, Michelle came back to the office and said that
23 he fired her. And I said, "what?" And then Woody came
24 and ordered my daughter out of the building. And my
25 daughter used to work there before, so she belongs to

Page 64

1  the credit union, so he couldn't order her out of the
2  building. He ordered me out of the building. Now, all
3  my work is here in the building. I told him all my work
4  was in the building.
5     "You either leave this building right now, or I'm
6  going to take you to McDivitt." I said, "Let's go." So
7  we went to McDivitt. By the time we went into
8  McDivitt's office, and Woody said, "I suggest you tell
9  her to get out of this building, now." And by the time
10 I turned to McDivitt, Woody walked out of the office.
11 So, I turned to McDivitt and said, "Do you know what is
12 going on?" He said, "something about nepotism." I said
13 you know this is not nepotism, don't you?"
14    He didn't say anything. So, I said, "Oh, so
15 you're not going to say anything, huh? So, he didn't
16 say anything. I said, "Do I have to leave this
17 building?" He said, "No. You don't have to leave the
18 building, but don't work with Velma Mason anymore." And
19 I said okay. I didn't even question it.
20    I didn't say a word. So then he says, "But no,
21 you can go ahead and do your work in the building." So
22 then, I had to go back down because I left my stuff with
23 Velma. So I told Velma that I am not to work with her
24 anymore. And that she is to contact I or McDivitt. Can
25 I tell her to contact him? He said yes. So I told

Page 65

1  Velma to contact McDivitt if she needed any work. Velma
2  ended up contacting McDivitt.
3     McDivitt ended up giving me the question to
4  answer, the project to do. Not the project that
5  Michelle was doing, but whatever else she had that she
6  needed some answers to. So, I gave the information back
7  to McDivitt. And McDivitt says, you give it to her.
8  Like that, you know. So, I said, huh. So I looked at
9  him.
10    And so then, I di'dnt give it to her, really. I
11 just told him to go ahead and give it to her. So, he
12 said, you go ahead. And he said it again. So, I just
13 went on and gave it to her then because I didn't want to
14 be written up for insubordination. So then he said, as
15 I was ready to go out the door, "you can start working
16 with her again." Now, mind you, my daughter has been
17 fired. And first he tells me, "Not to work with Velma
18 Mason."
19    Now he is telling me to work with her because my
20 daughter is no longer working with me. And Woody is
21 fine. So, then I started working with Velma. They gave
22 the position that Michelle was to do to Daphne Berwald
23 to do. Now, she was a GS-11. Now, mind you, this
24 position was a GS-06. They gave it to Daphne Berwald to
25 do.

Page 66

1  So now, I just didn't feel like being bothered,
2  really, with working with anybody. So, I still worked
3  with them, but I didn't feel like it. My mentality was
4  sharp.
5  Q. Now what year was this that this occurred?
6  A. This was 2004. McDivitt left in 2004, I believe.
7  Q. Because at first, you said he left in 2003.
8  A. Okay. I'm not sure which year now.
9  Q. Let me tell you another reason why I asked this.
10 You just said that at the time Daphne was a GS-11. But
11 earlier, and maybe it's just the dates (and that is why
12 we need to get these dates right) because at one point,
13 you were telling me that they moved Daphne to a
14 different position and made her a GS-12.
15 A. Right. Daphne got her GS-12 just recently.
16 Okay?
17 Q. Okay. Now, you said in 2004, they moved her and
18 gave her a GS-12.
19 A. They moved her upstairs in 2004.
20 Q. So, did this happen before she got her promotion?
21 A. Yes.
22 Q. Okay. Go ahead. I'm sorry. I didn't mean to
23 interrupt you.
24 A. Okay. Once McDivitt left in July or June (I
25 forgot when he left) of 2004, I believe. No. No. He

