# EXHIBIT D

Executive Summary of
A Study of Management and Administration:
The Bureau of Indian Affairs



A Study of

Management

and

Administration

of The Bureau

of Indian

Affairs

000240

**Officers of the Academy**

Jonathan B. Howes
*Chairman of the Board*

Feather O'Connor Houstoun
*Vice Chair*

R. Scott Fosler
*President*

Jane G. Pisano
*Secretary*

David S.C. Chu
*Treasurer*

**Panel Members**

Royce Hanson, *Panel Chair*
*Wilson H. Elkins Visiting*
*Professor, University of*
*Maryland, Baltimore County*

Eddie Frank Brown
*Associate Dean/Director,*
*Buder Center for American*
*Indian Studies, Washington*
*University*

Mark W. Cannon
*Venture Capitalist*

Bernard Martin
*Consultant*

Jacqueline Rogers
*Senior Fellow, School of*
*Public Affairs, University of*
*Maryland, College Park*

**Study Team**

Carole M.P. Neves, PhD
*Project Director*

William E. Lilly
*Senior Project Officer*

Thomas E. Utsman
*Project Manager*

Kathleen Ernst
*Senior Research Associate*

Wallace O. Keene
*Senior Research Associate*

Billie J. McGarvey, Major
General, USAF (Ret.)
*Senior Research Associate*

Herbert R. McLure
*Senior Research Associate*

Whitney Watriss
*Senior Research Associate*

Jack Zickafoose
*Senior Research Associate*

Larry A. Patrizi
*Research Associate*

Mary Brown
*Project Secretary*

Jim Harlow
*Senior Graphic Designer*

## About the Academy

The National Academy of Public Administration is an independent, non-partisan, nonprofit organization that assists federal, state, and local governments in improving their performance. The unique source of the Academy's expertise is its membership—more than 500 current and former Cabinet officers, members of Congress, governors, mayors, legislators, diplomats, jurists, business executives, public managers, and scholars who have been elected as Fellows.

Since its establishment in 1967, the Academy has assisted numerous federal agencies, congressional committees, state and local governments, and institutions overseas through problem solving, research, and innovation, and implementing strategies for change. The Academy is also supported by businesses, foundations, and nonprofit organizations.

In 1984, the Academy was granted a congressional charter, the first granted to a research organization since the charter of the National Academy of Sciences in 1863.

The Academy also promotes discourse on emerging issues of governance. It focuses on performance and management issues, both as overarching processes and as practical considerations for agencies and programs engaged in the full range of domestic and international concerns.



# A Study of Management and Administration: The Bureau of Indian Affairs

August 1999

NATIONAL ACADEMY OF PUBLIC ADMINISTRATION

000242

The views expressed in this document are those of the contributors alone. They do not necessarily reflect the views of the Academy as an institution.

National Academy of Public Administration
1120 G. Street, N.W.
Suite 850
Washington, DC 20005

First published 1999

Printed in the United States of America

The paper used in this publication meets the minimum requirements of American National Standard for Information Sciences—Permanence of Paper for Printed Library Materials, ANSI Z39.48.1984.

ISBN 1-57744-034-X
A Study of Management and Administration: The Bureau of Indian Affairs

000243



## Table of Contents

Foreword . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .v

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . .vii

Chapter 1
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1
    *The Study Methodology* . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
    *Organization of the Report* . . . . . . . . . . . . . . . . . . . . . . . . .3

Chapter 2
Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5
    *Evolution of Indian Policy and the Bureau of Indian Affairs* . . . . .5
    *Diversity in Indian Country: The Bureau's Service Population* . . .13

Chapter 3
An Overview of the Bureau of Indian Affairs . . . . . . . . . .17
    *Organizational Structure* . . . . . . . . . . . . . . . . . . . . . . . . . . .17
    *Other Federal Agencies Serving Indians* . . . . . . . . . . . . . . . . . .24

Chapter 4
Managing for Success . . . . . . . . . . . . . . . . . . . . . . . . . .33
    *Organizational Requirements* . . . . . . . . . . . . . . . . . . . . . . . . .34
    *Organizational Interaction* . . . . . . . . . . . . . . . . . . . . . . . . . .38
    *A Need for More Managerial Discipline* . . . . . . . . . . . . . . . . . .39
    *Management and Administrative Staffing Requirements* . . . . . . .43
    *Managing for Results* . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45

