# EXHIBIT G
Transcript of Donna Brannon

Page 1

1  IN THE MATTER OF:

2  _____

3

4  MARGARET R. BRANTLEY

5      Complainant,

6
                                        COMPLAINT NO.
7
                                        OS-03-017
8  vs.

9

10  OFFICE OF THE SECRETARY, ASSISTANT SECRETARY OF

11  INDIAN AFFAIRS

12      Respondent.

13  _____,

14

15

16

17      TRANSCRIPT OF PROCEEDINGS in the above-entitled

18  cause of action, of the examination of Donna Brannon,

19  before the EEO Investigator, Eddie Neal, on the 30th day

20  of August, 2005, beginning at the hour of 9:24 a.m.

21

22

23

24  BY:  Sandy Oddone

25

Page 2

PROCEEDINGS

BY: Eddie Neal

Good morning, my name is Eddie Neal and I'm the EEO investigator assigned to investigate the allegations of discrimination found by Miss Margaret R. Brantley.

For the record, today is Tuesday, August 30, 2005, and the time is approximately 9:24 a.m.

The claims that I will be investigating are being read from an acceptance letter, which is date-stamped July 6, 2005, consisting of multiple allegations, but what I'd like to do is to go through those one at a time to give you an opportunity to respond to each and every one individually, but what I'd like to do at this time is to first allow you an opportunity to identify yourself for the record and spell your name as well.

A. Okay. My name is Donna D-O-N-N-A last name is Brannon B-R-A-N-N-O-N. I'm the Human Resources Specialist for the Assistant Secretary of Indian Affairs.

Q. Okay. Miss Brannon let me also administer an oath. Do you swear or affirm under the penalty of

Page 3

perjury that the information that you are about to provide will be the truth, the whole truth, and nothing but the truth to the best of your ability or recollection?

A. I do.

Q. Okay. You gave me your title, but what is your series and grade associated with that title?

A. I'm a contractor, so therefore, I don't have a series and grade.

Q. Okay. So, you're not a federal employee?

A. No.

Q. Okay. How long have you been in your contract position?

A. Four years.

Q. Four years?

A. Uh huh.

Q. So that would have been dating back to 2001 sometime?

A. Yes.

Q. Do you recall what period of time you may have started in 2001?

A. November.

Q. November?

A. Uh huh.

Q. Now, prior to that, did you have any affiliation

Page 4

with the Department of Interior?

A. Yes. I'd worked forty-one years for the government in Human Resources. And I worked for the Department of Interior since May of 1999.

Q. Oh, okay. So you've been a contractor since 2001, but you were also in the Department of Interior since '99?

A. Yes.

Q. Now what agency were you with in 1999?

A. Prior to coming with Interior?

Q. Yes. No, prior to becoming a contractor?

A. Department of Interior, the same as I've got now, same job.

Q. Oh, okay. Okay. So, when I speak to you about things that might have occurred with Miss Brantley, you may have knowledge dating back to as early as 1999 then?

A. Yes.

Q. Okay.

A. That would be my earliest knowledge.

Q. Okay. Now, Miss Brantley's allegations are that she alleges that she was discriminated against on the basis of race, African American, color, black, sex, female.

Her age at the time was fifty-five and reprisal for her prior EEO activity. So, I have to attain

Page 5

comparable information from you, as well. For example, your race and your skin color?

A. I'm white, Caucasian.

Q. Okay. And I know your gender is female. What is your age and date of birth?

A. I'm sixty-seven. My date of birth is June sixth, '38.

Q. Okay. Now do you have any knowledge of any prior EEO activity that Miss Brantley was involved? Let me tell you what she said her prior EEO activity was. Something about a settlement agreement that put her into her GS11 position. Do you have any knowledge of any of that prior EEO activity?

A. No, I'm sorry, I don't.

Q. Okay. Now let's go to her first allegation. She says that — well, I didn't ask you this. You are in the office — you are in the Human Resources Office, is that correct?

