# EXHIBIT I
Woodrow Hopper Memo

## United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

AUG 0 4 2003

To: Acting Deputy Assistant Secretary – Policy and Economic Development
Deputy Assistant Secretary – Information Resources Management
Office of Federal Acknowledgement
Office of Congressional and External Affairs
Office of Public Affairs
Office of Alcohol and Substance Abuse Policy
Office of American Indian Trust

From: Woodrow Hopper
Acting Deputy Assistant Secretary – Management

Subject: Administrative Support for the Office of the Assistant Secretary Indian Affairs

Effective immediately an Administrative Support function is created under the Office of the Chief Financial Officer (CFO). The function of this office is to coordinate all administrative service functions under the Assistant Secretary Indian Affairs (ASIA).

This office is responsible for coordinating with the responsible Departmental office and the ASIA staff on financial management, procurement, routine personnel actions (within grade, promotions, awards, request to recruit, etc.), timekeeping, travel, training, charge card, security investigations, property inventory, space and other administrative actions as assigned by the ASIA, Chief of Staff, Deputy Assistant Secretary – Management or CFO. They will also provide and/or coordinate training to new staff on access and use of Departmental and Bureau of Indian Affairs information systems, such as Federal Financial System (FFS), Federal Personnel and Payroll System (FPPS), Quicktime (timekeeping), and Lotus Notes.

Diane Murth will lead this support staff that will initially include Margaret Brantley, Daphne Berwald and Karen Needy. Diane is located at 1800 G Street and can be reached at (202) 343-2510.

If you have any questions please feel free to contact me at (202) 208-5649 or Debbie Clark at (202) 208-5185.

Exhibit F4A
Page 1 of 1

99