Case 1:06-cv-01137-ESH   Document 19-12   Filed 02/15/2008   Page 1 of 6

# EXHIBIT K
Plaintiff's New Position Description

**Position Description Amendment: Administrative Officer, GS-341-11**
Office of the Assistant Secretary—Indian Affairs
Office of the Deputy Assistant Secretary for Management
Office of the Chief Financial Officer

Incumbent:     Margaret Brantley

Purpose: Adding duties and assignments to the current position description, and changing the supervisor from Deputy Assistant Secretary-Management, to the Special Assistant, GS-301-15, Office of the Chief Financial Officer.

Date: August 20, 2003

The incumbent reports directly to the Special Assistant, GS-15, who is in charge of the central administrative unit organized in the Office of the Chief Financial Officer, under the Deputy Assistant Secretary—Management, in the Office of the Assistant Secretary—Indian Affairs.

Under the supervision of the Special Assistant, the incumbent assists in the delivery of administrative support services to assigned directorates within the AS-IA for: financial management, procurement, personnel actions, movement of offices and staff, timekeeping, travel, training, charge card, security investigations, property inventory, space, records management and other administrative actions as assigned. The office also provides and/or coordinates training to new staff on access and use of Departmental and Bureau of Indian Affairs information systems, such as Federal Financial (FFS), Federal Personnel and Payroll System (FPPS), QuickTime (timekeeping), and Lotus Notes.

# Position Description
# Administrative Officer
# Office of Audit and Evaluation

## I. INTRODUCTION

The incumbent serves as Administrative Officer in the Office of Audit and Evaluation (hereinafter referred to as "**Office**") and also provides administrative assistance to the Office of Self-Governance, the Office of American Indian Trust, and the Office of the Assistant Secretary - Indian Affairs (hereinafter collectively referred to as "**other offices**").

## II. DUTIES AND RESPONSIBILITIES

Formulates operating budget requirements for the office and other offices, in cooperation with office directors and designated individuals from the four offices. Prepares appropriate budget execution and tracking documents, coordinating with the Department's Office of Budget as appropriate.

Coordinates personnel related functions for the Office and other offices. Prepares appropriate personnel documents and tracks personnel actions, coordinating with the Office of the Secretary Office of Personnel.

Coordinates administrative requirements of the Office and other offices, including availability of necessary office supplies and equipment, maintenance of equipment, maintaining and updating ADP Information Resources requirement plans and actions and coordinating procurement plans and actions.

Serves as administrative liaison with other Department administrative offices such as the Office of Administrative Services (PMO), Office of Budget (POB), Office of Equal Opportunity (PEO), Office of Information Resources Management (PIR), and the Division of Personnel Services (PSP); attending meetings, as appropriate, communicating requirements to the Office Director and directors of other offices.

Coordinates special initiatives, such as EEO, Take Pride, training, or other administrative initiatives, as assigned for the Office and other assigned offices.

Keeps Office Director and heads of other offices informed of progress in administrative functions, indicating problematic areas requiring senior management attention and decisions.

Makes recommendations to the Office Director and heads of other offices on administrative initiatives or improvements which would enable greater efficiency of office operation. Develops and implements such techniques and initiatives.

Preforms special projects, as assigned, including functions of a local area network administrator for the Office of Audit and Evaluation, Office of Self Governance, and Office of American Indian Trust.

### III. OTHER SIGNIFICANT FACTORS

**Factors**

1. **Knowledge Required   FL 1-7**                              **1250 points**

Knowledge of administrative functions required for the long and short term management and operations of an Office organization, including personnel, procurement, budget and information resources.

Knowledge of the Department of Interior organizational structure to enable coordination of administrative functions of the Office and other offices within this structure.

Skill in operating a personal computer and willingness to acquire expert skills in administrative responsibilities associated with a Local Area Network.

The incumbent must have interpersonal skills necessary to coordinate effectively the activities involved in liaison with Departmental administrative offices and personnel within the Office of Audit and Evaluation, Office of Self-Governance, Office of American Indian Trust, and Office of the Assistant Secretary - Indian Affairs.

2. **Supervisory Controls   FL 2-4**                            **450 points**

The incumbent serves under a senior supervisor in the Office of Audit and Evaluation. Guidance and direction will be received from the supervisor as needed. The incumbent coordinates administrative functions required for efficient operation of the Office and other offices, including planning, organization of assignments, and completion of projects to meet established objectives. Duties and responsibilities are accomplished with the framework of established policies, laws, regulations, executive orders and the concept of sound management principles and practices employed in the Office. Completed work is to be reviewed by the supervisor or other designated manager, as required with respect to compatibility with organizational goals, guidelines and effectiveness in achieving intended objectives.

3.  **Guidelines   FL 3-3**                                          **275 points**

Guidelines for the position include written and oral instructions from the Director or senior level supervisor, Departmental manuals and policy in the various administrative areas, the Federal style Manual and other applicable manuals and regulations on such administrative processes as budget, personnel, procurement, and information technology. Employee analyzes the subject, selects and applies guidelines and develops recommendations for change.

Initiative and resourcefulness must be called upon in developing options for office efficiency for consideration by the Director.

4.  **Complexity   FL 4-3**                                          **150 points**

The incumbent must provide a technical level of skills as required to carry out administrative functions and meet the standards of various Departmental administrative offices. The incumbent must have effective interpersonal skills sufficient to represent the Office in carrying out administrative functions with other Departmental offices and in dealing with immediate Office staff. The incumbent must be able to communicate effectively and present options for consideration by the Director. The incumbent is to have a knowledge of administrative requirements for office information technology needs and must be cognizant of pertinent policy and regulations applicable to assigned areas.

5.  **Scope of Effect   GL 5-3**                                     **150 points**

Assignments involve organization and analysis pertaining to a wide range of administrative activities for the Office of Audit and Evaluation as well as other offices, including the Office of Self-Governance, Office of American Indian Trust, and Office of Assistant Secretary - Indian Affairs. Work may result in recommendations for increased efficiency of the tasks assigned to senior managers for implementation.

6.  **Personal Contacts   FL 6-2**                                   **See Factor 7**

The incumbent has contact with Departmental representative in the various administrative areas such as budget, personnel, procurement, and information technology in carrying out the Office responsibilities and relaying requirements of these offices to senior managers within the offices assigned. Coordination with representatives of these Departmental office and the Director and supervisor, as well as senior managers of other offices assigned is required. Contacts are also with coworkers within the headquarters and the Denver field office.

**7.   Purpose of Contacts   FL 7b**                                75 points

Contacts area for the purpose of carrying out administrative functions of the office and other offices. contacts with program managers involve a strong element of persuasion. the incumbent must be skillful in presenting recommendations to a frequently skeptical audience.

**8.   Physical Demands   FL 8-1**                                 5 points

The work is primarily sedentary in nature.

**9.   Work Environment   FL 9-1**                                 5 points

Work is performed in an office environment. Some travel to field to attend meetings or to review administrative requirements of field locations may be required.

```
                                        TOTAL POINTS:  2360
                                        GS-11:      2355-2750
```