# EXHIBIT L
Transcript of Sally Hampton

```
 1   IN THE MATTER OF:
 2   _____
 3
 4        MARGARET R. BRANTLEY
 5             Complainant,
 6
 7                                    COMPLAINT NO.
                                      OS-03-017
 8        vs.
 9
10        OFFICE OF THE SECRETARY, ASSISTANT SECRETARY OF
11   INDIAN AFFAIRS
12             Respondent.
13   _____,
14
15
16                        AFFIDAVIT
17
18
19        TRANSCRIPT OF PROCEEDINGS in the above-entitled
20   cause of action, of the examination of Sally S. Hampton,
21   before the EEO Investigator, Eddie Neal, on the 30th day
22   of August, 2005, beginning at the hour of 8:11 a.m.
23
24   BY: Sandy Oddone
25
```

Page 2

PROCEEDINGS

BY: Eddie Neal

Okay. Well good morning. My name is Eddie Neal and I'm the EEO investigator assigned to investigate the allegations of discrimination filed by Miss Margaret R. Brantley. For the record, today is Tuesday, August 30th, 2005, and the time is approximately 8:11 a.m.

The claims that I will be investigating are being read from an acceptance letter, which is date-stamped July 6, 2005, consisting of the following allegations: Miss Brantley alleges that she was discriminated against on the basis of race, African-American, color, black, sex, female. At the time her age was 55 and reprisal for prior EEO activity when, number one she had been denied a promotion since 1989 while others who worked for the Assistant Secretary, but what I'll do rather than reading those claims into the record, is what I'll do, I'll go through them one by one and give you an opportunity to respond to them, that'll be fair.

(By Sally S. Hampton): That'd be better because my memory is not that good.

Page 3

(By Mr. Neal): So what I'd like to do at this time is to first allow you an opportunity to identify yourself for the record and spell your name, as well.

A. Okay, it's Sally S-A-L-L-Y S. Hampton H-A-M-P-T-O-N and I work within the Department of Interior, Assistant Secretary of Indian Affairs, Deputy Assistant Secretary for Management. I am on an unspecified duty detail since October of 2000 and four.

Q. Okay. And Miss Hampton, let me also administer an oath. Do you swear or affirm under the penalty of perjury that the information that you are about to provide will be the truth, the whole truth and nothing but the truth, to the best of your ability or recollection?

A. To the best of my ability or recollection, I do.

Q. Okay. Now what is your series and grade associated with the title that you have provided?

A. With the unspecified duties, I believe I'm a Management Analyst 343 -- I'd have to look at my fifty. I think because it's an unspecified duty. I'll have to dig that up.

Q. Okay. What grade is that?

A. It's 14.

Q. Fourteen?

A. Yes, I've been a 14 for many years.

Page 4

Q. Okay. Now, because Miss Brantley alleged that this was based on her race, I need to obtain your race and your skin color as well.

A. Okay. I'm Scotch-Irish or white and that should cover it.

Q. Okay.

Q. Okay. Now we know your gender is female. And she lists her age as well. So, I need your age and date of birth as well, for the record?

A. I was born October 16, 1950.

Q. Okay. How old would that make you?

A. Fifty-four coming 55.

Q. Okay. Now, do you have any knowledge of any prior EEO activity that Miss Brantley might have been involved?

A. Prior to this thing, no. This is all she discussed with me.

Q. Okay. Now, so she had discussed this with you?

A. Yeah, in light of the fact that what happened was down the hall here with the kitchen and the wall.

Q. Oh, Okay. Tell me a little bit about that since that's one of her allegations that she was denied a partitioned wall in her office space.

A. Well, I can tell you the circumstances.

Q. Okay.

A. To the best that I know, being an outsider.

Page 5

There is a room down the hall. It's 2749, I believe. That is a little bit larger than normal. There is a full-sized refrigerator in there, in one corner and of course, there's a closeted sink, as a lot of the rooms have. And the microwave oven was put in there by this office and that's where Margaret had her desk set up as the secretary, in a little waiting area for customers as they came through the door.

She was the screener for people as they walked in the door for the Director in Resource Development. In any event, the odors and the fact that it was a little kitchen area and all this, was getting to her. And so, she requested of her boss that she could look in to getting a wall put up so it would wall off the area of the kitchen so she wouldn't have to put up with it. Not just her, but any customers that came in and sitting in the waiting area.

