# EXHIBIT M
Transcript of Victor Christiansen

Page 2

1
2      PROCEEDINGS
3
4  BY: Eddie Neal
5
6      Good afternoon my name is Eddie Neal and I'm the EEO
7  Investigator assigned to investigate the allegations of
8  discrimination filed by Miss Margaret R. Brantley.
9      For the record, today is Thursday, September 1, 2005,
10 and the time is approximately 2:14 p.m. The claims that
11 I will be investigating are from an acceptance letter,
12 which is date-stamped July 6, 2005, consisting of seven
13 allegations.
14     Her overall allegation is that she alleges that she
15 was discriminated against on the basis of race,
16 African-American, color, black, sex, female. Her age at
17 the time was 55 and reprisal for her prior EEO activity.
18     What I'd like to do before we proceed any further, is
19 to first allow you an opportunity to identify yourself
20 for the record and spell your first and last name, as
21 well.
22     A. Victor V-I-C-T-O-R Christiansen
23 C-H-R-I-S-T-I-A-N-S-E-N.
24     Q. Okay. Mr. Christiansen let me also administer an
25 oath. Do you swear or affirm, under the penalty of

Page 3

1  perjury that the information you are about to provide
2  will be the truth, the whole truth and nothing but the
3  truth, to the best of your ability or recollection?
4      A. Yes, I do.
5      Q. Okay. What is your official title, series and
6  grade?
7      A. Right now, my official title is Senior Policy
8  Analyst, GS15 in the Office of Indian Energy and
9  Economic Development.
10     Q. Okay. And how long have you been in your current
11 position?
12     A. I've been in my current position since around
13 late January or February or some time in February of
14 this year.
15     Q. Okay. Now because Miss Brantley alleged certain
16 basis that she feels she was discriminated against
17 because of, I need to obtain comparable information from
18 everyone I speak to. Your race for the record is?
19     A. African-American.
20     Q. And your skin color?
21     A. I'm black.
22     Q. Okay. Now we know your gender is male. Your age
23 and date of birth?
24     A. I'll be 54 this month, 9/26/51. I'm currently 53
25 years old.

Page 4

1      Q. Okay. Now do you have any knowledge of any prior
2  EEO activity that Miss Brantley might have been
3  involved?
4      A. No, I don't.
5      Q. Okay. At any point were you -- did you ever
6  supervise Miss Brantley?
7      A. Yes.
8      Q. At what period of time was that?
9      A. I was on a detail as a budget director and head
10 of the Office of Budget Management and BIA, starting in
11 May of 2004 until late January or early February of
12 2005. During that time, not immediately, and I can't
13 give you a specific date, but sometime during that
14 period Margaret Brantley came and worked for me, was
15 assigned to work in that office.
16     Q. Okay. Now was she a direct report of yours or
17 was she -- or where was she in your supervisory chain?
18     A. She was a direct report.
19     Q. Okay. Now during that period of time, was there
20 ever any discussion between you and Miss Brantley as it
21 might have pertained to her seeking some type of
22 promotion?
23     A. Yes. Yes, I had a position there that was a
24 grade level above Margaret's. It was being advertised.
25 I encouraged her to apply for the position. I thought

Page 5

1  she would have been a very good candidate for the
2  position. Of course, I never promised her a promotion,
3  but she knew that she would be a good candidate, because
4  I encouraged her to apply for the position.
5      Q. Okay. And what became of that position?
6      A. That position was never advertised. I can't say
7  why. I don't know if it was racism or some other
8  reason. For whatever reason, I could not get that
9  position advertised.
10     Normally, it only takes a few weeks to get a
11 position advertised. For whatever reason, the Personnel
12 Office could not get their act together and get this
13 position advertised.
14     In the final analysis, when I left that job, it
15 was too late. It had never been advertised. This had
16 never happened to me before, that it would take that
17 long.
18     I went and questioned people in Personnel on a
19 couple of occasions. At one point, they said, "well,
20 they were told to hold up on it." Like with Debbie
21 Clark, I checked with Debbie Clark. She said that
22 wasn't true, that I should go ahead and advertise it. I
23 went back and told them that Debbie wanted it
24 advertised.
25     They hummed and hawed and said "we'll get to it

Page 6

1  just as soon as we can." Months and months passed. It
2  was never issued.
3  Q. Okay. Now do you recall who the people in
4  Personnel that you spoke with?
5  A. Donna Brannon.
6  Q. Okay. And what grade was the position that you
7  were seeking to advertise?
8  A. I don't recall. It was a one grade promotion for
9  Margaret if she did in fact get the position.
10 Q. Okay. Do you recall what the title of the
11 position was?
12 A. No. I could probably find out, if I went back
13 and looked at my records. Off the top of my head, it
14 was Administrative Officer or something along those
15 lines.
16 Q. Okay. Maybe this will help. Her position, based
17 upon what she told me, is that she's a GS11
18 Administrative Officer.
19 A. Right. So it would've been a GS12 position and
20 it would've been, it was probably Administrative
21 Officer.
22 Q. Okay. Now, being that you were in the position
23 from 2004 to some point in 2005, do you recall whether
24 it was in 2004 when you were -- when you attempted to
25 advertise the position?

