# EXHIBIT P

Plaintiff's Initial Administrative Complaint

| Form DI-1892 REV. 3/98 | U. S. Department of the Interior Complaint of Discrimination |
|---|---|

**1. Complainant's Name:** Margaret R Brantley  **Place of Employment:** DOI
**Street Address:** 2601 Holly Dr  **Address:** 1849 C St NW, MS 1800 G
**City, State, Zip Code:** Ft Wash MD 20744  **City, State, Zip Code:** Wash DC 20240
**Home Phone:** 301-265-5327  **Work Phone:** 202-343-2504

**2. DOI Office which you believe discriminated against you?**
**Bureau:** Department of the Interior, Office of the Secretary / OS/IA  **Division/Office:**
**Address:** 1849 C St NW  **Region:**
**City/State:** Wash. DC

**3. Basis(es) for believing you were discriminated against?** (Check one or more, and provide the specific Information.)

- [X] Race — African American
- [X] Color — dark
- [ ] Region _____
- [X] Sex — ~~fem~~ female
- [ ] National Origin _____
- [X] Age (Date of Birth) — 55
- [ ] Physical Handicap
- [ ] Mental Handicap
- [X] Reprisal

(Date of previous EEO activity) _____

**4. Allegation(s) of discrimination?** (For each allegation, state the date and the specific incident causing you to believe that you have been discriminated against. FOR EXAMPLE: I was discriminated against on January 1, 1992, when I was not selected for the position of Analyst. (Use additional pages as necessary.)

see attachments

**5. Have you discussed your complaint with an EEO Counselor?** Yes [X] No ___ (If yes, name of Counselor): Jinnie Harrell  **Date you first contacted the Counselor:** 4/1/03

**6. Are you agreeabel to using the Alternative Dispute Resolution (ADR) process?** Yes ___ No [X]

**7. Have you presented these allegations to any other forum?** If so, please indicate:
___ Negotiated Grievance Procedure ___ Merit Systems Protection Board ___ Court (Civil Action)

**8. List the remedies which you believe will resolve your complaint:** (Use additional pages, as necessary.)
Attorney fees, back pay, ~~mental distress~~ compensation, promotion to GS-14, office space (private), connected to OS lan and Lotus Notes to receive e-mail and budget information and placed in main Interior Building and have Donna removed from ___
compensatory damages

18  OS-03-017

Formal Discrimination Complaint

On March 24[2003], I received a phone call from my daughter Michelle Steele informing me that she has been trying to contact someone to let her into the building to meet with Donna Brannon, I told her I'll be there. Michelle was to work with Dr. Velma Mason's office(Alcohol and Substance Abuse Prevention) for two weeks only.

I assisted in letting her into the Main Interior Building and was taking her to Donna Brannon when we ran into Brenda Butler (who works with Donna Brannon). who was taking other new recruits to be sworn in. Brenda told us to follow her. So we did.

Brenda informed Michelle that Donna wanted to see her before she filled out her papers. So we all walked to see Donna.

Once Donna came out to meet with Michelle she proceeded to inform Michelle that she did not have a PD for that of the GS-6 she only had a GS-5 and a GS7 and would Michelle take a GS-5 and Michelle stated that was unacceptable. Donna proceeded to stated Michelle did not put a dollar amount on her resume'
so I asked Michelle did she know approximately how much she made and Donna interceded with giving her a GS-5 and I said no can we give her the GS-7 and can we pull up her records to find out what she made the last time she worked here. Donna said she did not think so because it has been 11 years ago. Donna again said that she did not have a GS-6 PD. I told Donna what Michelle would be doing for Dr. Mason. Donna had informed me that she would use a generic GS-6PD. Donna repeated that she did not have a PD for a GS-6 again so I informed Donna I'll get one for her. As I was leaving Donna stated "make sure it is a GS-6PD". On my way to Dr. Mason's office, I ran into Sandra Wheatley who asked if we got things straight and I said we need a GS-6 PD and Sandra said we have only a few of them. It hit me then that Donna again was holding up the process that she did not want to happen. After I got to Dr. Mason's office I proceeded to tell her that Donna is now claiming she does not have a GS-6 PD after telling me she would use a generic GS-6 PD. I told Dr. Mason that I got a GS-6 PD from the Solicitor's office and I will change it to suite her needs (Velma's) I asked Velma a few questions and proceeded to compose the PD. Michelle Steele was brought down by Brenda Butler who had sworn her in to work and she and Dr. Mason began to work. Michelle did some xeroxing and note taking for she was to set up a meeting for the Wellbriety Journey for the Office of Alcohol and Substance Abuse Prevention.

