# EXHIBIT Q
August 2003 Amendment

Case 1:06-cv-01137-ESH   Document 19-18   Filed 02/15/2008   Page 1 of 3



# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

In REPLY REFER TO:   SEP 17 2003
OS-03-017

<u>CERTIFIFED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

Margaret R. Brantley
2601 Holly Drive
Ft. Washington, Maryland 20744

Dear Ms. Brantley:

This letter is in reference to your complaint of discrimination filed against the U.S. Department of the Interior (Department), Office of the Assistant Secretary of Indian Affairs on July 2, 2003. We received your request to amend your OS-03-017 complaint of August 25, 2003. We have reviewed your allegations and have amended your complaint with the following claims.

You allege that you were discriminated against on the bases of your race (African American), color (Black), sex (female), age (55) and reprisal prior EEO activity, when you were subjected to the following incidents of harassment.

a) On July 22, 2003, in a meeting held with the Directors you were informed by your supervisor that you would not be receiving a computer that would enable you to perform your daily duties.

b) On August 4, 2003, you were removed from your position and your work was disbursed among three other employees, you were placed in a division under another supervisor, and disallowed to communicate with clients or go to the Main Interior building to complete your work.

c) On August 8, 2003, you were asked about an assignment that was given to someone else to do.

d) On August 12, 2003, you were asked by your supervisor to submit copies of all e-mails you received that you responded to and no other staff member was asked to submit their e-mails.

Your rights and responsibilities in your previous issued accepted letter dated July 2, 2003, remains the same. A copy of this amended accepted letter will be consolidated with the original complaint (OS-03-017) and forwarded to the EEO Investigator who will be conducting the investigation of your complaint.

If you have further questions regarding the EEO complaint process, you may contact Shirley Cardwell, Equal Opportunity Assistant on (202)208-4015.

Sincerely,

E. Melodee Sith
Director
Office for Equal Opportunity

