# EXHIBIT R
February 2004 Amendment

February 5, 2004

Memorandum

To:  Melodee Stith
     Director
     Office of Equal Employment Opportunity

From: Margaret R. Brantley
      Administrative Officer
      Office of the Secretary/ASIA

Subject: Amendment to Affidavit/Harassment

I am still being harassed. On January 22, Diane Murth called me into her office and stated "I don't know how to communicate with you, I told you not to communicate with anyone without talking with me first". I told her that I did not know that she did not want me to communicate with anyone. She proceeded to state "don't send out any e-mails without talking to her first".

Ms. Murth told Woody Hopper on 2/2/04, that Daphne Berwald was her best employee that she did not want her to go. Ms Murth said this loud enough for me to hear this. Then she came out or her office and asked me if I wanted to go up to Woody's area to work.

I spoke with Debbie Clark regarding refreshments during a conference and Debbie suggested that I speak with Les Oden. I spoke with procurement and they told me that refreshments are allowed. I e-mailed Debbie to let her know that I did find out and I cited what was given to me see attached.

I received a message back from Debbie asking "What's my point"?. Debbie had also e-mailed Diane Murth. I e-mailed them both back and said I was just thanking her for I would not have allowed refreshments to be stated on the contract.

Reprisal is a large factor in this situation due to Woody Hopper and Donna Brannon.

Diane Murth is their source to carry on the harassment upon me.

If you need further information, please contact me at 202-208-4663.

Case # OS-03-017

25

**Margaret Brantley/DC/BIA/DOI**
01/16/2004 09:11 AM

To  Debbie Clark/DC/BIA/DOI@BIA
cc  Diane Murth/DC/BIA/DOI@BIA
bcc
Subject  Re: Meeting and Beverages/Snacks

The point is, if you had not mentioned the "new rule" I would not have allowed food and beverages at the Santa FE Conference to be shown in the Invoice that the Hotel need to submit to us for payment.

Since I spoke with you and your suggestion of checking on whether refreshments can be allowed at the Conference. I found out it could.

I just, "thank you" for I did not know until speaking with you that refreshments were allowed. Thanks again.
Debbie Clark



**Debbie Clark**
01/15/2004 04:27 PM

To: Margaret Brantley/DC/BIA/DOI@BIA
cc: Diane Murth/DC/BIA/DOI@BIA
Subject: Re: Meeting and Beverages/Snacks

Margaret,

Your point is?

Is there a meeting that is planned where beverages and snacks are provided that you believe should not?

Thanks & Have a great day!!

Debbie L. Clark
Chief Financial Officer - Indian Affairs
Department of the Interior-Office of the Secretary
Assistant Secretary Indian Affairs
MS - 4140-MIB, Office - 4149-MIB
1849 C Street, NW
Washington, DC 20240
(202) 208-5185 (office)
(202) 219-2127 (fax)
(571) 213-4468 (mobile)
(703) 390-6513 (Reston Office)
(703) 390-6441 (Reston Fax)
external e-mail - DebbieClarkDOIIA@aol.com
debbieclark@bia.gov (E-mail)
Margaret Brantley

**Margaret Brantley**
01/15/2004 03:10 PM

To: Debbie Clark/DC/BIA/DOI@BIA
cc:
Subject:

26

The incident with Diane telling Woody Hopper that Daphne was her best employee and then asking me if I wanted to work upstairs happened on/around January 29, 2004.

*Margaret R. Bentley*
2/12/04

27