# EXHIBIT T
Transcript of Mary Jane Miller

Page 1

1  IN THE MATTER OF:

2  _____

3

4    MARGARET R. BRANTLEY

5       Complainant,

6                                         COMPLAINT NO.

7                                         OS-03-017

8   vs.

9

10   OFFICE OF THE SECRETARY, ASSISTANT SECRETARY OF

11  INDIAN AFFAIRS

12       Respondent.

13  _____,

14

15

16       TRANSCRIPT OF PROCEEDINGS in the above-entitled

17  cause of action, of the examination of MARY JANE MILLER,

18  before the EEO Investigator; EDDIE NEAL, on the 2nd day

19  of September, 2005, beginning at the hour of 9:39 a.m.

20

21

22

23

24

25   BY:  Sandy Oddone

Page 2

```
 1
 2
 3              PROCEEDINGS
 4
 5   BY: EDDIE NEAL
 6
 7        Good morning my name is Eddie Neal and I'm the EEO
 8   Investigator assigned to investigate the allegations of
 9   discrimination filed by Miss Margaret R. Brantley.
10        For the record, today is Friday, September 2, 2005,
11   and the time is approximately 9:39 a.m. The claims that
12   I will be investigating are being read from an
13   acceptance letter, which is date-stamped July 6, 2005,
14   consisting of seven allegations. But her overall
15   allegation is that she alleges that she discriminated
16   against on the basis of race, African-American, color,
17   black, sex, female. Her age at the time was fifty-five
18   and reprisal for her prior EEO activity.
19        But what I'd like to do before we proceed any further
20   is to first allow you an opportunity to identify
21   yourself for the record and spell your name as well.
22        A. Mary Jane, that's two words, M-A-R-Y J-A-N-E
23   Miller M-I-L-L-E-R and I'm the Director of Office of
24   Budget Management. I've only been in the position since
25   about the middle of January, 2005.
```

Page 3

```
 1        Q. Okay. And Miss Miller let me also administer an
 2   oath. Do you swear or affirm under the penalty of
 3   perjury that the information you are about to provide
 4   will be the truth, the whole truth and nothing but the
 5   truth to the best of your ability or recollection?
 6        A. Yes, I do.
 7        Q. Okay. Now because Miss Brantley alleged several
 8   basis as discrimination, I have to obtain comparable
 9   information from everyone I interview. What is your
10   race, for the record?
11        A. White.
12        Q. And your skin color?
13        A. White. So I guess I'm Caucasian and I'm white.
14        Q. Okay. Now I know your gender is female. Your
15   age and date of birth?
16        A. I'm 56. My date of birth is June 25, 1949.
17        Q. Okay. Now did you have any knowledge of any
18   prior activity that Miss Brantley might have been
19   involved, before I notified you today?
20        A. No, other than after she left there were like,
21   the secretary comes in and tells me that she said that
22   that existed. But not at the times that I first got
23   there, no.
24        Q. Okay. Now you indicated that you've been in the
25   position since January 2005. Were you with the
```

Page 4

```
 1   Department of Interior prior to January 2005?
 2        A. No. I have never worked for the Department of
 3   the Interior.
 4        Q. Okay. Well what I'm going to do is, I'm only
 5   going to read to you the claims that deal with January
 6   2005 to the present.
 7        A. Okay.
 8        Q. Okay. Her first allegation is on February 11th,
 9   2005, she was denied a promotion. Do you have any
10   knowledge of her being denied a promotion on February
11   11, 2005?
12        A. I do not. I don't know what that means, denied a
13   promotion. She should have been promoted in a job?
14        Q. Yes.
15        A. I'm not sure what that is.
16        Q. Okay. Now -- I didn't ask this. At what period
17   did she work in the same office that you supervised?
18        A. From when about -- from when I got there. I
19   don't know when she started. I don't know when she was
20   detailed to that office. She was there when I came
21   onboard in the middle of January. And her details ended
22   some time in April, but I'm not sure of the date. And
23   she left at the end of her detail.
24        Q. Okay. All right. We'll come back to that
25   promotion and I'll see if I can find something in the
```

