# EXHIBIT V

Fish and Wildlife Service
Notice of Action on Application

UNITED STATES DEPARTMENT OF THE INTERIOR
FISH AND WILDLIFE SERVICE
**NOTICE OF ACTION ON APPLICATION FOR EMPLOYMENT**

February 08, 2000

Margaret R. Brantley
1214 Florida Avenue NE
Washington, DC 20002

Announcement #FWS9-9-104
Position Title: Management Analyst
Series/Grade: GS-0343-11/12
Location: AD- Ecological Services
          Arlington, Va.

The following action was taken with respect to your application for the position described above:

_X_ Recruitment under this announcement has been canceled.

___ Your application was not considered because it was post marked after the Vacancy Announcement closing date.

___ Your application was received and the Personnel Office has considered all applicants for the position, however the selecting official has chosen: _____.

___ Other: _____

Your interest in furthering your career goals with the Service is appreciated.

Reviewed by
Stanley Bert