# EXHIBIT X

Phillip Haymond Letter to Albert C. Camacho




**United States Department of the Interior**

OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20240

Memorandum

To:     Albert C. Camacho – Director
        Office of Administrative Services

From:   Chief – Division of Information and Library
        Services

Subject: Promotion for Margaret R. Brantley

Since August 7, 1987, when Margaret R. Brantley was assigned to work with Information Resource Management (PIR) to perform duties for the Division of Information and Library Services, she as been a large asset to this Division. Her position in the begining was under Nancy Davis who was the Administrative Officer GS-341-12 for the Division of Information and Library Services. Since we have been assigned under the Office of Administrative Services, Margaret Brantley has assumed all the duties that was once performed by Nancy Davis and continued with the duties she was assigned while being the subordinate under Ms. Davis. She has performed the duties of two for over a year and a half. She has recovered over $30,000.00 to this Division by discovering erroneous mistakes of Fiscal on our ledgers and through overpayments made to contractors.

I feel she deserve this promotion.

                                        Phillip M. Haymond