# EXHIBIT Y

Phillip Haymond Letter to Personnel Officer

 

# United States Department of the Interior
### OFFICE OF THE SECRETARY
### WASHINGTON, D.C. 20240

Memorandum

To:      Personnel Officer

From:    Chief - Division of Information and Library Services

Subject: Exception to the Hiring Freeze

It is requested that an exception be made to the hiring freeze to promote Margaret Brantley, Administrative Specialist, GS-301-11 to Administrative Specialist, GS-301-12.

Margaret Brantley is a deligent and conscientious worker. I feel this type of attitude and the fine quality of work generated by Ms. Brantley will continue.

This exception is requested to retain the well qualified person we now have on our staff.

Phillip M. Haymond