UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
MARGARET R. BRANTLEY,                     )
                                          )
    Plaintiff,                            )   Civil Action No. 06-1137 (ESH)
                                          )
v.                                        )
                                          )
DIRK KEMPTHORNE, SECRETARY,               )
DEPARTMENT OF THE INTERIOR,               )
                                          )
    Defendant.                            )
_____)

## PLAINTIFF'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Ms. Margaret Brantley, by and through her undersigned counsel, Snider & Associates, LLC, hereby submits this uncontested motion for extension of time to file an opposition to the Defendant's Motion for summary judgment and states in support thereof:

1. Plaintiff's counsel has been diligently working on Plaintiff's Response in Opposition to Defendant's Motion but will be unable to complete it by the due date on March 14, 2008;

2. Granting Plaintiff an enlargement of time until March 25, 2008 will allow counsel sufficient time to complete the aforementioned response to Defendants dispositive motion;

3. Undersigned counsel has spoken to Defendant's counsel, Ms. Shoaibi, via telephone, who indicated there was no objection to the extension of time;

4. Granting the extension of time would be in the interests of justice and would not result in prejudice to Defendant.

WHEREFORE, the Plaintiff, by counsel, requests a short extension of time from March 14, 2008 until March 25, 2008; and that the deadline for filing a reply by the Defendant be extended equally.

                                                              Respectfully Submitted,

                                                              \_/s/\_ JIW_____
                                                               Jason I. Weisbrot, Esq.

Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

Attorney for Complainant

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2008, a copy of this Uncontested Motion for Extension of Time to File an Opposition to the Defendant's Motion for Summary Judgment was served through the ECF system on all parties.

    /s/ JIW_____
Jason I. Weisbrot, Esq.