UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET R. BRANTLEY, | ) |
| Plaintiff, | ) Civil Action No. 06-1137 (ESH) |
| v. | ) |
| DIRK KEMPTHORNE, SECRETARY, DEPARTMENT OF THE INTERIOR, | ) |
| Defendant. | ) |

PROPOSED ORDER

On this ____ day of _____, 2008, after reviewing the Plaintiff's Uncontested Motion in the above referenced case,

It is So Ordered that Complainant's Motion for extension of time be GRANTED.

It is further Ordered that Plaintiff will have up to and including Wednesday, March 25, 2008, to file her opposition to the Defendant's Motion for summary judgment.

_____
U.S. District Judge