UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MARGARET R. BRANTLEY,               )
                                    )
    Plaintiff,                      )   Civil Action No. 06-1137 (ESH)
                                    )
v.                                  )
                                    )
DIRK KEMPTHORNE, SECRETARY,         )
DEPARTMENT OF THE INTERIOR,         )
                                    )
    Defendant.                      )
_____)

## PLAINTIFF'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Ms. Margaret Brantley, by and through her undersigned counsel, Snider & Associates, LLC, hereby submits this uncontested motion for extension of time to file an opposition to the Defendant's Motion for summary judgment and states in support thereof:

1. Plaintiff's counsel has been diligently working on Plaintiff's Response in Opposition to Defendant's Motion but due to the voluminous nature of the motion and exhibits will be unable to complete it by the due date on March 25, 2008;

2. Granting Plaintiff an enlargement of time until March 27, 2008 will allow counsel sufficient time to complete the aforementioned response to Defendants dispositive motion;

3. Undersigned counsel has spoken to Defendant's counsel, Ms. Shoaibi, via telephone, who indicated there was no objection to the extension of time;

4. Granting the extension of time would be in the interests of justice and would not result in prejudice to Defendant.

WHEREFORE, the Plaintiff, by counsel, requests a short extension of time from March 25, 2008 until March 27, 2008; and that the deadline for filing a reply by the Defendant be extended equally.

                    Respectfully Submitted,

                    __/s/_ JIW_____

Jason I. Weisbrot, Esq.
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

Attorney for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2008, a copy of this Uncontested Motion for Extension of Time to File an Opposition to the Defendant's Motion for Summary Judgment was served through the ECF system on all parties.

                                                /s/ JIW_____
                                                Jason I. Weisbrot, Esq.