# EXHIBIT TWO



| | | |
|---|---|---|
| Debbie Clark/DC/BIA/DOI<br>10/22/2004 08:01 AM<br>Message History | To | Margaret Brantley/DC/BIA/DOI@BIA |
| | cc | Sally Hampton/DC/BIA/DOI@BIA, Vic Christiansen/OST/OS/DOI@DOI |
| | bcc | |
| | Subject | Re: Detail |

Because we have a vacancy in the Office of Budget Management since Juanita Mullen left. Additionally, Karen Needy has been out since her Mother is sick. It is believed your skills could help the Budget Office during this time.

Thanks & Have a great day!!

Debbie L. Clark
Deputy Assistant Secretary-Management
Chief Financial Officer - Indian Affairs
Department of the Interior-Office of the Secretary
Assistant Secretary Indian Affairs
MS - 4141-MIB, Office - 4149-MIB
1849 C Street, NW
Washington, DC  20240
(202) 208-5185 (office)
(202) 219-2127 (fax)
(202) 330-3137 (mobile)
(703) 390-6513 (Reston Office)
(703) 390-6441 (Reston Fax)
debbie_clark@ios.doi.gov (E-mail)
Margaret Brantley/DC/BIA/DOI

| | | |
|---|---|---|
| Margaret Brantley/DC/BIA/DOI<br>10/21/2004 02:59 PM | To | Debbie Clark/DC/BIA/DOI@BIA |
| | cc | |
| | Subject | Detail |

Why am I being detailed?
ForwardSourceID:NT0004622E

**Margaret Brantley/DC/BIA/DOI**
10/22/2004 10:13 AM

To Debbie Clark/DC/BIA/DOI@BIA
cc
bcc
Subject Re: Detail

May I have a temporary promotion for the 120-days detail?

Debbie Clark/DC/BIA/DOI



**Debbie Clark/DC/BIA/DOI**
10/22/2004 08:01 AM

To Margaret Brantley/DC/BIA/DOI@BIA
cc Sally Hampton/DC/BIA/DOI@BIA, Vic Christiansen/OST/OS/DOI@DOI
Subject Re: Detail

Because we have a vacancy in the Office of Budget Management since Juanita Mullen left. Additionally, Karen Needy has been out since her Mother is sick. It is believed your skills could help the Budget Office during this time.

Thanks & Have a great day!!

Debbie L. Clark
Deputy Assistant Secretary-Management
Chief Financial Officer - Indian Affairs
Department of the Interior-Office of the Secretary
Assistant Secretary Indian Affairs
MS - 4141-MIB, Office - 4149-MIB
1849 C Street, NW
Washington, DC 20240
(202) 208-5185 (office)
(202) 219-2127 (fax)
(202) 330-3137 (mobile)
(703) 390-6513 (Reston Office)
(703) 390-6441 (Reston Fax)
debbie_clark@ios.doi.gov (E-mail)
Margaret Brantley/DC/BIA/DOI

**Margaret Brantley/DC/BIA/DOI**
10/21/2004 02:59 PM

To Debbie Clark/DC/BIA/DOI@BIA
cc
Subject Detail

Why am I being detailed?

| | | |
|---|---|---|
| **Margaret Brantley/DC/BIA/DOI**<br>01/16/2004 09:11 AM | To | Debbie Clark/DC/BIA/DOI@BIA |
| | cc | Diane Murth/DC/BIA/DOI@BIA |
| | bcc | |
| | Subject | Re: Meeting and Beverages/Snacks |

The point is, if you had not mentioned the "new rule" I would not have allowed food and beverages at the Santa FE Conference to be shown in the Invoice that the Hotel need to submit to us for payment.

Since I spoke with you and your suggestion of checking on whether refreshments can be allowed at the Conference. I found out it could.

I just, "thank you" for I did not know until speaking with you that refreshments were allowed. Thanks again.
Debbie Clark



| | | |
|---|---|---|
| **Debbie Clark**<br>01/15/2004 04:27 PM | To: | Margaret Brantley/DC/BIA/DOI@BIA |
| | cc: | Diane Murth/DC/BIA/DOI@BIA |
| | Subject: | Re: Meeting and Beverages/Snacks |

Margaret,

Your point is?

Is there a meeting that is planned where beverages and snacks are provided that you believe should not?

Thanks & Have a great day!!

Debbie L. Clark
Chief Financial Officer - Indian Affairs
Department of the Interior-Office of the Secretary
Assistant Secretary Indian Affairs
MS - 4140-MIB, Office - 4149-MIB
1849 C Street, NW
Washington, DC  20240
(202) 208-5185 (office)
(202) 219-2127 (fax)
(571) 213-4468 (mobile)
(703) 390-6513 (Reston Office)
(703) 390-6441 (Reston Fax)
external e-mail - DebbieClarkDOIIA@aol.com
debbieclark@bia.gov (E-mail)
Margaret Brantley

| | | |
|---|---|---|
| **Margaret Brantley**<br>01/15/2004 03:10 PM | To: | Debbie Clark/DC/BIA/DOI@BIA |
| | cc: | |
| | Subject: | |

I received the information on food and beverages from procurement where by GAO on January 27, 2003, issued a decision upholding their longstanding bar on providing food to government employees at their duty stations and it also sited food and beverages can be allowed if there are at least 30 attendees and the majority of the attendees are in travel status.

Thank you for your assistance.