# EXHIBIT THREE

Case 1:06-cv-01137-ESH    Document 22-4    Filed 03/27/2008    Page 1 of 6

From: James McDivitt@BIA on 03/30/2000 02:37 PM

To: Margaret Brantley/IAE/OS/DOI@DOI

cc:

Subject: Re: PD

Hold on. Yes, Donna will help with reviewing and classifying the PD, but I don't think we want an audit of your current position when a new position will be established. The new position also won't be in the AS-IA Immediate Office, but rather in DAS-PMB and serve the Immediate Office. When Donna finishes with the establishment of the DAS and Director positions so actings can be named, we will work on the Adm. position under the DAS.

Margaret Brantley@DOI

| | |
|---|---|
| **Margaret Brantley@DOI**<br>03/30/00 02:11 PM | To: James McDivitt/DC/BIA/DOI@BIA<br>cc:<br>Subject: PD |

Shall we talk with Donna regarding the best way to handle this together? I just thought of a better way and that is an "accretion of duties" GS-12/13. What do you think?

**Margaret Brantley**
10/24/2001 09:13 AM

To: James McDivitt/DC/BIA/DOI
cc:
Subject: Admin PDs


PD-Admin.wp   PD-Admin.1wpd.wp

Here are the two position descriptions for my position of Administrative Officer you requested. One have the scoring and one do not.

I reiterate that I am the lowest paid Administrative Officer in the Department of the Interior working fo an Assistant Secretary -- all others are GS-13s and 14. Thanks


Margaret Brantley
03/30/2000 02:57 PM

To: James McDivitt/DC/BIA/DOI@BIA
cc:

Subject: Re: PD


OK

 Margaret Brantley
03/30/2000 01:27 PM

To: James McDivitt/DC/BIA/DOI@BIA
cc: Donna Brannon/MMS/DOI@MMS

Subject: PD

Donna said she should make sure the pd is classified correctly first. She would then do an audit after the classification of my position is sound and she will assist us. Thanks

From: James McDivitt@BIA on 01/08/2001 03:04 PM
To: Margaret Brantley/IAE/OS/DOI@DOI
cc:

Subject: Re: Position

Dom, Terry and Debbie are covered by the Secretarial Order. The DM to do the rest of the conversions was do for surname completion in OS on Friday. Let me check and see if the DM is clear. Then it is OK to move forward with all the new positions. If I don't call you, call or e-mail me Thursday. I picked Thursday because my back went out sitting at my desk this morning and I not sure whether I will be able to get out of bed in the morning.

Jim

Margaret Brantley@DOI

**Margaret Brantley@DOI**
01/08/2001 02:38 PM

To: James McDivitt/DC/BIA/DOI@BIA
cc:
Subject: Position

☐ Return receipt

Can we start working on the position for me now GS-12/13?

Nadra has requested that I place into the system a request for eligibles to replace Bryan Ortiz GS-11/12 and she stated that her secretary is leaving and she want to replace her. Remember, no paperwork has been done to convert Nadra and her staff to the Office of the Secretary as of yet. Should I check into the conversion now?

I just placed into the system two more posiitons for Dom Nessi for computer specialist GS-14s and three positions for Terry Steele for personnel management specialist GS-14. And I was asked if Debbie Clark contacted me to request new hires.

Can we get me straight or in motion? Thanks