# EXHIBIT FOUR

Case 1:06-cv-01137-ESH   Document 22-5   Filed 03/27/2008   Page 1 of 11

# Morning Call from Ms. Brannon

3-24-03; 7:30am

Ms. Brannon called my house asking if I was the one who would be doing work with Margaret and Velma Mason. I remained silent trying to figure out who I was speaking with. Then she asked if my name was Michelle Steele. I replied "yes." She asked if I had any paperwork regarding my status when I left Interior and I told her "No! It's been 11years. She requested my SSN; Birthdate; and Address and said she could pull my record from their files. She said "we can handle it when you come in." I said "okay, see you soon."

# First Arrival

3-24-03; 8:20am

I arrived at C street Interior at 8:20am I wasn't escorted to the 5th floor until 8:50am by Margaret Brantley because I was unable to contact anyone else. Once on the 5th floor Ms. Brantley was told by Brenda Butler who was escorting 2 women to a conference room to "follow me Margaret." Ms. Butler handed the other 2 women folder packages and then she said "Donna told me that before I do anything with her (me) she is to see Donna first." Then she handed me my package and instructed me to leave the package on the table and follow her to Ms. Brannon office, (which I did). Ms. Brannon was not in the office at the time so I was instructed to have a seat and wait for her, (which I did).

# First Encounter With Ms. Brannon

Ms. Brannon showed up approx. 4 minutes later and started explaining her reasons why she felt my being hired for a two week period at a grade 6 step 5 was unjustifiable, {"We have no proof that you have ever worked"; Your resume doesn't show that you qualify to do the job"; We don't have a 'PD' to support a 6"; Your resume only

states that you work in an office at the desk once a month in your real estate office."} She continued by telling me that my resume said that I was a secretary for BIA but it didn't have any more info than that. She said that she could bring me on as a 5 but she could not justify a 6 or a 7. I told her that "A 5 is unacceptable." Ms. Brantley asked if Ms. Brannon had a 'PD' for a 7. Ms. Brannon said "Yes, but I have no grounds to justify a 6 or 7. "We can start her off at a 5." Ms. Brannon replied. I said "How long is this position supposed to last." Ms. Brannon said "2 weeks." I told her that -- if this position only last 2 weeks, what would be the since in starting me at a grade 5? By the time you decided to raise the grade, I would be gone. Then, I said "No a 5 is unacceptable." Also, during the signing of my paperwork when I was sworn in, there was a paper that stated as a temporary employee you are not allowed a grade increase. So it seemed to me that I was being tricked into taking a lower pay with no grounds to get an increase. Ms. Brannon once again said that we had nothing to justify the grade after Ms. Brantley asked about a 'PD' for a 7. I asked Ms. Brannon what is the description of this job. She started to try and answer then looked at Ms. Brantley and said "what is the description of the job."

Ms. Brantley said that I would be working on a project; making calls soliciting people to get involved in the project's cause; arranging conference calls and meetings and a lot of other things as needed. Then, Ms. Brantley said that I would basically be responsible for the entire project to take place (Well Briaty Conference). I said that my resume lists that these are things that I am qualified for. Donna went to get my resume -- skimmed through the cover letter and read "work as a receptionist at least 3 times per month." (Cover letter and resume attached). Then she turned the page to the actual resume and I pointed to the list of duties under RECENT WORK HISTORY and read it to her and said everything on this list is what I do as a real estate agent and are the same duty skills that are needed for this job. Then, I said "it is not worth it to me to be hired as a grade 5." Ms. Brantley said " oh no, your're right, I'm sure we can start you at a 6 step 5." Ms. Brannon said "maybe we can put her at a 6 step 1 but Margaret you need to write a 'PD'." Ms. Brantley said "okay I'll go and write it now but what about doning a 6 step." She stopped herself and said "I'll call you Donna." Ms. Brantley exited the room.

9:10am; Ms. Brannon told me that I could go get started on my

3 of 11

paperwork until my 'PD' was completed and we would handle that later. I told her that "I need to move my car first," because I was at a 1hour parking meter on 17th since 8:20am. She said " I don't know where you are going to park." I told her that I saw signs on some streets that opened for parking at 9 or 9:30 am and I would be sure to find a parking space. I moved the car and had C street security call Kim Martin to escort me to the 5th floor. Kim told me that Donna said for me to go back to the conference room where I was to fill out my paperwork with Ms. Butler, (which I did).