Page 67

1  left in July of 2003. Now I am getting confused by my
2  dates. July of 2003, McDivitt had to leave. I can get
3  the dates for you when he left. They should be in the
4  record somewhere.
5      When he left, they put Woody Hopper as my boss.
6  Now, if you look at the organizational chart, McDivitt,
7  then me and then the staff, everybody under there. Now
8  its Woody, me and the staff. When I say "staff" its all
9  the other offices, not staff, but just all the other
10 offices. So because of the nepotism incident, Woody
11 strips me of my status position with him that I would
12 have been able to get a GS-12-13 under. He put me not
13 only under a director, but put me under a director's
14 division. And they put Diane Murth over top of me. And
15 then all my duties started dissipating from then.
16     So that is the nepotism they accused me of. And
17 that was the way they were able to strip me of my status
18 position as Administrative Officer for the Assistant
19 Secretary.
20 Q. Okay. Now, let me ask this because I keep
21 hearing you say nepotism. Is there some type of policy
22 in the agency where two people of the same family cannot
23 work together?
24 A. Evidently not because if you look at the
25 department in the office in which I work, you would have

Page 68

1  found two sisters, one sister is supervising another, a
2  husband and wife working in the same office, same Bureau
3  on the same floor next door to one another.
4  Q. Okay. I'm going to ask you to identify those
5  people for the record.
6  A. For the record, you have Janine Brooks
7  supervising her sister Gail.
8  Q. Hold on. Let me interrupt you one more second.
9  Are any of these people, were they under Woody's
10 supervision?
11 A. Yes.
12 Q. So, they were under Woody.
13 A. They are under Woody's supervision and under
14 McDivitt's supervision.
15 Q. Okay. Go ahead and finish then.
16 A. Under the Assisant Secretary's supervision.
17 Q. Now also when you identify them, tell me their
18 race and their approximate age, if you happen to know.
19 A. They are Indian, and the ages are younger than I
20 am. I don't know their ages. I have no idea. And then
21 there is Jeanne Maybee and her husband Peter Maybee.
22 Q. How are they spelling their last names?
23 A. M-A-Y-B-E-E. They work for the Bureau of Indian
24 Affairs, and they were supervised under Woody,
25 definitely under Woody, because Woody was the Director

Page 69

1  of Human Resources for the Bureau, not the Office of the
2  Secretary, but the Bureau of Indian Affairs. And they
3  are under the Bureau of Indian Affairs. That is why I
4  am questioning why Donna would call him.
5  Q. Hold on, there. Help me a little bit. Was he
6  over the Bureau? Oh, that's right. You said he was the
7  Assistant Secretary or Assistant something.
8  A. No. Back up. Woody was the Director of Human
9  Resources for the Bureau of Indian Affairs. But
10 officially, he was the Office of the Secretary employee
11 doing the work of Director for the Bureau of Indian
12 Affairs during the nepotism part. Okay? When McDivitt
13 left, he became the Deputy Assistant Secretary for
14 Management that McDivitt once held, my boss.
15 Q. Okay. Now, so these other people that you are
16 talking about, they are Bureau of Indian Affairs
17 employees?
18 A. Right.
19 Q. But what about for the Office of the Secretary,
20 where were any family members working there?
21 A. Yes. But I got to find out who they are. Other
22 people know who they are. They just told me. I said, I
23 know. And they started naming all these people. And I
24 really have to go back and ask who was who.
25 Q. Why did Woody say this was nepotism?

Page 70

1  A. He didn't. He never said it. But he asked me
2  the question, "Do you know what nepotism is?"
3  Q. Did he do anything to Dr. Mason?
4  A. No.
5  Q. What is Dr. Mason's race?
6  A. Indian.
7  Q. What is her approximate age?
8  A. She is also a little younger than me. I think
9  she is younger than I am. So, she is about 56 or 57.
10 Q. So nothing was done to her? None of her duties
11 were stripped?
12 A. No.
13 Q. Okay. Did you ever ask him why your duties were
14 stripped?
15 A. No.
16 Q. Okay. Anything else you want to tell me about
17 this nepotism?
18 A. The fact that my daughter did do some work.
19 Under this authority, I want that to be on the record as
20 well. She came to work because I want compensation for
21 her.
22 Q. The document you have. How many pages is it,
23 approximately?
24 A. Maybe 12.
25 Q. Would you like to fax that to me or would you