Chapter 5
The Bureau's Administrative Problems . . . . . . . . . . . . . .49
    *Organization Under Siege* . . . . . . . . . . . . . . . . . . . . . . . . . . .49
    *Human Resources Management* . . . . . . . . . . . . . . . . . . . . . . .51
    *Budget System* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .58
    *Financial Management* . . . . . . . . . . . . . . . . . . . . . . . . . . . .63
    *Information Resource Management* . . . . . . . . . . . . . . . . . . . . .69
    *Records Management* . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71
    *Procurement Management* . . . . . . . . . . . . . . . . . . . . . . . . . .74

000244

A Study of Management and Administration: The Bureau of Indian Affairs

Chapter 6
Future Directions ...............................77

Appendix A
Study Team Report: Observations on Programs and Services ..79
*Introduction* ........................................79
*Policy Problems Affecting Programs and Service Delivery* ......80
*Selected Bureau of Indian Affairs Programs* ................86

Appendix B
Bibliography .................................109

Appendix C
Selected List of Interviewees .....................115

Appendix D
Academy Panel and Study Team Biographies .........127

List of Tables
*Table 1: Self-Governance Compacts Per Area* ...............25
*Table 2: Summary of Indian-Related Federal*
*Appropriations FY 1998–1999* ..........................31
*Table 3: Summary of Appropriations–Bureau of Indian Affairs*
*Fiscal Years 1993–1999* ...............................62
*Table 4: Property Book Value and Item Count*
*as of July 1999* .......................................67
*Table 5: Facilities Management Programs*
*and Responsible Offices* ...............................87
*Table 6: BIA Detention Facilities Construction*
*Priority List of Pending Projects* ........................97
*Table 7: Rehabilitation/Renovation Construction*
*Pending Projects Ranked by Priority* ......................97

List of Figures
*Figure 1: Current BIA Organization* ......................32
*Figure 2: Proposed BIA Organization* .....................48
*Figure 3: Indian Reservation Roads* .....................92
*Figure 4: Office of Law Enforcement Services,*
*Albuquerque, New Mexico* ...............................96


iv

000245



## Foreword

F ew government agencies are tasked with implementing the range of programs and services for which the Bureau of Indian Affairs (BIA) is responsible. The BIA addresses serious social and economic problems many of us do not see, and confronts sensitive political challenges rooted in a troubled historical relationship between the U.S. government and American Indian tribes and Alaska Natives. As Indians have struggled to find their place in the United States, a series of policies has failed. The government's most current attempt, stimulated by the social movement of the 1970s, is self-determination. Critical tools to that end are the turnover of programs and services under contracts, compacts, and grants to tribes so that tribes can regain a measure of control over their own destiny.

But before all of the tribes attain self-determination, it is necessary that the Bureau properly carry out its existing functions. A foremost challenge the Bureau faces is to build a performance based organization that establishes realistic goals, matches resources to the accomplishment of those goals, assesses performance, and ultimately reduces the role of the U.S. government in Indian affairs while retaining its trust responsibilities.

To handle its role, the Bureau needs to build credibility and trust through the development of strong and competent administrative and management processes, priorities, and structures. In this report, the Academy panel recommends a series of reforms. None is new. But together they constitute an agenda that is critical and ambitious, yet achievable. If instituted, the reforms are likely to result in additional positive changes in the program arenas, thus benefitting Indians more directly.

000246

A Study of Management and Administration: The Bureau of Indian Affairs

The Academy is pleased with the opportunity to assist the Bureau and the Department of the Interior and extends its gratitude to the many participants who provided valuable insights. It also thanks the Academy staff and panel for their contributions.

R. Scott Fosler, *President*
National Academy of Public Administration

vi

000247



## Executive Summary

For a number of years the Bureau of Indian Affairs (BIA) in the Department of the Interior (DOI) has been experiencing administrative and management problems that have constrained its ability to carry out its mission. To assist it in addressing these problems, BIA asked the National Academy of Public Administration (Academy) to conduct a comprehensive study of its management, organizational structure, and administration. The intent was to identify and recommend remedies that would improve the quality, efficiency, and cost-effectiveness of the BIA's operations. This study is an effort to chart a path to meeting the needs and aspirations of Native Americans.