A. That's right.

Q. Okay. Are you in a supervisory position, even though you're a contractor?

A. No.

Q. Okay. Now at the time that you were an actual employee, what grade were you at that time?

A. I was GS13.

Page 6

1    Q. GS13?
2    A. Uh huh.
3    Q. Okay. Now her first allegation is that she has
4    been denied a promotion since 1989 while other employees
5    who worked for the Assistant Secretary's Office were
6    higher grades. Do you have any knowledge of that
7    allegation or has she ever come to you concerning that?
8    A. There was a time when her position description
9    was rewritten and it was give to me for classification.
10   And I classified it, but it did not support a higher
11   grade.
12   Q. Okay. Do you recall when that was; and who might
13   have given you that?
14   A. That was approximately 2000 and I believe
15   Margaret is the one that gave it to me.
16   Q. Okay. And what position was that, that she was
17   -- was it a creation of duties or -- or why was it
18   rewritten?
19   A. She felt she should be a higher grade. Can I put
20   you on hold? Just one second. I've got to take this
21   other call. I'll be back in a second.
22   Q. Certainly.
23   A. Go ahead. I think Margaret had given me that
24   "PD" and wanted to be a higher grade, but it did not
25   support it.

Page 7

1    Q. Okay. Now did she -- was that submitted through
2    one of her supervisors or did she just bring it to you?
3    A. I believe she just brought it to me.
4    Q. Okay. Now at that time did you tell her why it
5    did not support a higher grade?
6    A. I just told her that PDs were not there that
7    would make it a twelve, I think she was trying to get at
8    that time.
9    Q. Okay. Now once you told her that, what did she
10   do then? Like, did she rewrite it or anything like
11   that?
12   A. At that time, I don't recall that she did, no.
13   Q. Okay. Now at any time did any of her supervisors
14   ever come to you and request that she be upgraded or
15   there be an increasing of duties?
16   A. No, I don't recall that anyone ever did.
17   Q. Okay.
18   A. It was usually Margaret that was wanting the
19   upgrade.
20   Q. Okay. Now she had mentioned that at some point
21   there were other employees that were doing similar
22   duties as hers that were higher grades. Do you
23   recollect anything like that ever occurring?
24   A. I'm sure there are a lot of other people that are
25   at higher grades, but they're not doing the same duties

Page 8

1    that she is. What she's referring to.
2    Q. Okay, because one person in particular she
3    mentioned a Nancy Davis. She says, "I was reassigned to
4    the office of Acquisition and Property Management under
5    Nancy Davis, where I was taught to be an administrative
6    specialist performing the same identical duties as Nancy
7    Davis, who was at that time an Administrative Officer
8    GS12. All the duties Miss Davis performed on the GS12
9    level, I performed."
10   A. I don't know a Nancy Davis. She may be a "BIA"
11   employee, but she's not one of my employees. Not one of
12   those that I service.
13   Q. Okay. Now what office do you service and did you
14   service at that time?
15   A. Since it's Exterior of Indian Affairs, this is
16   the one that I do now. I used to do several, but Indian
17   Affairs got so big, I couldn't handle everything else.
18   So, that they have it overturned it employees now. I
19   used to do Congressional Legislative Affairs, the Office
20   of Communication, the Assistant Secretary of Water and
21   Science, Assistant Secretary of Lime and Minerals,
22   Office of Ancillary Affairs, but those were back before
23   Indian Affairs started to grow.
24   Q. Okay. Now she mentioned here, she says she told
25   Mr. McDivitt -- now I see his name spelled two ways

Page 9

1    here. Can you spell his name for me?
2    A. I think it's M-c-D-I-V-I-T-T.
3    Q. Okay. She says she told him that her counterpart
4    under the Assistant Secretary Indian Affairs in the
5    Bureau of Indian Affairs was Debra Maddox an SES. And
6    Mr. McDivitt stated that he could not give her a SES
7    position, but he could get her a GS12/13. She says he
8    asked her to generate a position description for the
9    GS12/13 and submit it to him. And she says she did.
10   And said that it was later passed on to you. Now, is
11   that the same period you were talking about in 200?
12   A. No. I think that was a different period. I
13   think that was later on, probably -- it may have been
14   about 2001, actually, but it was a later time.
15   Q. Okay. What became of that position description?
16   A. As I recall, she wrote the PD. It was given to
17   me and I again told her it did not support the 12.
18   Q. Okay.
19   A. There was a time when she kept insisting that it
20   was a higher grade and she did not want me to classify
21   because she felt that I was not being fair with her.
22   So, we actually gave it to one of the personnel. I
23   didn't have anything to do with it. They gave it to a
24   personnel classification expert in, I believe it was
25   Fish and Wildlife. And they classified it and said it