The only piece I know after that, was not firsthand. And that there was some discussion with the facilities contact, with the department, a guy named Harry. And that he, when confronted by the director and by Margaret, said that he, I'm not exactly sure how it went. To be honest, but something to the effect of he wasn't quite honest. Like I said, that's all secondhand that I heard that piece. And then the next thing I knew

Page 6

1  is that she came to me and said, "I guess I'm back with
2  you, what do you want me to do?"
3  Q. Okay. Now, when you said that she was in an
4  office, was she in an office with Mr. Middleton?
5  A. Not in the same space, no. She was working for
6  him on a detail.
7  Q. Okay. Now, so -- where was Mr. Middleton's
8  office located in proximity to the kitchen area?
9  A. Right through the doorway. He was in a seperate
10 space, as a director should have an SCS.
11 Q. Okay.
12 A. You know, generally SCSrs have their own office
13 and then they have, usually their admin person as their
14 initial contact with customers that come through the
15 door and then they go through the admin officer's or the
16 secretary's office to get into their office. And that's
17 the setup.
18 Q. Okay. Now, what about before Miss Brantley was
19 in that space; was there anyone else that occupied that
20 same space where she was later placed?
21 A. Yeah. Originally, I'm trying to think back.
22 That would've been last fall. The Office of Budget
23 Management had that office. For a long time it was
24 vacated because there wasn't a secretary, but the desk
25 was in there, but there's a lot more in there besides

Page 7

1  the refrigerator. I mean that's always been in there,
2  since I've been around, but there were filing cabinets
3  and it was the Office of Budget Management. And there
4  was a gal named Karen Needy who sat in there as the
5  secretary, but it was a different office, different
6  program office.
7  Q. Okay. So Karen Needy, at some point, was in that
8  same position where the microwave and the refrigerator
9  was?
10 A. Yeah. In fact, the microwave actually was over
11 behind her and the frig was still in the same place it
12 is today. The frig hasn't moved. What has moved is
13 there's no more filing cabinets in there.
14 Q. Okay. Now, while we were off the record, you
15 indicated that you were not her official supervisor.
16 Tell me a little bit about that.
17 A. I am in undetailed. Actually, it's called
18 unclassified duties. And I call myself a virtual
19 supervisor because I'm now in a position where I have
20 people come to me for their leaves that signed and such,
21 instead of going directly to the Deputy Assistant
22 Secretary for management. There are five people.
23 There's a Budget Analyst, two Management Analysts, a
24 Facilities Manager, and then Margaret as Admin Officer.
25 Q. Okay. So, you sign their leave slips, but who

Page 8

1  assigns their duties?
2  A. Well, I guess at this point, I am. And the
3  reason I say I guess, is because I have not received any
4  clear direction.
5  Q. Okay, because one of the allegations that she
6  made was that she has no -- since she returned from
7  Mr. Middleton's office, is that she has no duties.
8  A. Well, I don't know about no duties. What has
9  happened in light of the fact that she had gone up to
10 Budget and I thought, in my opinion, I thought she was
11 going to be staying with Energy, okay.
12    And I was told to break up all of the programs.
13 There's 26 programs, offices. I was told to have each
14 of the program offices handle their own accounts and
15 their own contracts and their own reimbursable support
16 agreement. So, that's what I did. And we've been doing
17 that since -- The first meeting I was involved in was in
18 November. With all of these admin folks of all the
19 program offices. So, they, in other words, it's called
20 (decent rising?). All of the duties, so to speak, for
21 monitoring, for doing reimbursables, contracting, yadda
22 yadda yadda have been decentralized to the program
23 offices. So now, they are being held accountable for
24 their own budgets.
25 Q. Okay. Now let me correct that. She didn't say

Page 9

1  when she returned from Mr. Middleton's office. She was
2  in another office, I think, at some point, she was --
3  did she ever say anything about being accused of
4  nepotism to you?
5  A. Only in the past. She told me what happened one
6  day when she was upset. It's only been about a week
7  ago. And she was telling me about it. All I was, was
8  an ear. I really like her, okay, let's be honest here.
9  She's a very personable person and so I was listening to
10 her and that's why I know about that.
11 Q. Okay. That's when she said that her duties were
12 taken away, when she was accused of nepotism.
13 A. Oh, that's been well before my time. That was
14 way -- that was way -- that was back even before this
15 current deputy. That was -- who was that? I think that
16 was, oh my gosh, that's when I was still in Fire,
17 because that's we were trying to -- I was trying to
18 figure out what it was when she was telling me.
19    Yeah, I was Fire, so it had to have been prior to
20 2003, anyway and I was on the hill in 2000. So, it had
21 to be between those, this time and that frame.
22 Q. Okay. Let's make sure we're talking about the
23 same period. When she told you about it, did she say it
24 involved Dr. Mason?
25 A. Yes, she told me that.