Page 7

1  A. Yes. It was definitely in 2004.
2  Q. Okay. Now while we were off the record I told
3  you that there were seven allegations. We went through
4  the others. You said that you had no involvement with
5  any of those, so I'm not going to discuss any of those.
6     I also discussed the fact that she said she was
7  accused of nepotism. You said you had no knowledge or
8  involvement of that, so I'm not going to talk about
9  those either.
10    I want to stick a little bit more with her
11 promotion potential? How was it that she came to work
12 in your office?
13 A. She was just assigned there. I really don't know
14 the circumstances other than the fact that they were
15 trying to find a place for her. I was approached at one
16 point by Debbie Clark and said, "you know, we need to
17 find a place for Margaret, would you be interested in
18 having her in your office?" I said, "I would be," and
19 she was assigned to my office.
20 Q. Okay. Now while there, how did the next higher
21 level vacancy come about?
22 A. It was a vacancy that was -- I needed that type
23 of position in that office. I knew that before Margaret
24 got there. I talked about it with Debbie Clark before
25 Margaret got there. So, the position had nothing really

Page 8

1  to do with Margaret, other than the fact that she was
2  there, basically doing the work at the time when I
3  planned to advertise the position. So, they were
4  independent of each other.
5  Q. Okay. Now to the best of your recollection, who
6  departed the office first; was it you or was it Miss
7  Brantley?
8  A. It was fairly close to the same time, but it was
9  me. I was a few weeks before her.
10 Q. Okay. I asked that question because some of
11 things she said that occurred, she was talking about
12 some period in 2005, where she no longer had duties. I
13 was listening to your testimony. You indicated that you
14 were giving her work to do. Is that correct?
15 A. That's correct.
16 Q. Okay. So that's probably subsequent to your
17 departure that she was referring. Okay. All right.
18 Well, is there anything else that you can tell me --
19 well, let me ask this, what was -- did you find anything
20 unusual about your request to fill that particular
21 vacancy or to announce that particular vacancy?
22 A. As I mentioned before, it was unusual that I
23 couldn't get it done. I mean, as far as I knew, Debbie
24 Clark had given me permission. It was just a matter of
25 getting the PD to Personnel and them announcing the

Page 9

1  position. But like I said, the weeks went by and
2  nothing happened.
3     I went down to Personnel. A couple of times they
4  gave me different excuses. Then, at one point, they
5  said, "well, Debbie said not to advertise it." I went
6  back to Debbie. Debbie said, "Yeah, I advertised it."
7  I went back to Personnel and they said, "okay, but it'll
8  have to wait." And we just waited and waited. Every
9  time we went back, "yeah, we're getting to it, we're
10 getting to it." It just never happened.
11    That was very peculiar to me. I've never had
12 that happen to me before in my 31 years of government
13 service. I mean they may have some valid excuse, I
14 dont' know. It just seemed odd to me.
15 Q. Okay. Now did you ever speak with anyone other
16 than Donna Brannon?
17 A. Other -- in Personnel?
18 Q. Yes.
19 A. No. It was just Donna Brannon. She was the
20 person I was told that was handling it and the person I
21 was told to talk to. That's who I talked to.
22 Q. Okay. All right. Is there -- well, based upon
23 the reasons that Miss Brantley indicated, she felt that
24 things occurred because of her race, her color, her
25 gender, her age and her prior EEO activity.

Page 10

1   So, is there anything that would lead you to
2   believe that it was not announced because of any of
3   those reasons?
4       I'll go through them again, one by one. Let's
5   say because of her race, African-American?
6       A. To be honest, I couldn't say. The best I can say
7   or truthfully is that it just seemed like a strange
8   situation to me. It had never happened before in my
9   career and I just couldn't understand it. Whether it
10  had something to do with race or age or sex, I have no
11  idea.
12      Q. Okay. All right. Well I have no further
13  questions. Is there anything you'd like to add that
14  maybe I didn't ask, that you think may be of assistance
15  to me or anything you'd like to elaborate upon that I
16  did ask that you think may be of assistance to me during
17  my investigation?
18      A. No, I can't think of anything offhand.
19      Q. Allright. Well, based upon that comment, the
20  time is now approximately 2:25 p.m. That will conclude
21  this portion of the interview. I want you to hold and
22  make sure the tape took.
23      A. Okay.
24
25

Page 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25