Once I finished I found that I could not print it because I had not logged onto LAN for I was using the secretary's PC who was absent. I had called the LAN administrator he informed me I could not print because I had not logged on the LAN and he left when Woody Hopper and Donna Brannon came into the office in a demanding tone (like it was a riot) and proceeded to split up Michelle, Velma and myself. I who was African American was told by Woody Hopper to go with Donna Brannon, he told Michelle who is African American to come with him and told Velma, Director who is Native American Indian he wanted to talk with her later and for her not to leave

/9

her office.

As I was walking with Donna I questioned her as to what was going on and she said Woody would tell me. I was sitting in her office for about 40 minutes before Woody came up. He asked that I follow him into another office where he proceeded to question me about Nepotism. Wanting to know if I knew what is was. I told him what I felt Nepotism was and asked was there another meaning I knew nothing about. He did not answer my questions. I then asked Woody what was Nepotism? And he said "how long have you been working in the Federal Government and I told him 36 years and he said and you don't know what Nepotism is? I told him that I only know that Nepotism is if I was hiring a relative to work for me is Nepotism. He again did not say anything. I sited all the people that I knew that committed nepotism. I again asked if there was another meaning. He did not answer. I told him Michelle would not be working with me but with Dr. Mason.

I went to Dr. Mason's office and proceeded to tell her was had just happen when Michelle walked in and told us she was fired because she refused to write down how she was hired. Woody Hopper walked in just as she told us that and stated she (pointing to Michelle) is terminated. I asked why Michelle was terminated then Michelle repeated telling us that Woody asked her to write down how she was hired and because she did not Woody stated that she was fired. Woody and Michelle went through the routine of no I did not and yes you did. Woody finally told us the same thing that Michelle had said why he fired her and I called him on it. Woody shouted at my daughter and she shouted back, I started to intercede but saw that Michelle was able to handle the situation . Woody then pointed to me and told me to go to my office and pointed to Michelle and told her to leave the building and pointing to Dr. Mason stating I suggest you get them out of your office .

I told Woody that Dr. Mason office is one of the offices I assist and he told me "if you don't leave that office he will take me to McDivitt (my supervisor) I said "let's go". Michelle stated that she was going to the credit union and asked if I needed anything and I said no.

Upon arriving to McDivitt's office, Woody said to McDivitt in a demanding voice "Tell her to go to her office now" before I could ask of Woody did McDivitt know what was going on Woody left McDivitt's office. I then asked McDivit if he knew what was going on and he said "something about nepotism" I proceeded to asked what was Nepotism? He stated that an official hiring a relative to work for them. I then said right! Michelle was being hired to work with Dr. Mason not me. He proceeded to tell me not to do any work. I then asked if I am not to work at all and he said "oh no just don't work with Velma's office. I stated you know I have no problems not working with her office and I left his office.

I told Velma Mason that McDivitt instructed me not to work with her office and she wanted to know who should she ask and give her questions to I said give them to McDivitt.

On March 25, I met with McDivitt to ask about my office space and I also stated to him "you know that was not nepotism don't you?" He did not respond so I said Oh no comment. He answered no. McDivitt then proceeded to state that Velma e-mailed him with a problem

Case 1:06-cv-01137-ESH    Document 19-17    Filed 02/15/2008    Page 5 of 6

regarding a payment she had made and want to know how she would get her money back and he asked me "who should I give this to you or Debbie Clark? Debbie Clark can override things.

Debbie Clark is a SES and I felt if I told him don't give it to me then I could have been cited for refusal of work assignment so I said give it to me if I have any questions I'll turn it over to Debbie Clark and I left his office.