Page 5

```
 1   records that'll help more.
 2        A. Was it supposedly a position that was advertised
 3   in that?
 4        Q. I think she's talking about the position that Mr.
 5   Christiansen was advertising.
 6        A. An Administrative Office position?
 7        Q. Yes.
 8        A. There was a position that was being advertised
 9   that when I came on, I said I didn't want to fill it.
10   It's still not filled, okay. I mean it's been -- the
11   vacant position has been taken away from me. The -- I
12   didn't want to fill it because I also had Emily Thomas
13   in that same office, also a black female, who was in --
14   basically, she was under employed. And so she had been
15   performing some of the duties of that. I just didn't
16   feel I needed two positions. So I chose not to fill the
17   Administrative Officer position.
18        Q. Okay. And what grade was the Administrative
19   Officer position?
20        A. I don't really know. I don't -- I don't know
21   what it was being advertised at. I mean it could've
22   been an eleven/twelve. Honestly, it wasn't something
23   that he said, "do you want to fill it?" I said, "I need
24   to figure out" -- what the heck -- honestly, I know
25   nothing about the office. I didn't know what I needed,
```

Page 6

1  what I didn't need.
2      I was brand new in the position and I just needed
3  some time to see how the works spell out, okay. So I
4  looked at -- there was nothing in terms of not selection
5  and non selection. I didn't look at any applications
6  that came in. I just said, "I really don't want to fill
7  the position right now, until I understand the office.
8      Q. Okay. And you said that that position has never
9  been filled, is that correct?
10     A. Correct.
11     Q. Okay.
12     A. And I, I -- well, I don't even have it anymore.
13 I had no intention of ever filling it.
14     Q. Now did Miss Brantley ever come to you and talk
15 to you about that particular position?
16     A. No.
17     Q. Okay. Her next allegation is on January 12th or
18 13, 2005 she was requested to pack office supplies in
19 spite of her previously injured back, which she
20 reinjured while packing. Now, I don't want you to
21 respond to that right now because I'm going to read
22 exactly what she said. And you'll get the opportunity
23 to respond to that.
24     Her next allegation is on or about January 24th,
25 2005, she was denied a private office and denied a key

Page 7

1  to her office. Do you have any knowledge of what office
2  she might have been denied in January of 2005?
3      A. No. I don't know what she means by that. She
4  had been in her own office, which I was converting to.
5  Well here's what I remember, because I don't have a
6  calendar in front of me. Do you have a January calendar
7  in front of you?
8      Q. No, I don't. Sorry.
9      A. So I can't -- I think I came -- I think I
10 actually showed up for my first day on January 18th.
11 But if that's not a Monday, I may have my days wrong.
12 But when Debbie first showed me where I would be and
13 what it looked like and I realized there was no
14 conference room, I asked that Margaret be moved with
15 Emily, in with Emily, who was also in a private office.
16 She's a GS9 and I don't know, Margaret was a detailed.
17    So I knew that Margaret wasn't going to be with
18 me for more than a few more months because I still had
19 to -- Margaret indicated to me that she wanted to go
20 back. I took the office where Margaret was and I ask
21 that it be made into a conference room and that Margaret
22 be housed with Emily. These are big offices, very big
23 offices. In fact, bigger than mine. I thought Emily
24 could -- there's plenty of room to put two people in
25 with Emily, another person in with Emily.

Page 8

1      Q. Okay. Now where --
2      A. So, I don't know if that's what you mean in terms
3  of being denied a private office. I suspect that that's
4  what she's talking about.
5      Q. Okay. Now one thing that I neglected to do at
6  the very beginning, what is your official title, series
7  and grade?
8      A. Well, my official title is Director, Office of
9  Budget Management and the Assistant Secretary for
10 Interior Affairs Office. My grade is an SES ES, this is
11 embarrassing, I think it's a 505.
12     Q. Okay. Now let me read to you what she had to say
13 and I'll give you an opportunity to respond. She said,
14 "the Director's position was advertised and
15 Mr. Christiansen did not get the position as he hoped.
16 Mary Jane Miller got the job. Debbie Clark introduced
17 me to Mary Jane Miller by bringing her into my office.
18 The first thing Mary Jane asked was, "did I do
19 timecards?", and again, I told her, "no," that Karen
20 Needy did them.
21     A. That could be true. I can't believe that's the
22 first thing I said. I'm sure the first thing I said was
23 "hello". But okay, I mean I'm sure I might've asked her
24 that question since she was the AO and my former AOs did
25 timecards. I could've asked that question.