## Being Sworn In

There were now 3 women in that room filling out paperwork. I sat down to begin filling out my stack of papers but Ms. Butler stopped me to swear me in, (which we did); I signed the swear in sheet and began filling out my paperwork. The other ladies finished before me so Ms. Butler took them down to get their ID cards and told the other ladies (All white) that I would be staying behind to finish filling out my papers. 10:20am; I'm still filling out paperwork Ms. Butler came back from helping the other ladies begins to make me feel rushed by asking me to fill out the rest later because she had to be at her office by 11:00am. I told her that if she was late blame it on Donna for holding me up (in a joking manner). By 10:40am, I finished with the paperwork and Ms. Butler thaught she needed to lead me to 1800 G Street, but I told her that I was to be on the 2nd floor, she said "Oh! I was under the impression that you would be working with Margaret." I told her that I'm supposed to be working with Velma Mason -- she escorted me to Dr. Mason's office.

## Reporting for Duty

Approx 10:50am; I sat down with Dr. Mason and she showed me where supplies were located; took Approx. 2 mins. then she took me into her office and gave me my first assignment which I took notes on (Call 9 people who's names she gave me and solicit their participation in the up and coming 'White Bison sponsored, Well Briaty Conference'; I was to seek out 2 ladies phone numbers so that they could give me the phone numbers to other people that were on my list; I was to set up a meeting with as many people on my list for

[Wednesday 26th, 1:30pm] in the conference room across the hall to discuss plans and future meetings to take place regarding the conference; I also was to call Madeline McCalvin to shcedule her in on the meeting for Wednesday through conference call; I was to reserve an Auditorium for the 'Well Briaty Conference' for April 12, 2003 from 7:00am until 6:00pm and find out what our responsibility is regarding using the space for our purpose; I was told that after all that had been done we would discuss writing a letter of invitation so that the attendees [approx. 150 people] could 'RSVP' so that I could find a way to obtain security clearance for them all; I was given some papers, to help aid in my quest to accomplish my task, to make copies of (which I did)). I returned the papers to Dr. Mason -- she dictated some phone numbers for me to write and use. I went and stood at the desk that I was supposed to work (in my office) waiting for a man to fix a problem that Margaret Brantley was having with the computer.

# First Encounter With Mr. Hopper

11:04am; Donna Brannon and Woodrow Hopper walked into the office where I stood. Ms. Brannon said "Margaret I need you to come with me to my office." Ms. Brannon's face was extremely red. Mr. Hopper looked at me and said "Who is this? Is this...." I held out my hand with a smile before he could finish his statement and said "I'm Michelle." He shook my hand with a (heads are going to roll) expression on his face, told me his name and said "I am from Human Resources." Then he looked at Ms. Brantley as she was telling Ms. Brannon that she had completed the 'PD' and said "Margaret go up to Donna's office, I want to talk with you." Then he looked at me and said "I need to talk with you too." He was speaking to us in a reprimanding tone. He peeped into Dr. Mason's office and told her that he needed to talk with her when he finished with me and Margaret and asked if she had a key to the empty room across from my office. Dr. Mason quickly went for the key -- unlocked the door to the room -- let us in. He told her to wait in her office (which she did).

# Interigation From Mr. Hopper

He told me to have a seat and asked me if I was a federal employee.

I stuttered and timidly said "I don't know". [ That was my response because the question threw me off guard and I really wasn't sure if this 2 week term qualified me as a federal employee especially since they would not issue me a badge. I was told by Ms. Butler when I was signing my paperwork that I would have to call in from the front desk every morning to be escorted inside.] Then Mr. Hopper asked "Did you get sworn in?" I said "Oh! Yes just 5 minutes ago." He said "Then you're a federal employee." I said "Okay?" He asked me if I knew Margaret Brantley and I said "yes." He tossed a piece of paper in front of me that I just signed upstairs with Ms.Butler; pointed to where I wrote {Margaret Brantley (mother)}, and asked me if she was my mother, I said "yes." "Did she tell you about this job?" He asked. I said "yes." He asked me if I was aware of a code that he quoted (which I can't remember) regarding Nepotism which is illegal. I said "no." He said family members hiring or influencing the hiring of other family members is Nepotism which is illegal. I said " I didn't know that, I used to work here from '87 to '92' and I saw that kind of thing all the time everywhere." I chuckled a little and said "I had no idea that that was illegal." He asked where I worked at that time -- I told him Bureau of Indian Affairs on the 4th floor. He asked which office did I work for and I said "I don't remember, that was 11 years ago." He asked me why did I leave, I told him "I had a child." He made a remark that indicated he thought perhaps I had been fired from that job. He asked me "When did Margaret first tell you about the job." I told him that I wasn't exactly sure but it was sometime between 1 or 2 weeks ago. {Then the name of the office that I used to work for popped into my head and I blurted out "Environmental Services, that was the office I worked for."} He asked me what office that was under and I told him I didn't know, I only remember answering the phone Environmental Services. He asked me if I lived with my mother and I chuckled and said "No, not for many years." {I was thinking -- do I look that young for him to think that I live with my mother.} He said "then, how did she approach you about the job?" I told him that she and I were having a normal conversation about current events in her and my life during which she mentioned a co-worker in need of a person to help answer her phones for 2 weeks. I thought that this was something that I could do so I said "I could do that." I told Woody that it wasn't like Ms. Brantley approach me with a job offer, it was something she mentioned that I felt I would volunteer my services for. He asked me what did my mother tell me to do to get the job and I told him "she didn't tell me anything, she