Page 71

1  rather mail it?
2  A. I could fax it to you. I could fax it to you --
3  (Mr. Neal) I'll give you my fax number when we go off
4  the record. And you can fax it to me.
5  Q. Is there anything else you would like to add that
6  maybe I didn't ask?
7  A. Yes. Well, I guess you don't need to ask about
8  training and stuff because I said I was stripped of all
9  of my duties. And I have been denied training.
10 Q. Okay. Now, are there any other documents you
11 want to submit other than this 12-page document?
12 A. Yes. I can submit the PD, the e-mails that
13 McDivitt and I had addressed regarding the position
14 description. And if not, I could give them to you
15 later. I have the position description, I think, of the
16 job in which McDivitt and I generated and the position
17 description where Diane Murth added some duties that
18 showed the accretion of duties.
19 Q. Here is what I'll do then. I think I have your
20 e-mail address, but at the end of this, I'll get your
21 e-mail address. I'll send you all my contact
22 information, and you can just mail me everything. And
23 if you have that 12-page document, if you have it via
24 e-mail, you can e-mail me that also, but you can still
25 mail it. That way, I'll have the signed copy as well.

Page 72

1  A. Okay. I'll probably end up faxing that to you,
2  as soon as possible.
3  Q. Now, is there anything else that you would like
4  to add that maybe I didn't ask or anything else you
5  would like to elaborate upon?
6  A. They have promoted everybody. Everybody has been
7  promoted. And now they are looking at promoting them
8  again. Daphne is looking to get into GS-13. Iris is
9  looking to get into GS-13. Now, I've trained Daphne and
10 Iris.
11 Q. What is Iris' last name?
12 A. Winston. She was the secretary at the time there
13 was a GS-09 that took my office when I was forced to go
14 up to 1800 G. She is now a GS-12. When she came on
15 board, I did the paperwork.
16 Q. What is her race?
17 A. She is African-American. 1995 was when the --
18 came about. Oh, yes we didn't go back that far. I need
19 to go back from 1988 up until now because we did not
20 talk about Patricia Rogers' Office. And I only
21 mentioned a case with Linda Richardson finding out and
22 then started treating me badly. Once they find out that
23 I have a case, then I was started to be treated badly.
24 Before, everything is fine until they find out that I
25 had a case in. And then, once they find out, then I am

Page 73

1  treated the way I am being treated now. So this is what
2  has been going on.
3  With the timeframe, as soon as they find out,
4  this is what happens. Linda Richardson found out about
5  the case that I had with Graphics. And Graphics found
6  out, well, they knew because I had just settled
7  basically, and coming from the library, and coming from
8  under Nancy Davis, and prior to that was the settlement
9  of my case. So, they all knew and Sally could tell Bob
10 about the situation that I have a case in. All of it is
11 interlocking, and it has been systemic in nature as to
12 their actions towards me. I have individuals asking me,
13 "what did you do to these people?" "Your work is good
14 and everything." But they just are constantly not
15 promoting me. And others see this, and it's
16 embarrassing and stressful. Extremely stressful.
17 Q. Okay. All right. Well -- (Ms. Brantley) No. We
18 didn't do all of it from the time that I settled the
19 last case up until today is what I have been going
20 through -- (Mr. Neal) Okay. Now, is it contained in
21 that document that you are going to send to me?
22 A. Yes. I started from, one second -- (Mr. Neal)
23 Well, let's reference that document also, so that we
24 keep saying that document. Reference it by the title
25 and date so that we'll know what that document it is

1    when I attach it to this transcript.
2    A. Okay. I am calling it my Affidavit. And as far
3    as the date, I am bringing it from 1989 -- (Mr. Neal)
4    No. What I am talking about is there a date on that
5    document, like the date you signed it -- (Ms. Brantley)
6    Oh, I haven't signed it yet -- (Mr. Neal) Okay, so it
7    will be dated today -- (Ms. Brantley) Yes. It will be
8    dated today -- (Mr. Neal) Okay. August 25th, 2005 --
9    (Ms. Brantley) Right -- (Mr. Neal) Okay.
10   Q. Is there anything else you would like to add?
11   A. No. I can't think of anything right now.
12       Well, based upon that comment, the time is now
13   approximately 12:45 p.m. And that will conclude this
14   portion of the interview.
15
16
17
18
19
20
21
22
23
24
25