The mission of the BIA is to enhance the quality of life, promote economic opportunity, and carry out the federal government's responsibility to protect and improve the trust assets of Indian tribes and Alaska Natives. In carrying out this mission, BIA provides the kinds of services for which local, city, county, state, or tribal governments are responsible, among them education, social services, law enforcement, forestry development, and irrigation systems. BIA comes under the supervision of the Assistant Secretary–Indian Affairs of DOI. Two service components report directly to the assistant secretary. The Office of Indian Programs (OIP) under the BIA deputy commissioner is responsible for all non-education portions of the BIA. OIP program services to tribes and individual Indians are carried out through area offices and agencies at the field level. The Office of Indian Education Programs (OIEP) oversees BIA's educational programs, again with much of the work taking place at the field level. The Office of Law Enforcement Services (OLES), recently reorganized under its own line authority, continues to report to the deputy commissioner. Delivery of services is handled directly by the BIA field offices or through PL 93-638 contracts with tribes for specific programs, PL 93-638 compacts with tribes, which amount to block grants for multiple programs, and PL 100-297 grants, which principally support the operation of schools

000248

by tribes. BIA has slowly been moving away from directly providing services and toward being a contract manager of programs contracted out to tribes. This change challenges the BIA's capacity to manage alternative means for carrying out public objectives. Over time an improvement in the management of alternative tools will require a reassessment of BIA's role, workforce, and training of BIA managers. Fifty-five percent of BIA programs are now run by tribes under contracts, compacts, and grants.

## Managing for Success

The panel believes the current management and administration of the BIA are not fully adequate to meet all of its trust responsibilities to American Indians and Alaska Natives, to carry out the numerous statutory responsibilities, and to operate an effective and efficient agency. Specifically, there is no existing capability to provide budget, human resources, policy, and other types of management assistance to the Assistant Secretary–Indian Affairs and the Bureau. Staff do not receive adequate training in management and administrative skills and techniques, and BIA does not have adequate standards by which to determine its management and administrative requirements for resources and staffing. Strategic planning, yearly performance planning, and program analysis are not institutionalized. Important policy manuals and implementation handbooks are out of date. In short, neither the Office of the Assistant Secretary–Indian Affairs nor the Bureau has the internal staff capabilities that typically support managerial and administrative excellence.

The foremost requirement is for the Assistant Secretary–Indian Affairs to have the staff support necessary to lead BIA, particularly in the areas of planning, budgeting, human resources management, and information resource management (IRM). As the primary federal advocate for Indians, the assistant secretary should be the focal point for assuring that potential new initiatives and existing programs are well coordinated, and that resources are used to the maximum advantage. There will be some pain to facing up to the problems, but the Academy panel believes progress will be made if the Congress and administration are willing to invest in the recommendations in this report.



viii

000249

Encouraged by some recent internal changes and improvements, the Bureau appears eager to tackle problems and to position itself to respond to future opportunities. As it approaches the next millennium, it hopes to renew its commitment to improving the lives of Native Americans. Senior managers realize that in order to keep pace with the expanding needs and interests of the population it serves, it must first address its administrative and management shortcomings, enhance its effectiveness, and improve its efficiency. For this to happen the BIA requires inspired leadership, the support of the administration, the Congress, and the public, and the establishment of partnerships with the tribes. These partnerships should be built upon the ability to share ideas, disagree about them at times, confront differences, resolve them, and move on; upon learning from one another how to manage in a rapidly changing environment; and upon trust.