Page 10

1  did not even support the eleven.
2  Q. Okay. Now was Mr. McDivitt made aware of that?
3  A. I'm sure he was, yes.
4  Q. Okay. And Miss Brantley was made a -- was she
5  made aware of that as well?
6  A. Yes, she was.
7  Q. Okay. All right. Now, her next allegation is
8  that she has been denied communication access such as
9  e-mail service since March of 2002. Do you have any
10 knowledge of that allegation?
11 A. To the best of my knowledge, everyone that was
12 hooked up to the BIA e-mail communications system has
13 been disconnected and still is. And that was through
14 court order, nothing that was particular for her. They
15 still did not have internet access.
16 Q. Okay. Now I asked her was that it. And she said
17 that this was a different situation. She said that she
18 was moved to, I believe she said 1800 G Street.
19 A. Yeah, there was a time when this building was too
20 crowded and they took -- they leased some office space
21 up in that other building. And she and probably about
22 fifty or seventy-five people were moved up there, yes.
23 Q. Okay. And she said something about that she
24 could log into BIA, but she could not log into the
25 Office of the Secretary's e-mail.

Page 11

1  A. Yeah. I really have no personal knowledge of
2  that at all.
3  Q. Okay. All right. Now, her third allegation you
4  just touched on a little bit is her office was taken
5  away. She was not given proper facilities to do her
6  work and she was made to walk three blocks to perform
7  her duties. Do you have any knowledge of that
8  particular allegation other than the fact that she was
9  moved?
10 A. Not really. I had nothing to do with it. I just
11 know there was quite a few people that were moved up to
12 that other office. And I assume that -- or I was told I
13 guess that it was because there was no space for them
14 down here. So, they moved them up to the other
15 building.
16 Q. Okay.
17 A. She was not the only one. There was a lot of
18 people involved in that. I don't know anything about
19 her office space up there. I've never went up to that
20 building.
21 Q. Okay. Now her next allegation is that on
22 February 11, 2005, she was denied a promotion.
23 A. I believe that was when she was detailed in to
24 the budget position or the budget office. And at one
25 time they were going to establish a GS12 or 13 in there.

Page 12

1  Then there was a new director that was selected for that
2  position. And the new director said she didn't need 12
3  or 13 secretary. And she has a GS7.
4  Q. Okay.
5  A. They never filled that position.
6  Q. Now I think at the same time, if I'm not
7  mistaken, she told me that there was one of her
8  coworkers that she was being told about a position, but
9  one of her coworkers was actually moved in to a GS12
10 position. And I have so many names here, Dianne Murth.
11 Does that --
12 A. Yeah, there was a Dianne Murth. She was a GS14.
13 Q. Okay.
14 A. She came over to Assistant Secretary of Indian
15 Affairs as a 14.
16 Q. Okay. Was there someone that was at some point
17 in a similar position as Miss Brantley that was also a
18 GS11 that was moved into a GS12 position?
19 A. It might have been Daphne Berwald.
20 Q. That might be the person she referred to because
21 I see that name here, as well.
22 A. Yeah. And Daphne was moved into the
23 Administrative Assistant for the Assistant Secretary of
24 Indian Affairs.
25 Q. Okay. Now was that a competitive position or how

Page 13

1  was she moved?
2  A. Yes. As I recall we did advertise that one.
3  Q. Okay. Did Miss Brantley apply?
4  A. I don't remember. I'd have to go back through
5  our records to find out. I don't remember.
6  Q. Okay, but she wasn't just detailed and placed in
7  a position and given a position?
8  A. No.
9  Q. Okay. All right. The next alle -- well, let me
10 stay on this allegation for a minute. So, when the
11 director decided that she didn't need a GS12 or higher,
12 did she cancel the vacancy?
13 A. Yes.
14 Q. Okay. All right. Now the next allegation is on
15 January 12th or 13th of 2005. She was requested to pack
16 office supplies, in spite of her previously injured
17 back, which she reinjured while packing.
18 A. I have no knowledge of that. I didn't know she
19 had a back injury and was not aware that she was forced
20 to pack office supplies.
21 Q. Okay. All right. Now, her next allegation is,
22 on or about January 24, 2005, she was denied a private
23 office and denied a key to her office.
24 A. I have no knowledge of that.
25 Q. Okay. Her next allegation is she was denied a