Page 10

1  Q. Oh, Okay. So, that was in 2003?
2  A. I don't know. It was well before my time.
3  Q. Oh, okay. Okay.
4  A. I didn't know anything about it. I mean, let's
5  put it this way, it was before my time, in October,
6  anyway, because I didn't know anything about it. I was
7  in the Office of Budget Management.
8  Q. Oh, Okay.
9  A. So, I wasn't even in this division.
10 Q. So since then, okay -- well, since that was
11 before your time, has she had any duties since she's
12 been with you?
13 A. Well, like I was saying, we've delegated, but
14 I've given her other stuff to do. I'm trying to get her
15 to learn spreadsheets. I'm trying to get her to learn
16 how to analyze data as far as reimbursable support
17 agreements. I've had her going back to the year 2001,
18 since all the accounts are in such a bloody mess. And
19 trying to figure out -- wow, you don't how our -- our
20 structure is that we have National Business Center
21 Finance in Denver. And there has to be somebody in
22 charge of making sure that they're doing their job. You
23 know, monitoring the accounting side, and doing
24 analysis. And making sure that reimbursable accounts
25 are closed out at the end of each year. Well, that has

Page 11

1  not happened up until 2004.
2       So, I've had her -- I just gave her this project
3  and I said, "I need you to go through, here's the copies
4  of all the reimbursable support agreements. I need you
5  to book spreadsheets and I need you to analyze the data
6  and get as close as you can to the numbers that are in
7  the system. So, I have been giving her things to do.
8  I've been teaching her, also because she's very weak on
9  the budget side. So I've been trying to, you know, I've
10 talked to her. I said "how about maybe you'd rather be
11 doing analyst-type work." So that's the direction I've
12 been going with her.
13 Q. Okay. Now how did her detail come about that she
14 was detailed to Mr. Middleton's office?
15 A. Well, like I said earlier off the record. He had
16 come to my boss and said that he needed somebody because
17 he was in the office. It was just him. Like he was a
18 political appointee. So, my boss said to me, "do you
19 suppose that Margaret might want to do that?" because
20 she'd only been back for two weeks. And I said, "I
21 don't know, I'll ask her."
22      So I talked to Margaret and she says, "well,
23 sure." You know, because it was a chance for a fresh
24 start and a real job. I mean, with all kinds of duties
25 and taking care of a whole new office and building an

Page 12

1  office, you know, exciting, right? And plus it would
2  give her a chance to get into the grants programs. And
3  so I had talked to Bob and I said, "Bob, I need you to
4  --" well, actually I e-mailed him, I guess. He was out
5  of town. And I said, "I want you to meet this Margaret
6  Brantley, she's interested in helping you out and I
7  think you'd make a good match." That was my opinion.
8       So, anyway, they met and they liked each other
9  and that's how she met him. It was kind of like the
10 trickle down thing with my boss saying, "here, You see
11 if this'll work." So, I did. And I thought it worked.
12 Q. Okay. Now, how long was she with Mr. Middleton?
13 A. You know, my mind -- I couldn't say for sure
14 because I'm shocked that it's still August. I know that
15 sounds silly, but I'm serious. I couldn't tell you. I
16 think it was a few months. That's as close as I could
17 get.
18 Q. Okay. Now, do you recall what happened as to why
19 she came -- why she returned to your office?
20 A. I had already stated that it was the business
21 about the wall.
22 Q. Oh, okay. Okay. Now did --
23 A. One event, to my knowledge.
24 Q. Okay. And then Mr. Middleton, so he decided that
25 he didn't want her any more because of the wall

Page 13

1  situation?
2  A. Yeah. He felt that he had been blindsided. It
3  was a very emotional thing.
4  Q. Okay. Now, there's some other allegations here
5  as well. Her first allegation is that she has been
6  denied a promotion since 1989 while other employees who
7  worked for the Assistant Secretary's Office were higher
8  grades. Do you have any knowledge of that allegation?
9  A. No. No. I know she has been bitter at times and
10 made wise remarks.
11 Q. Okay. Her second allegation is she has been
12 denied communication access such as e-mail service since
13 March of 2002. Do you have any knowledge of that
14 allegation?
15 A. No, because she has e-mail and she has Office of
16 the Secretary e-mail. She was one of the approved
17 people. With light of the COBELL litigation, Building
18 and Affairs is all shut down. They have no outside
19 contact with the world, so to speak with their business.
20 There is no connectivity with the web.
21      There are a few people that were approved by the
22 Deputy Assistant Secretary for the department. I mean,
23 we're talking the Secretary's Deputy that were approved
24 to have e-mail access and web, internet access, okay?
25 And there's a list of maybe, a handful. Well, maybe