On March 26, 2003, I returned my findings to McDivitt and informed him as to what to informed Dr. Mason giving him back the paperwork he had given to me to solve. I asked him if he wanted me to write it down and he said no he will tell her. He then said "you can tell her" I looked startled then he said "you can work with her office". I did not say anything and left his office.

I told Dr. Mason that McDivitt give me the assignment regarding the money situation and how she would be able to retrieve her money. She wanted to know would she be getting some help I said I don't know since they fired Michelle check with them again.

My thought as to once again Donna is trying to block an action she thinks is linked to me. I had received four(4) cash awards from various offices I work with, and Donna did not like it so she contacted James McDivitt. McDivitt asked me why "was I going around begging for money"? I stated "you just had a supervisor in your office that gave me a cash award why did you not asked him if I begged him for it? I told McDivitt that my cash awards was held up for at lease a month. The ironic thing was that even the one McDivitt gave to me was held up as well. Another incident was McDivitt wanted to have my position description we generated reviewed for accurate grading of a GS-12/13 and Donna told McDivitt it was too vague and nothing else. Nothing was done with the position description.

I feel Donna have a personal problem with me and is finding ways to antagonize me and this incident with Michelle hit home. When I see Michelle upset with this situation of Woody and Donna I get highly stressed and cannot function. I can not function because of Donna's actions and I find it is harder and harder to work directly with her. I feel she is prejudice against me. Maybe she knew I had filed a suite before and feels she'll find a way to hurt me. She did by her actions handling the incident with my daughter Michelle and her calling Woody to harass Michelle and me. My name again has been slandered by Donna through her actions with Woody's.

Filed an informal complaint on April 1, 2003.

June 12, 2003 -. I was given a fake desk audit (not allowing me to have the audit at my desk so that I would be able to better articulate what I do and show examples) initiated by my ex-supervisor James McDivitt the desk audit was given by Fish and Wildlife Services personnel (Pearl) for Mr. James McDivitt said he did not trust Donna Brannon.

My work was not in questioned by my ex-supervisor James McDivitt except when Donna Brannon and Sandra Wheatley who are friends and work in MMS personnel tried to discredit me

to him. I feel it is because I am an African American and at the age of 55 and I have filed discriminations suites before that I am not considered for promotion..

I have been working under stress since the settlement of my first discrimination complaint of 1980.

Since 1988 when I received the last of my settlement agreement from a prior complaint of 1980 I have had the following reprisals bestowed upon me:

| Date | Reprisal |
|---|---|
| 1989-present | 1. Not promoted |
| 1992-1995 | 2. Lied upon by Lisa Mahan (Graphics office) |
| Nov 1995 | 3. Was Rifed from the Graphic's Office |
| Dec 1995 | 4. Kicked out of the office I was Rifed to for no reason by Holly Tomilson |
| 1995-1998 | 5. Not given cash awards by Linda Richardson – all others received one |
| Aug 1998 | 6. Refused training by my supervisor Linda Richardson |
| 3/02-present | 7. Not given the E-mail or any other device I would need to communicate with the Department by James McDivitt |
| 4/02-present | 8. Had my office taken from me and given to a secretary by James McDivitt |
| " " | 9. Not given proper facilities to do my work by James McDivitt |
| " " | 10. Made to walk three blocks to perform my work by James McDivitt |
| 4/02 - present | 11. Made sick more often (pneumonia, upper respiratory, stressed, colds and flu) by the actions of James McDivitt |
| Dec 02 | 12. Was asked why was I begging for money after Donna Brannon in personnel told my supervisor James McDivitt of the various awards I was receiving |
| March 24/03 | 13. Was accused of Nepotism by Woody Hooper (Personnel) when he knew it was not and he fired my daughter who would have been working with Dr. Velma Mason in the Office of Alcohol and Substance Abuse Prevention |
| 1999-present | 14. Not being acknowledge for the position I'am in grade wise. All the individuals who work for an Assistant Secretary in the Department are that of a GS-13 or 14. |

22