Page 9

1      Q. Okay.
2      A. And she told me that no, my secretaries did them.
3  Okay.
4      Q. Okay. Then she goes on to say, "I said again
5  because I met Mary Jane in the hall with Iris Winston
6  and she asked them that question. Both Iris and I told
7  her who handles timecards."
8      A. Okay. That could've happened.
9      Q. Okay.
10     A. I mean I don't remember this. I mean just like I
11 probably didn't remember what she told me from the week
12 before, but okay.
13     Q. The second question presented negative, was "how
14 did you get in this position?" And I'll stop and let
15 you respond to that.
16     A. I don't remember saying that, but I did go around
17 and ask everybody who worked for me, you know, "what did
18 you do before, where did you come from?" trying to get
19 to know what they did.
20     Q. "I pointed to Debbie and said, "Debbie" and
21 Debbie said, "I graciously volunteered to work in this
22 office." "The office I was working at was next door to
23 the office Mary Jane Miller was to use."
24     A. She means physically, right?
25     Q. Yes.

Page 10

1  A. Well that's true. That's where she was, yeah.
2  Q. Okay. Now this is where we're getting in to that
3  allegation where I told you don't respond to the January
4  12th or 13th. She says, "I had sprained my back and was
5  out under doctor's care when I received a call from
6  Sally Hampton telling me that I was being moved and
7  could I come in to pack up my belongings the next day.
8  I told her no, that I may be able to come in Monday.
9      I did report to work on January 12th or 13th to
10 pack. As I was packing, a paper fell and I went to
11 catch it and reinjured my back and had to stay out
12 longer. After I moved into the other office with a
13 coworker, I checked on the position."
14     I'll stop right there, because obviously she's
15 saying she injured her back during the period that she
16 was moving in with her – the coworker that you had her
17 move in with.
18 A. And I don't know anything about that because I
19 think I wasn't – I can't recall the day that I – I
20 thought I checked in, I thought on the eighth, which was
21 a Friday, I checked in. So eighth, the ninth, tenth. I
22 don't think I was there the week of the eleventh, which
23 if that – if I had my calendar in my head right, but
24 I'm sorry, I don't have a calendar. Well, wait a
25 minute, maybe I do. Yeah, hold on just a second.

Page 11

1      I don't believe I was there that week that she's
2  talking about all of this. Okay. No, I didn't come –
3  I must've checked in on the seventh and then I was out
4  the next week because they loaned me back to my old
5  office. So my first day there was the seventeenth, so I
6  can't speak for anything that happened the tenth,
7  eleventh, twelfth, thirteenth or fourteenth.
8  Q. Okay. Now she goes on to say, "after I moved
9  into the other office with a coworker, I checked on the
10 position I had applied for and was told that it was
11 canceled." I think you addressed that already.
12     Later while talking with Debbie, she told me that
13 Mary Jane had the right to select her own.
14 A. Okay.
15 Q. "Debbie also stated that if I was to give her a
16 copy of the position description McDivitt generated, she
17 would take some of the duties and just add it to the
18 position I already hold and I would not be promoted. I
19 would just have more duties.
20 A. And I don't know what that means because
21 obviously she was not filling a position in my office.
22 She didn't work for me, okay? Do you know what I mean?
23 She was only detailed to that office and her detail
24 ended in April.
25     So I never -- in fact I didn't really ask her to