6 of 11

really didn't mention it again until, -- I think Friday" {3/21/03}. He asked me when did I know exactly that I had the job. I told him that I didn't know that I had the job. I said that I thaught that she told me between 3/19/03 and 3/21/03 that the office would be needing someone for sure -- so I told her of some things that I already had scheduled and if that wouldn't be a problem I could be available to help. He asked what day and time did Ms. Brantley talk to me about this and I told him "Being and Agent requires me to speak with many different people about many things at many times and I talk to my mother during these times simply because she's my mother — so I can't remember every conversation and exact time they happened unless written down, which I did not do. I said "so I can't be exact about that question because I'm just not sure." I told him that I think I spoke with her on Friday between 10am and 12noon and she said they would use me. On Sunday night she called and said come to Interior, go to personnel and speak with a lady named Donna Brannon and that I would be working for Velma Mason, and that was the end of my conversation with her. He asked me if I spoke with her anymore during the weekend regarding the job. I told him that I spoke with her plenty during the weekend but not job related issues because that's not a subject we spend a lot of time on. I asked him if I would be allowed to work for Velma Mason and he said he would let me know after he spoke with someone. He told me to go and wait in Dr. Mason's office and then he call her out of the office to follow him.

# Waiting to find out if I'm Allowed to Work

While Dr. Mason was gone, I started re-writing my notes from my meeting with Velma and I developed a call list to begin my assignments at 11:42am. Velma returned to the office approx. 11:54 looking bewildered and told me that she was told not to let me do any work yet. One minute later she walked into her office to answer the phone (since I wasn't allowed to do it.), and then said "Michelle, Donna said that Woody wants you to come to her office." So I left my work took my purse and proceeded to Ms. Brannon's office. Once on the 5th floor I inquired where to find Ms. Brannon's desk. She was sitting and talking on the phone. When I sat down behind her she turned around with a big smile and said "Hi!" as if it was good to see

7 of 11

me. When she finally got off the phone she turned around and said "I don't know what Woody wants with you he just told me to ask you to come and wait for him -- I'm sure he'll be here soon." I started to develop a migraine (which I still have 3/27/03) and held my nose bridge and looked at the clock and noticed it was 2 minutes after 12noon. After approx. 10 minutes (12:12pm) Ms. Brannon turned to me smiling and said "I'm sorry this is taking so long I'm sure he'll be here soon." She left the room for a few minutes -- smiled upon her return and sat at her desk.

## Termination by Mr Hopper

12:25pm Mr. Hopper appeared and asked me to follow him in a little less demanding demeanor. We walked into a lady's office and he asked her to give him some paper from her printer, when she did -- he asked her for more. He said he wanted a lot. We proceeded to an empty room. He asked me (instead of demanding, which was the way he made all of his previous requests) to have a seat. He proceeded to tell me that my mother's involvement in my getting hired was illegal and he wanted me to write a statement telling how I got this job. I asked him "Was my mother aware of that?" He said "That's between Margaret and I." I asked him "How was my mothers involvement illegal?" He said because she "influenced your hiring." I said "How did she do that?" He told me to write down my statement {in a more demanding tone}. Then, I said "Hold on a minute -- I came here to help Velma Mason, it was something that I volunteered to do after my mother mentioned that Velma needed help. I didn't come here for all of this drama." He said "There's no drama." I WAS FLOORED! I said "No drama -- No drama, -- I worked in this building before and after I was sworn in, I was taken to a desk, I sat down and began to work. Today I was made to wait in this office and that office and I was taken into a conference room and interigated by you, and now you want me to write a statement against my mother and you're tellling me that there's no DRAMA!" He said "THE ONLY DRAMA, IS THE DRAMA YOU'RE CREATING!"(in a very sarcastic tone). He proceeded to tell me that I needed to write the statement. I was very upset and feeling as if I was a part of a SET-UP or some sort of sting operation put in place by Ms. Brannon's false referrences that I would be working for Margaret Brantley (my mother) and Ms. Brannon contacting Human Resources to report a false wrong doing. I

responded by saying "You can fire me." The demanding expression on his face changed to a look of surprise and he said "No, I'm not saying that -- I already spoke with you earlier and wrote notes of what you said." I said "then those notes that you have should be enough." He became angry and said in a louder, commanding tone "YOU ARE A FEDERAL EMPLOYEE AND I AM DOING AN INVESTIGATION AND I AM ASKING YOU TO WRITE A STATEMENT FOR MY INQUIRY!" I said "I'm not doing it!" He said "Are you telling me that you refuse to write your statement?" I said "Yes!" He said "You are terminated immediately! -- Now, follow me!" He walked me to Ms. Brannon's desk and pointed at me with his finger saying "she is terminated immediately; now, do whatever you need to do for her to leave {in a very commanding tone}! Ms. Brannon told him that she didn't need to do anything and that I could just leave. Then, Ms. Hopper looked at me, as I turned to walk away, and said "Leave the building!" He said this with such a command, it was as if he were talking to an animal.