## Recommendations

■ *To address administrative and managerial deficiencies, the Academy panel recommends that the Assistant Secretary–Indian Affairs immediately establish a Policy, Management, and Budget Office that reports to him and provides him the following staff support:*

• *a comptroller unit, consisting of three groups: (1) a program analysis group to analyze the appropriateness and effectiveness of programs and services designed to fulfill BIA's mission, (2) a budget development and execution group to prepare the budget and to track expenditures, and (3) an accounting group to operate BIA's financial accounting system*

• *a plans and policy unit, responsible for developing BIA management policies and directives, as well as strategic and annual plans, and for preparing manuals and operating handbooks*

• *a human resources unit, to handle development of policy and plans for managing BIA's workforce, including policy development and workforce planning, an employee development program, expertise in labor relations, and oversight of the delivery of personnel services*


ix

000250

A Study of Management and Administration: The Bureau of Indian Affairs

- • *an information resource management unit, responsible for developing policy and plans and operation of Bureau-wide information systems, as well as guidance on useful information technologies and planning for the future*

- • *an equal employment opportunity unit to manage BIA's equal employment opportunity (EEO) program*

- ■ *The Academy panel also recommends that the assistant secretary utilize the working group of the Domestic Policy Council in a more strategically integrated way. The group should help to coordinate and to harmonize programs for American Indians and Alaska Natives, thus creating the possibility of more effective and efficient delivery of services.*

## Organizational Interaction

The three service organizations in BIA operate semi-independently through their own field organizations, which function largely separately, except that OIP provides some administrative support to OIEP and OLES. If the three service-providing organizations are to be held accountable for performing their missions, they need to have responsibility for providing their own administrative support.

## Recommendation

- ■ *The Academy panel recommends that the Assistant Secretary–Indian Affairs recognize the three service-providing organizations as independent operating entities, with each reporting directly to the assistant secretary and each having responsibility and authority for providing programs and services and for handling its own administrative functions. The deputy commissioner should continue as head of OIP, and OIEP and OLES should each be headed by a director.*



## A Need for More Managerial Discipline

A structured approach is useful to communication of the organization's goals and objectives to employees, to the definition of roles, to measuring progress, and to establishing individual and organizational accountability. The strategic plan, a key element of such an approach, outlines goals and anticipated outcomes and drives annual performance planning, which should reflect budget resources realistically. BIA has had difficulty fully satisfying the government's requirements for strategic planning and annual performance planning. Given that the majority of BIA programs are operated independently by the tribes, the focus of the planning process should be on results that make a difference in the lives of Native Americans. Top leadership needs to embrace the intent of the Government Performance and Results Act (GPRA) to develop comprehensive, outcome-oriented strategic and annual performance plans, and to use those plans to drive the Bureau's decisionmaking. In addition, BIA's GPRA plan should be complemented by goals and performance measures for BIA's administration and management.

Finally, to gain discipline in the workforce, individual employees need to understand the requirements of their job. Now, they lack guidance in the form of up-to-date policy and implementation manuals. The establishment of policy manuals and implementation handbooks lays the groundwork for employee training and certification. Manuals and handbooks also provide the basis for personal accountability.

## Recommendations

- *The Assistant Secretary–Indian Affairs should continue to strengthen its strategic plan and companion annual performance plan to meet GPRA requirements. These plans should be supplemented with goals and performance measures in administrative and management arenas. The deputy commissioner, education and law enforcement directors, and area and agency managers need to participate in preparing the plans and should be held accountable for executing them.*



xi

- *The Assistant Secretary–Indian Affairs should establish a system of management reviews, performance measures, and regular reviews of BIA's performance. To provide better guidance to employees, the plans and policy unit of the proposed Policy, Management, and Budget Office should develop and maintain manuals and handbooks that can be available to all employees through desktop computers.*

- *The BIA manual should be updated and kept current. Operating handbooks that clearly define the authorities and responsibilities of field personnel also should be developed. Modern information technology should be used to support interactive development of policy manuals and directives and their distribution to the field.*

## Management and Administrative Staffing Requirements

When fully implemented, the study team has estimated that the panel's recommendations could require 40–50 administrative personnel in the new Policy, Management, and Budget Office, in addition to those in the existing accounting unit. For new systems to work effectively, administrative personnel also will be required in area and agency offices. While the exact number of administrative staff positions in each of the 12 area and 83 agency offices will have to be determined by a careful workforce analysis, it will probably be on the order of 150–200 when these recommendations are fully implemented. Before creating any new positions in field offices, the Policy, Management, and Budget Office should require the field offices to prepare estimates of their requirements and what they could accomplish with well-qualified administrative staff. Some offices may need no new help; others may require substantial complements. Some may not be new positions or new employees, but as the requirements in each office are filled, it is essential that employees assigned administrative responsibilities be trained and well qualified to perform them. A rough estimate of the total annual personnel cost once all of the elements flowing from these recommendations are operational is expected to be in the range of $10 to $15 million. Funds should be released for the



xii

000253

field positions only after the new team has verified that they are required for effective implementation of the management improvements recommended in this report.