Page 14

1  partition wall in her office space.
2    A. The only thing I know about that is what her
3  supervisor, Mr. Middleton told me. I was not personally
4  involved in that.
5    Q. Okay. Now, Miss Brantley also said she was
6  accused of nepotism dealing with a position where
7  Michelle Steele was hired to work under Dr. Mason. Do
8  you have any knowledge about that?
9    A. Yes. I was involved in that. Dr. Mason came to
10 me and actually, I think it was Margaret that came to me
11 the first time and gave me a PD that she had written for
12 Dr. Mason to recruit for a clerical position. And she
13 gave me a resume of a person that would be qualified to
14 fill that position.
15   I classified the position as, I think, as a GS7.
16 I can't remember for sure. We were going to put the
17 person on a thirty day special made appointment. In
18 fact, I think we did put her on it while she was in
19 processing, she indicated that Margaret was her mother.
20   Margaret had never mentioned there was a
21 relationship between this person and herself prior to
22 that. So, we immediately told the person that we would
23 not be able to hire her because her mother had arranged
24 the whole appointment.
25   Q. Okay. Now, in speaking with Miss Brantley, she

Page 15

1  indicated that Dr. Mason had knowledge that it was her
2  daughter that was being hired. In your speaking with
3  Dr. Mason, what was told to you?
4    A. Dr. Mason never indicated to me that she was
5  Margaret's daughter.
6    Q. Okay. Now, is there a policy or is there a
7  reason why, because the fact that she was Miss
8  Brantley's daughter, that she could not have been hired?
9    A. Miss Brantley should not have written the
10 position description for a person to come onboard that
11 was her daughter. She should have not been involved at
12 all if it there was a relationship there. And she was
13 encouraging us to appoint the person, without telling us
14 that this was a relative.
15   Q. Okay. Now in her -- I'm looking at an affidavit
16 here. She says that she came to you first for a
17 position description. And you indicated that you did
18 not have one. Do you recall that?
19   A. Not really, but it could have happened. That's
20 very possible.
21   Q. Let me see where she says -- I don't want to --
22 She says, "Donna met with Michelle and told her she
23 could not find her papers for the last time Michelle had
24 worked in interior and that she would have to take a
25 GS5. Michelle said, "no."

Page 16

1  Then, Donna stated that she did not have a GS6
2  position description. I told Donna that Dr. Mason has
3  said that Mrs. Steele was to receive a GS6. And that I
4  would get a GS6 position for her. So, I left and
5  Michelle proceeded to be sworn in. I was able to get a
6  GS6 position from the National Park Service and took it
7  to Dr. Mason to find out exactly what she wanted Miss
8  Steele to do during the two week tenure. Does any of
9  that sound accurate to you?
10   A. Well, some of it is certainly inaccurate because
11 we don't swear somebody in until we have a PD and the PD
12 has been classified. So, we wouldn't be doing that
13 while she was being sworn in.
14   She may have got a PD from Fish or whatever,
15 Parks or whatever and taken it to Dr. Mason, but there
16 again, she should've stayed out of it. This was her
17 daughter. She should not have been involved in any way
18 in getting the PD or getting it written or that was not
19 proper.
20   Q. Okay. Now what happened after that; after you
21 found out it was her daughter?
22   A. We told her daughter that she would not be able
23 to be hired into that position. And she had to go home.
24   Q. Okay. Now did anything happen to Miss Brantley?
25   A. I believe that her supervisor did give her a

Page 17

1  letter of warning or a letter of reprimand or something.
2  I'm not sure.
3    Q. Okay. Miss Brantley also indicated that since
4  that period -- when did that happen, if you can recall?
5    A. Maybe two or three years ago. I can't remember.
6    Q. Okay. Miss Brantley indicated that since that
7  period, all of her duties have been taken away and she
8  has not been given any duties. Has that come to your
9  knowledge or have you heard anything similar to that?
10   A. I think she filed an EEO complaint after that, as
11 I recall, but no, her duties as far as I know, have not
12 been taken away from her.
13   Q. Okay. Now she says that her supervisor at that
14 time was Mr. McDivitt. And said that he was not told
15 that you and Mr. Hopper handled the situation.
16   A. Mr. Hopper was the Personnel Director for the
17 Assistant Secretary of Indian Affairs in the fact that
18 he worked for -- at the time I think he was working with
19 Mr. McDivitt. I don't know that he was working for him.
20 I can't remember.
21   Q. Okay. All right. I think we went through these
22 other allegations. Let's see if there's anything else
23 in here where your name is mentioned.
24   A. Okay.
25   Q. Oh, she also said that going back to that