Page 14

1  more than a handful. About 22 people. And some of
2  those directors and yadda yadda yadda.
3       Well, I don't know about the 2002 business, but
4  when she was up in the Office of Budget Management, I
5  was in charge of getting machines and reorganizing the
6  list for approved people. And as soon as we purchased
7  the first five machines, she got her machine. And so,
8  therefore, since last fall she has had connectivity.
9       Now, prior to that she's always had BIA machine,
10 but BIA, like I said cannot speak to the outside world
11 because of the COBELL litigation in Federal Court.
12    Q. How do you spell Cobell?
13    A. Oh, horrors. C-O-B-E-L-L, maybe? Guessing. I
14 know it's Judge Lambert.
15    Q. Okay. Now, so were others impacted, as well,
16 with the e-mail?
17    A. Oh, yes. In fact, I came from -- I had personal
18 experience in that. When I came from the Office of the
19 Secretary of Wildland Fire Office, back in 2003, I lost
20 my connectivity when I went to work for the Assistant
21 Secretary for Indian Affairs. In fact, I didn't get my
22 connectivity back and I'd already been approved until
23 last, gosh, it was last summer. That's about the same
24 time frame, because you can only order so many computers
25 at a time. In any event, it was about August, maybe.

Page 15

1  Q. Okay.
2  A. So, I was in the same shape and everybody else
3  was, too. With exception of our scheduled CEO
4  appointees. Of course, they had right away.
5  Q. Okay. Now, her third allegation is her office
6  was taken away. She was not given proper facilities to
7  do her work and she was made to walk three blocks to
8  perform her duties. Do you have any knowledge of that
9  allegation?
10 A. I am clueless because since I've been with her,
11 even up in Office of Budget Management, she shared an
12 office up there, which is justifiable. She's an eleven.
13 Even twelves share. In fact, when I was in the Office
14 of Budget Management, there were two of us fourteens
15 sharing an office. And this is more recent history,
16 like October.
17      Well, wait a minute. Last summer she shared an
18 office with Daphne. So, that was (I'm pointing here,
19 next door to me). That's where it was. It was right
20 next door to me. I wasn't here. It was another lady,
21 Dianne Murth. She shared an office with Daphne. She
22 and Margaret were both alone.
23      Space is -- let's put it this way, these rooms
24 vary from 270 square feet to about 230. We're having to
25 double up everywhere. So, but as far as this last

Page 16

1  October, she had her own office and she shared it with
2  the kitchen, unfortunately. Since she's been here, she
3  shares it with the Budget Analyst and he's a fourteen
4  and she's an eleven.
5  Q. Okay.
6  A. Prior to that, I haven't really any idea.
7  Q. Okay. Now her fourth allegation is that on
8  February 11, 2005, she was denied a promotion. Do you
9  have any knowledge of that allegation?
10 A. I'm only guessing. That's for the tape. I'm
11 only guessing. That seems to about the time that there
12 was an announcement put out for a twelve for Middleton's
13 office as an Admin -- rather as a Management Analyst.
14 Anyway, it was something that was a twelve. That's all
15 I know. I have to assume she put in for it. I don't
16 pay much attention.
17 Q. Okay. You had no involvement in that selection
18 process?
19 A. No. In fact, I don't have any involvement in any
20 selection. That's why I'm only a virtual supervisor.
21 It's my boss, the Deputy Assistant Secretary or in the
22 case of the Office of Energy Resource Development, it'd
23 be the director, which is Bob Middleton.
24 Q. Okay. Her fifth allegation is that on January 12
25 or 13 of 2005, she was requested to pack office supplies

Page 17

1  in spite of her previously injured back, which she
2  reinjured while packing.
3  A. I don't know what that was about. All I --
4  January? See, no, I couldn't say it was a surety
5  because I don't know. What could that have possibly
6  been? I'd be guessing.
7  Q. Okay.
8  A. Was that the era that she was down here or up in
9  the Office of Budget Management, I don't know. I can
10 honestly say that.
11 Q. Okay. On about January 24, 2005, she was denied
12 a private office and denied a key to her office. Do you
13 have any knowledge of that allegation?
14 A. No, I don't. I didn't know that. In fact, I'm
15 sitting here trying to think was she still in
16 Middleton's office? I don't know. Or was she upstairs
17 in the Office of Budget Management? I just don't know.
18 A lot of times people don't get keys to their office. I
19 mean, here I am just stating, generally for the
20 department.
21      When I was upstairs in the 4100 corridor, at the
22 beginning, like September and October of last fall, I
23 didn't have a key for a long time because people, that's
24 the hall of leaders, you know, all the SASers and stuff
25 like that are up there, political. I had a key to the