Page 12

1  do too much for those three months that she was there.
2  I was still learning – I didn't know what was you know,
3  still learning the Department of the Interior. So, I
4  don't know what all that means. She was dealing with
5  Debbie, I guess, mostly.
6  Q. Okay. Now I'll read the last part. She says,
7  "where my detail was up in the Office of Budget
8  Management, Mary Jane Miller came to me and asked me to
9  get some information for her. I did and when I gave her
10 the information, I reminded her that my detail was up.
11 Mary Jane asked, "why are you still here?"
12 A. And I don't remember that. I'm not that abrupt.
13 So, I don't know why she would have – I don't know what
14 she's talking about in terms of – I mean her – when
15 her detail was up I might have asked -- because I asked
16 her.
17     She said, "my detail is up and I'm moving back."
18 She implied that she didn't want to be there anymore.
19 And I said okay. I have no idea. I don't remember
20 saying anything like that. And I might've said about
21 "oh when are you moving."
22 Q. Okay.
23 A. I could've said that. I don't recall.
24 Q. Okay. And then she goes further to say, "I
25 stated that I was hoping that she would allow me to stay

Page 13

1  until they got my office ready." And she said, "oh yes,
2  they are going to be giving you assignments." I said,
3  "yes, and she left without saying thank you." I'd like
4  to give you an opportunity to respond to that.
5  A. I might have said those last two things. I
6  certainly would have let her stay until her office was
7  ready. I didn't want to kick her out without a home.
8  And I left without saying thank you? I don't know.
9  Maybe, I don't remember.
10 Q. Now while she was detailed to your office, was
11 she a direct report to you; or was there someone between
12 the two of you?
13 A. I guess she would have been a direct report to
14 me. I'm still trying to figure out who reported to home
15 because we have a crazy setup on who reports – I was
16 still trying to understand the difference between
17 Assistant Secretary of Indian Affairs and Bureau of
18 Indian Affairs. But yes, I believe Margaret would have
19 been a direct report to me.
20 Q. Okay. Now how much interaction did you have with
21 her during that three to four month period of time that
22 she was detailed to your office?
23 A. It was no more than three months, very little. I
24 mean I would ask Margaret periodically to -- if we
25 needed something -- I remember she bought me a – I

Page 14

1  asked for a whiteboard. She didn't get me the right
2  kind, but she did get me a whiteboard. The -- I may
3  have asked her to -- because she was to get office --
4  check on some office equipment or something like that.
5  I know she did a couple of things like that for me.
6     I wasn't aware that the AO was supposed to do the
7  budget for the office, so I never anything like that
8  from her. She never came to me to say that she had
9  that. Apparently the AO is supposed to do a monthly
10 budget, but I never saw it. I never saw it until Emily
11 took over the duties. I didn't ask her for it either,
12 so I don't want to say that that was necessarily a
13 complaint, I just wasn't aware that that was a duty.
14    There really was very little interaction the
15 first three months. I was just feeling my way.
16 Q. Okay. Now did anyone ever tell you why she was
17 detailed into your office?
18 A. No.
19 Q. Okay. Did you ever inquire?
20 A. No. No, I mean it was just, you know, Debbie
21 just said that she was detailed there to fill in for
22 that position that was vacant until it was filled.
23    I told Debbie, well, I wasn't sure that I wanted
24 to fill that position because I didn't think there was
25 enough work in the office for two positions, you know,

Page 15

1  Emily's and this basic position. And I still don't
2  because that's why I never filled the job. So, that's
3  why I said, well, you know I really didn't want to fill
4  that position until I got a better feel for the amount
5  of work that was required.
6  Q. Okay. All right. Well, I have no further
7  questions. Is there anything that you'd like to add
8  that maybe I didn't ask or anything you'd like to
9  elaborate upon that I did ask, that you think would be
10 of assistance to me during my investigation?
11 A. No. I mean I can't think of anything. From the
12 very short time that I dealt with Margaret, I mean I
13 thought the interaction, and again, it wasn't much
14 between the two of us, but was professional. It was
15 friendly. I was just a "hi, how are you?" kind of a
16 thing. I didn't see anything from anybody else either,
17 so I don't know. I don't really have anything to add.
18 I hadn't seen Margaret hardly at all. I think once or
19 twice in the hallway since she left.
20 Q. Okay. All right. Well, based upon that comment,
21 the time is now approximately 9:59 a.m. and that will
22 conclude this portion of the interview, but I want you
23 to hold to make sure the tape took.
24 A. Okay.
25