## Explanation to Dr. Mason

I went to Dr. Mason's office to tell her that I had been terminated and to give her the work that I had done. Ms. Brantley and Dr. Mason were in the office together having a discussion when I walked in at approx. 1:30pm. I said "I have been terminated -- I'm sorry Velma I can't work for you." My mother gasped and said "Why!" Dr. Mason said "What?!" and hung her mouth open with awe. I began telling them the facts of how Woody wanted me to write a statement against my mother trying to make me incriminate her of some sort of wrong doing and how I refused and he terminated me.

## Mr. Hopper's Hostile Confrontation

Just as I had finished my statement, I looked behind me only to find Mr. Hopper standing there listening. He said "That wasn't why you were terminated." I said "Yes it was." after a very childish volley of (yes you did - no I didn't) I put my hand up and said "WHATEVER!" Then, he said "I asked you to write a statement -- You refused -- You

were terminated!" I said "That's what I just said, you terminated me because I wouldn't write a statement (very excitedly)!" He said "That's not why you were terminated." I said "Your words just stated that fact to be true in front of 2 witnesses (Ms. Brantley & Dr. Mason)!" Ms. Brantley said "You just said exactly what she just said regarding the reason you terminated her." Then, in the most hostile voice; face and gesture, he pointed his ink-pen at my face and spoke as if he were talking to a dog -- "YOU HAVE BEEN TERMINATED, GET OUT OF THE BUILDING!!" He turned his pen towards Ms. Brantley and said "YOU! GO TO YOUR OFFICE NOW!" -- in the exact same manner he used with me. Then he pointed his pen in Dr. Mason's direction, who was sitting behind her desk, and said "GET THESE PEOPLE OUT OF YOUR OFFICE(in a highly commanding and hostile tone)!" I looked him in his eyes and pointed at his pen and said "YOU NEED TO PUT THAT PEN DOWN AND STOP POINTING IT IN PEOPLES FACES TRYING TO ACT LIKE YOU ARE SOMEBODY'S DADDY IN HERE (using a very angry tone)!" I had never felt so verbally abused and embarrassed to be spoken to in that manner, in a public environment, in my entire life. His face turned extremely red and he had a look of rage on his face and he yelled at me with his pen pointing at me "HEY!!!" In an instant reaction, I replied with rage "HEY!!" Ms. Brantley stepped up and said "Wait a minute now -- what's going on?" Woody looked at her and said "YOU NEED TO GO TO YOUR OFFICE NOW!" He spoke as if, when he looked at her he saw an animal instead of a human. Ms. Brantley said "This is one of my offices that I work with and I have business here." He gave Dr. Mason a threatening look and pointed his pen at her and said "I suggest that you tell them to leave your office now! -- make them leave!" He spoke to her as if he was a parent reprimanding his child. Ms. Brantley re-stated that this is one of 14 offices she has to work with and..... he cut her statement off and said "IF YOU DON'T GET OUT OF THIS OFFICE RIGHT NOW I'M GOING TO TAKE YOU UP TO MCDIVETT'S OFFICE AND HANDLE THIS THERE (in a very threatening tone)!! Ms. Brantley said "then, let's go to his office."

# Our Exit

Woody walked out in front of us quickly. I told my mother, loud enough for Woody to hear "I'm going to the Credit Union. Do you

10 of 11

need anything mom?" She replied "No." I asked her was it legal proceedure for him to fire me, because I didn't work for him or her. She said that she wasn't sure and told me to ask Wayne Jordan on the 1st floor.

## Mr. Hopper Tries to Intimidate

I went to the 4th floor heading to the Credit Union and noticed my mother walking with Mr. Hopper going in the opposite direction. Ms. Hopper gave me a threatening stare for approx. 5 seconds so I tried my best to show the same emotion as I looked at him in return. He lowered his head but I continued to watch for further actions from him.

## Conclusion

I completed my business in the Credit Union and sought after Wayne Jordan Approx. 1:50pm. After speaking with Mr. Jordan (2:30pm) I visited other offices to get a perspective and/or opinion of the days events; returned to Dr. Mason's office until 4:00pm, re-counting the events of the day and assuring her that if I could ever be of service to her, contact me without my mother's involvement.