During its field interviews, the Academy study team heard many complaints of personnel and funding shortages in several program areas.[1] Analysis of specific resource issues was beyond the scope of the panel's charge, and the panel believes that whatever their merit, resource issues cannot be addressed effectively unless and until basic management and administrative system problems are addressed. The Bureau needs to establish credibility and prove it has the capacity to properly determine requirements and utilize the resources efficiently and effectively.

## The Bureau's Administrative Problems

BIA has been unable to meet the basic requirements for administrative systems within the federal government. BIA does not, for example, have a unified approach to human resources management. The budget structure and process do not provide the information necessary to estimate or justify actual needs. The financial management systems do not permit matching funding to changing requirements, and the BIA has been unable to obtain an unqualified audit. Since 1991 DOI has declared the procurement system a material weakness, but there has been little improvement.

## Human Resources Management

Because of National Performance Review (NPR) streamlining efforts in 1994, BIA no longer has a human resources policy-making unit, and even its personnel experts are not sure what policies are in effect. BIA gives employee development almost no organized attention, nor does it systematically invest in staff training. Although BIA selects almost all of its managers from inside, it has no succession plan or management development program. Many field staff are given significant collateral duties without training and support. The paperwork requirements are burdensome. BIA

---

[1] The first Appendix to this report contains the study team's report on individual programs.


xiii

000254

has not done the analyses necessary to calculate the number of people needed and how they can best be deployed. By law BIA has to apply Indian preference in its hiring and promotions, and nearly 90 percent of its employees are Indians. Although some critics say Indian preference is a root cause of many of BIA's problems, the Academy study team found the majority of BIA staff to be well-qualified for their jobs. However, it also found some inadequately qualified nominees for managerial positions at headquarters, some managers who lacked the right expertise, and the lack of systematic development and succession processes.

## Recommendations

- *The Assistant Secretary–Indian Affairs should reestablish a human resources management unit of four to six people, headed by a human resources manager, in the proposed Policy, Management, and Budget Office. This unit should be responsible for establishing and maintaining a consistent approach to human resources management throughout BIA. The manager should have access to and participate with top management in decisions that affect BIA employees; should develop a strategic human resources management plan; and should identify the policies BIA is following and establish a mechanism for assuring they are applied consistently throughout the Bureau. This unit should ensure that:*

  - *BIA makes employee development one of its primary management objectives and provides the planning and resources to support training and development*

  - *BIA begins succession planning and development to meet its managerial and executive needs*

  - *BIA automates its personnel record-keeping so that summary information about employees is readily available and accessible*

  - *BIA's qualification requirements for its jobs are sufficiently stringent that candidates who meet them will be able to do the job*



000255

- *the units providing BIA personnel operations support are performing effectively*

## Budget System

The basis for the allocation of BIA resources across the areas and tribes is a complex set of historical, demographic, political, and other factors. The distribution of funds has been a source of dissatisfaction because it does not seem equitable. However, the tribes believe that changing the current distribution of the Tribal Priority Allocations (TPA) base funding would make all tribes "equally poor." As a result of the complexities involved and a general belief that changing the distribution of funds would do little to better Indian welfare, BIA and the tribes have concluded that the existing TPA system should not be modified.

Budget categories have not changed for several years. BIA divides the TPA funds using a formula derived years ago that does not encompass the results of a needs assessment or a priority-based allocation across tribes. It does not have the capability or the authority to distribute TPA funds on the basis of a comprehensive needs assessment. The basis for the distribution of Indian Student Equalization Program (ISEP) funds is a complex formula driven by the number of students and the services they require (expressed as Weighted Student Units). Because TPA and ISEP are formula-driven, BIA has little discretion to direct funding to resolve problems or satisfy pressing needs.