Page 18

1  position description, the one where Mr. McDivitt
2  indicated that he could not give her a SES, but he could
3  give her a GS12 or 13. Let me ask you this. Is there a
4  correlation between the position that she held and the
5  position that Debra Maddox held?
6     A. I think Debra Maddox is a BIA employee. And
7  she's in a high-level management position. The duties
8  that Margaret has done have been mostly clerical. I
9  don't know where she was thinking that Debra Maddox and
10 her were doing the same duties. They certainly are not.
11 That would be quite extreme.
12    Q. Okay. Now this is what she says about that. She
13 says, "I heard no more about the position to the GS12/13
14 until Mr. McDivitt called me at 1800 G Street one day
15 and told me to come to the main Interior Department for
16 what -- for I was to have an audit.
17    I told him that I had not prepared for an audit
18 and the person should come to me. I was told to come.
19 When I got to the main Interior Building for the audit,
20 the person from Fish and Wildlife Service was not there.
21 We waited for several minutes." Now the person's name
22 is Pearl?
23    A. Okay, yeah.
24    Q. "The last name I don't remember. Mr. McDivitt
25 informed me that he --" (By Mr. Neal: Oh, this is

Page 19

1  something different). "And when I called Pearl about
2  the results, she told me that she had given the report
3  to Carolyn Cohen. And that it was not an audit, but to
4  see if the position should be there under the Deputy
5  Assistant Secretary." Now, can you help me with that;
6  what actually was going on?
7     A. That's when she complained about her grade. She
8  felt she should be a higher grade. And she did not want
9  me to classify it because she felt that I was not being
10 fair to her.
11    And so they -- she went to -- I guess she filed a
12 complaint. I don't know if she filed a complaint or
13 just did a verbal complaint to Mr. McDivitt. And she
14 may have gone to Carolyn Cohen, who is the Human
15 Resources Director for the Department of Interior, and
16 ask her to assign it to someone else to do a
17 classification.
18    Next, when it was given to Fish Wildlife and
19 Pearl [last name sp?] was the classification expert and
20 she classified the position at that time. And said it
21 did not support the upgrade. In fact, she said it did
22 not support the eleven.
23    Q. Okay. Now, one of the other things she
24 mentioned, I'm jumping around a little because I'm
25 reading into her statement. This is dealing with the

Page 20

1  nepotism again. She said that she was also told that
2  she had to leave the building. Do you recall that
3  occurring?
4     A. Margaret had to leave the building?
5     Q. Yes.
6     A. No, uh uh. Her daughter had to leave the
7  building.
8     Q. Okay. Now, she said that her daughter had to
9  leave and she also said that she was told that she had
10 to leave.
11    A. No. I wouldn't know why we would tell her to
12 leave. I have no idea. I don't think so. Her daughter
13 had to leave because her daughter was no longer able to
14 be appointed, but there would be no reason for us to
15 tell Margaret to leave.
16    Q. Okay. She said that when Mr. Hopper was placed
17 as the Acting Deputy Assistant Secretary for management,
18 he became her immediate supervisor. And he moved her
19 from under his supervision. Was that done, to the best
20 of your recollection?
21    A. I think it was. When Mr. McDivitt retired,
22 Mr. Hopper was temporarily placed in that position and I
23 believe that Mr. Hopper -- since Margaret had already
24 filed and EEO complaint against him, he felt that
25 Margaret would not feel she was getting a fair shake if

Page 21

1  he continued to be her supervisor. So, he moved her
2  into another position, detailed her into another
3  position.
4     Q. Okay. Now, can that be done?
5     A. Uh huh.
6     Q. It can?
7     A. Uh huh.
8     Q. What position was she detailed into?
9     A. I believe at the time that she was put under
10 Budget Management Office.
11    Q. Okay. Now were other employees moved as well; or
12 was it just Miss Brantley?
13    A. We move people all the time, constantly moving
14 people from one place to another if they're not
15 adjusting well in one place or if we feel that they're
16 needed someplace else or the supervisor feels that they
17 can be better utilized somewhere else, then they move
18 them. It's constant.
19    Q. Okay. Now, when the other people are moved, are
20 their positions changed or are they just moved from one
21 physical location to another physical location?
22    A. Usually, we do it to unclassify duties, meaning
23 that they'll just do what ever is required in the new
24 job. That there isn't a PD established there. So, they
25 just go to the new duty location and do a job, but it