Page 18

1  main hall door. It took a long time to get a key to my
2  door just because there wasn't another key downstairs at
3  the security desk. There was only one key and I shared
4  the room, then. So, that's just a general statement.
5  Q. Okay. According to what she wrote here, she was
6  detailed to Mr. Middleton, March 6th of 2005.
7  A. Okay, it wasn't until March. Okay, thank you.
8  Q. Okay. So, this would have been a little before?
9  A. That would had to have been -- well that was a
10 little -- a couple of weeks in there. Did she ever sit
11 in here, in between? She was in the Office Of Budget
12 Management upstairs on the 3600 corridor with Mary Jane
13 Miller, with her boss, the old Budget Officer.
14     She came back here, but I couldn't tell you what
15 couple of weeks she was here. I think we moved her
16 directly into that empty office space. I'd have to ask
17 my facilities guy and see if he has it on his calendar.
18 March is when she started for Bob, okay.
19 Q. Okay. All right. Well, now is there anything
20 that maybe I didn't ask that you might be able to tell
21 me that you think may be of assistance to me during my
22 investigation?
23 A. I've thought about this since Claudia called
24 yesterday. Like I said, she's a real nice lady. I
25 really think that she's very weak in the budget area and

Page 19

1  I -- If I ever get to be a real supervisor, I'd really
2  match the skills with the functions. If I was a real
3  supervisor now and it was a, you know, ideal world, I
4  don't think her position would be an Admin Officer, it'd
5  be a Management Analyst because it's more broad. Her
6  skills do not lie in the area of budget and
7  spreadsheets.
8     Does that help you at all? I mean, she's -- she
9  is one of the neatest people. She's here on time. Oh,
10 like clockwork. It's a delight to have an employee like
11 that. So, I don't know if that helps or hinders things
12 for you.
13 Q. Okay. Is her position a supervisory position?
14 A. No.
15 Q. Okay. So she's in a non-supervisory position?
16 A. Right. Right.
17 Q. Okay. Now are there any other -- she's a
18 administrative officer; correct?
19 A. Right.
20 Q. Okay. Are there any other administrative
21 officers in your division or your branch or whatever?
22 A. One. One. He is the Supervisory Admin Officer
23 in the leadership hallway and he supervises the
24 secretarial pool.
25 Q. Okay. Now, what grade is he?

Page 20

1  A. He's a twelve.
2  Q. Okay. Now what's the difference between his
3  position and her position?
4  A. The biggest is supervisory. He also supervises
5  the correspondence folks. There's three of those. The
6  secretary things. So, I find from that, he does his
7  program budget. I don't -- the biggest thing is the
8  supervisory because he supervises six, seven, eight
9  people.
10 Q. Okay. Now has her position ever supervised
11 anyone?
12 A. I can't -- I don't know. I don't think so.
13 Q. Okay.
14 A. I don't think so, because before I came there was
15 a lady named Dianne. I know that her -- what was she?
16 She was a special assistant, but you have to realize
17 that since in the last four years, since 2001, there
18 used to be, like, only ten program offices. At one
19 time, there were only five. Now there are twenty-six.
20 So, it has grown expidentially.
21    In fact, the employees, themselves have gone from
22 like forty. We now have 220. So, speaking for the
23 past, I couldn't. I couldn't tell you. I wouldn't have
24 a clue if there's a supervisory AEO. I know in BLN, we
25 used to have those creatures, but not anymore. They've

Page 21

1  gone more and more with the management analyst side.
2  Q. Okay. All right. Now, has she ever spoken to you
3  about a promotion?
4  A. No, because she knows I'm virtual. I did offer
5  at one point. We did, you know, we had to do our new
6  evaluation forms and I just did a standard one for
7  everybody that works in this group. I had her working
8  on an individual development plan, which is for training
9  and stuff. That's something I do have control over.
10    I did ask her if she wanted me to help rewrite
11 her PD because I had seen it and I went, "this all you
12 have, yuck". Anyway, and she said, "no, not at this
13 time." So, I'm perfectly willing to help her. As far
14 as promotions, she's never talked to me about that. I
15 haven't brought it up.
16 Q. Okay. All right. Well, based upon that comment,
17 I have no further questions. The time is now
18 approximately 8:40 a.m. That will conclude this portion
19 of the interview, but I want you to hold to make sure
20 the tape took.
21 A. Okay.