## Recommendations

- *The Assistant Secretary–Indian Affairs should develop a budgeting system that has sufficient flexibility to support the equitable allocation of funds.*

- *The budget development and execution group in the comptroller unit of the proposed Policy, Management, and Budget Office should work with the BIA and the tribes to develop the budget and*



xv

000256

*document appropriate standards (or benchmarks) that can be used consistently in support of budget requests and in measuring performance in the delivery of programs.*

## Financial Management

DOI's Office of Inspector General has for several years provided a qualified audit opinion on BIA's financial statements because BIA could not provide adequate documentation or reliable accounting information to support the financial report balances. In addition, BIA had material weaknesses (insufficient internal control procedures) in several major accounts. BIA was also not in full compliance with a number of laws and regulations. BIA has taken a number of corrective actions in the areas of accounting, prompt payments, financial documentation, property management, and information technology that may resolve many of the problems.

## Recommendations

■ *The Assistant Secretary–Indian Affairs should establish an accounting group in the comptroller unit of the proposed Policy, Management, and Budget Office to work hand-in-hand with BIA management to (1) continue the drive towards a clean audit, (2) prevent the reoccurrence of material weaknesses, and (3) correct possible problems that go deeper than the issue of a clean audit (establish long-term solutions). Toward those ends, the new office would be responsible for:*

  • *finalizing and approving a series of implementation plans for corrective actions on all audit issues and material weaknesses, supporting coordination and monitoring implementation using a report card system, maintaining important administrative processes and improving documentation of policy and procedures in tandem with that effort*


xvi

- *upon project completion, holding detailed retrospective meetings of management and accountable staff to discuss/document what went right and what went wrong (planned versus actual outputs and outcomes)*

- *increasing current efforts to document all financial policy and procedures (with hands-on involvement by the area and agency offices) and getting those documents out into the field*

- *correcting the serious shortage of administrative staff needed to perform financial duties (currently many functions are collateral duties of overworked staff who lack adequate knowledge or training)*

- *involving field offices more in the development of policy and procedures*

- *providing up-to-date computer software versions that are consistent across BIA*

- *increasing the level of coordination, follow-through, and communication among the different field offices*

## Information Resource Management

BIA uses information technology far less than other government organizations and needs to aggressively pursue the development of information systems to increase the efficiency of its operations. BIA would benefit from a formal IRM user group to facilitate the management of IRM systems by establishing priorities and helping ensure that potential system applications are identified. BIA has put plans in place to address concerns in this area. While overall BIA seems to be moving forward effectively to address its IRM needs, there are "missed opportunities" it needs to address. One is that BIA management does not generate plans with performance measures. It is not using standard IRM techniques and activities to help with planning and control. There is little organizational participation in IRM planning or new product development. BIA has not



xvii

000253

A Study of Management and Administration: The Bureau of Indian Affairs

consistently followed through on implementation of plans. Needed policies, procedures, and standards do not exist.

## Recommendations

■ *The Assistant Secretary–Indian Affairs should establish a full-time chief information officer (CIO) in the proposed Policy, Management, and Budget Office to work hand-in-hand with management to bring the full benefits of information technology to BIA. The CIO would direct the activities of the Office of Information Resource Management (OIRM) and would be responsible for:*

  • *creating an IRM users group with representatives of BIA management and operators to provide guidance in identifying potential information technology applications. Likewise, the CIO can use the users group to communicate new technologies that may be applicable to BIA*

  • *establishing a BIA-wide communication strategy to link the Bureau together*

  • *establishing the requirements for information technology training*

---

## Records Management

BIA depends upon records for virtually all aspects of its mission and is responsible for many historical documents. Here, too, BIA has major, longstanding problems. For example, widespread use of original documents for day-to-day reference places them at extreme risk. The environmental conditions for stored records range from passable to unacceptable. Records management is almost always a collateral, low-priority duty.