Page 22

1 might not necessarily be the same thing that they've
2 been doing.
3    Q. Okay. Now, did that impact her ability to get a
4 higher grade, because being that she was no longer
5 reporting to the Deputy Assistant Secretary, but she was
6 reporting to, I think, she says the Chief Financial
7 Officer. And I'm assuming that that was a lower-graded
8 person.
9    A. Actually, they were both SESs, so it wouldn't
10 have impacted.
11   Q. Okay. Now, one of the things that she also said
12 was that typically when the Administrative Officer
13 reports to someone at that level, that they're typically
14 a Grade 12 or higher. And I'd like to ask you is that
15 actually an accurate statement?
16   A. That would depend. It would not necessarily be
17 true. It would depend on the (inaudible).
18   Q. Okay. Now, to the best of your recollection, are
19 there any or were there any GS12 Administrative Officers
20 under the office that you serve, serviced?
21   A. Probably. I don't remember exactly, but there
22 probably are, yes. I'm looking to see through here if
23 there's anything that have any twelves in any of these
24 positions.
25      No, I think -- the ones that we -- the people

Page 23

1 that we have as twelves, they're usually like program
2 analysts or management analysts. They have other
3 duties. They're not just clerical. I believe Daphne
4 Berwald is the only one that we have as a twelve that's
5 a clerical and that's because she's an Assistant
6 Secretary's Secretary.
7    Q. Okay. Now this is where she was talking about --
8 you were correct when I was talking about the promotion
9 and the person was Daphne. I'm going to read this just
10 in case we didn't cover it, right? She said, "Debbie
11 Clark came down and told both Daphne and me that a
12 position would be advertised as an Administrative
13 Officer GS12/13 and both Daphne and I should apply.
14    The position will be seated where Denise Desidero
15 sat and that position would run the front office." Now,
16 was that the position that you were talking about when
17 you said that it was canceled and that a GS7 was placed
18 in that position?
19   A. No. That was a different one. The one you're
20 talking about that Daphne actually was selected for was
21 the Secretary to the Assistant Secretary. The other one
22 when they - when Mr. Hopper detailed Margaret into the
23 Budget Office, she was working at that time for Vic
24 Christiansen. And Victor wanted to promote her to the
25 13 level. Hold on just one more second, okay?

Page 24

1    Q. Okay.
2    A. So, Victor had her rewrite her position
3 description and then we were going to advertise that
4 position, but then Victor was moved into another
5 position. It gets very complicated. And the new
6 Director of Budget came in and he did not want a GS12 or
7 13 clerical person. She had a seven and that was
8 sufficient.
9    Q. Okay. So he was going to promote Miss Brantley?
10   A. He was going to establish a higher grade position
11 and then, of course, we would have had to advertise it,
12 but I'm sure that it was in the hopes that Margaret
13 would get it.
14   Q. Okay.
15   A. That's my understanding.
16   Q. Okay. Now who was the new director that came in?
17   A. Mary Jane Miller. I think that's her name. Let
18 me just double check that. I can't remember what her
19 name was. Yeah, Mary Jane Miller was the new Budget
20 Officer.
21   Q. Oh, okay, because I see in here she says, "the
22 Director's position was advertised and Mr. Christiansen
23 did not get the position as he hoped. Mary Jane Miller
24 got the job."
25   A. Right. That was the Budget Officer SES position.

Page 25

1    Q. Okay. That's where she's talking about the move
2 where she had to pack boxes. She said, "the office I
3 was working in was next door to the office Mary Jane
4 Miller was to use. I had sprained my back and was out
5 under doctor's care when I received a call from Sally
6 Hampton, telling me that I was being moved and I could
7 come in to pack my belongings the next day.
8    A. Mm hmm.
9    Q. Okay. Now, did you have any knowledge of that,
10 that she was told to come in and pack her bag -- pack
11 her boxes?
12   A. No. I had no knowledge at all.
13   Q. Okay. I'm trying to see if your name is
14 mentioned any where else here. Okay. I don't see any
15 where else. Is there anything that occurred that would
16 lead you to believe that she was treated differently
17 because of her race, her color or any of her prior EEO
18 activity?
19   A. No.
20   Q. How about her gender or her age?
21   A. No.
22   Q. Okay. Is there anything that would lead you to
23 believe that she was entitled to be promoted to a higher
24 grade and never was promoted?
25   A. No.

Page 26

1  Q. Okay. Is there anything that you may have
2  observed or heard that would lead you to believe that
3  she was treated differently than any other employees?
4  A. No.
5  Q. Okay. Is there anything that you'd like to add
6  that maybe I didn't ask that you think would be helpful
7  to my investigation?
8  A. No. I think you've been very thorough and
9  covered it all.
10  Q. Okay. Well, based upon that comment, the time is
11  now approximately 9:59 a.m. and that will conclude this
12  portion of the interview, but I'd like for you to hold
13  to make sure the tape took.
14  A. Okay.

Page 27