In recent years records management has become a particularly pressing issue at BIA because of the litigation over Indian trust fund management. The litigation has led BIA to make extensive efforts to resolve the problems with trust management records.


xviii

## Recommendations

- *The CIO in the new Policy, Management, and Budget Office should be responsible for BIA non-trust fund records management and should ensure that systems are up-to-date and reliable. The CIO should carry out the following recommendations:*

  - *establish records management policy and oversee the preparation of a records management policy implementation manual*

  - *develop a BIA-wide plan to upgrade records management, building on the Trust Management Improvement Project*

  - *establish accountability for records management in each major organizational element*

  - *conduct an examination of the retention schedules for all types of documents and records to determine if they are still current and being applied consistently*

  - *ensure that all its records management is integrated with the OST and is reviewed annually to determine that the integration is still valid*

---

## Procurement Management

Attempts to improve BIA's procurement management have been ongoing for 25 years without success. In 1991 DOI declared the whole procurement system a material weakness. A survey of customers revealed considerable dissatisfaction with the procurement services being provided. Frustration with BIA's procurement organization runs high within DOI and among BIA customers. The longstanding nature of the problems and the organizational discord raise concerns about BIA's ability to correct the problems without dramatic action. Prompt resolution of these problems is essential.



xix

## Recommendations

■ *The assistant secretary should establish a procurement policy and quality assurance function within the proposed Policy, Management, and Budget Office.*

- *The assistant secretary should consider abolishing BIA's central procurement organization and contracting for procurement services from other sources within the government. If BIA contracts for these services, it should maintain the field's capability to meet procurement needs up to a reasonable limit (say, $100,000).*

- *If central procurement is retained, the deputy commissioner should develop an action plan to correct the deficiencies identified in the recent DOI Acquisition Management Review. The assistant secretary and his staff should closely monitor implementation of the action plan and hold the deputy commissioner responsible for its implementation.*

---

## Managing for Results

The Academy believes it is critical to strengthen management and administration prior to receiving additional program staff and funds. The Bureau needs to establish credibility and prove it has the capacity to properly determine requirements and utilize resources efficiently and effectively. The Academy's concern stems from the lack of a core capability in the administration and the management of the Bureau, and the lack of proactive, consistent, and committed leadership within the BIA as well as the DOI. Both the BIA and the DOI need to establish and adhere to higher performance standards and account for use of resources to both Congress and to the public.

The Academy panel recognizes that the basic management reforms and administrative systems recommended here may not conform to prevailing fashions for "performance-based management," as required by GPRA. They are, however, a prerequisite for results-based management.



BIA has been bereft of the fundamental management capacities, without which strategic planning, program assessment, reporting, and evaluation are empty exercises. The management and administrative reforms the panel has proposed, however, need not be taken on faith. The Congress, the DOI, the BIA, and the tribes should demand tangible results from their implementation. One of the first tasks of the new management staff should be to develop, under the direction of the assistant secretary, and in consultation with the deputy commissioner, education and law enforcement directors, other senior managers, and the tribes, a set of management milestones and specific plans for achievement of tangible results, including:

- a clean audit within a reasonable period of time, as agreed to by the DOI inspector general, in light of other urgent tasks that the Bureau must address

- well-documented estimates of program requirements and employee development that are accepted by the DOI, Office of Management and Budget (OMB), and the appropriations committees as credible, regardless of the funding levels ultimately achieved, (i.e., denial of resources on the basis of competing budget and fiscal priorities rather than concern that the estimates are unsound or that appropriations will not be well spent)

- reduced friction among the program and service units of the Bureau, and an end to perceptions among tribes that some central service units are unresponsive

- performance measures consistent with GPRA that allow the assistant secretary to hold program directors accountable for their performance as managers of the services and resources allocated to them

- clear policies and guidelines for employees to follow in the performance of their respective trust, program delivery, and oversight responsibility through current on-line manuals

- mechanisms for a far better coordinated Indian policy that involves all relevant U.S. government agencies



xxi

A Study of Management and Administration: The Bureau of Indian Affairs

- increased confidence among the tribes that moving to self-determination and self-governance will not result in the neglect of federal responsibilities, an indicator of which may be the number of tribes electing to operate under compacts

As part of the departmental budget process, the assistant secretary should prepare an annual report to the secretary and the Congress on the implementation of the management and administrative changes made pursuant to these recommendations, the progress made toward achieving these and other planned results, the effect of management changes on the effectiveness and efficiency of the program delivery and oversight responsibilities of the Bureau, and reasons for the progress or lack thereof. An alternative to this approach would be to provide for an independent outside review of progress a year following initial implementation and at regular (perhaps biennial) periods thereafter until substantial progress has been achieved. If milestones have not been met and the results above have not been achieved in four to five years, the DOI and Congress should consider other strategies for resolving the Bureau's management problems.



xxii

000262