# EXHIBIT FIVE

Amendment to Discrimination Complaint
OS-03-017
Reprisals

I am requesting to amend my compliant of discrimination to add these additional claims of working in a hostile environment.

I am an Administrative Officer GS-341-11. November 1, 2005, I was moved out of my office Room 2739 and detailed the Office of Budget Management to perform the duties of an Administrative Officer GS-12.

January 7, 2005, I met Mary Jane Miller, new Director of the Office of Budget Management where I am detailed. Iris Winston introduced her to me. Mary Jane asked me then "Do you do the timecards"? Iris and I both told her that Karen is the one that handles the time cards I welcomed her to the group and left. The next time I met Mary Jane Miller was when Debbie Clark brought her into my office later that same day and introduced her to me and we acknowledged that we met. Mary Jane asked again who did the time cards and I told her Karen. Mary Jane Miller then asked "How did you get in your position" the way it was asked, I said "Debbie" pointing to her at the same time. Debbie said we have a large Administrative staff and Margaret so graciously volunteered to be detailed here to help out and Debbie stated to Mary Jane—this position is being advertised. Debbie had told me that the position is being advertised and that I may apply for it if I wanted. Debbie told me of the position being advertised before I physically moved on the detail November 1, 2005. I was moved with all my belongings including telephone.

I knew after the way Mary Jane asked me the question and for sure after Debbie's response that Mary Jane Miller did not want me to work with her. Also, I did not volunteer in any form Debbie to be detailed to work in budget. I was told by Debbie that I was going and I e-mailed Debbie and asked her "Why was I being detailed" and Debbie responded by saying that Juanita Mullen left (who was the Administrative Officer, GS-341-12) and Karen Needy is out because her mother is ill (who is the Secretary GS-318-7) and it was thought you would be best qualified person..

When I found out I was being detailed for 120 days, I requested a temporary promotion. This request was done twice to Debbie by e-mail and she never responded to me directly. I was told by Victor Christensen then Acting Director of Budget Management that the position is being advertised and that I could apply for it and that it would be advertised for only two weeks. The position was advertised on December 22, 2005 and closed on January 14, 2005, (longer than two weeks). I applied online for the Administrative Officer GS-341-12 position on December 23, 2005.

On January 12 or 13, 2005, while on Sick leave due to a back strain, I received a phone call from Sally Hampton telling me they were moving me out of my office and placing me in with Emily Thomas. She asked if I could come in Thursday and I told her no that I

would possibly come in on Tuesday the following week. I also told her that I would not be able to pack anything due to my back injury and she said no problem Matt Cravatt would assist me. On January 18, 2005, once I got to work I noted there were no boxes for packing and that the movers came around 8:00 to move me and nothing was packed so they said they would come back later that day. Boxes were delivered and I started to lift things I thought I could and re-injured my back.

I had requested and was granted annual leave for the week of the January 17th before I strained my back. Once I re-injured my back and left for the day I called both Sally and Mary Jane Miller and told them I would be taking the rest of the week off. I told Sally that I re-injured my back and that I would take the day I came in to move, on the 26th of January since I had been approved for time off already for the January 18th..

Prior to my move to the detail, I was told by Sally Hampton that I would have my own office. I first moved in with Karen Needy until they gave her an office to herself. Once Karen moved out, I was told that I would keep the office Karen and I shared and no one would be moving in with me. Before I finished arranging my office to suite me, I doubled checked with Sally to make sure no one would be moving in with me and was assured that no one would be sharing the office with me.

On February 2, 2005, I called Donna Brannon to ask the status of the position for which Debbie had advertised for an Administrative Officer GS-341-12 which I applied for on-line on December 23, 2005. Donna Brannon stated the position was cancelled and I asked "why". Donna hesitated for a while so I asked "they did not tell you why they cancelled" and Donna replied "yes they told me". I said "you can't tell me"? She said that they did not want to hire at that grade level..

If I had not inquired about the position, I would not have known it was cancelled.

On around the week of January 24, 2005, Karen Needy told me and Emily Thomas that Mary Jane did not want us to have a key to the office I moved from and into with Emily. (Mary Jane made my old office into an addition conference room). It seemed strange. This was a conference room. It was also next to Mary Jane's office and there are locks on the inside and outside of the door that lead to Mary Jane's office. Karen went on to say that Mary Jane only wanted Karen and Mary Jane to have access to the area.

I feel that this is reprisal to cause me more mental harm and humiliation. I am more stressed due to these actions of not being promoted as others have been by Debbie Clark. I cannot sleep and have problems during any work around my home and elsewhere.
I am depressed and going keeper into that mode and I don't see anyway out. I am tearing up as I write this. I seem to cry for nothing and for things of this nature.

February 11, 2005, I met with Debbie Clark and asked "What can I do to receive a promotion"? She responded by saying that "she did not know". Debbie stated that she had Iris, Daphne, Juan, and Hugh Ann. She told me how Juan is supervising and that supervising and working independently are key factors for promotion. Debbie also asked

me "what did I do"? I proceeded to explain my function as an Administrative Officer working for the Assistant Secretary-Indian Affairs and all the offices under him. I spoke of space. Debbie immediate stated that Matt perform those duties. I spoke of how I trained Iris, and she said that was not true. I went on to name Daphne and Diane as well. Debbie stated that before Matt it was Steve. Steve was/is a GS-13 and I stated that Steve was during the duties for Bureau of Indian Affairs and I was during the duties for Office of the Secretary.

I mentioned how I felt to Debbie that she did not know me or what my qualifications are or what I did and she agreed. I told her I would give to her my resume. I told her I would also give to her the position description that is assigned to me that is incorrect and she stated regarding the position description that all she had to do was to change the language to it. I also mentioned how duties were added to the incorrect position description as an incretion of duties. Debbie mentioned how she had given me the Assistant Secretary budget account and how I did not do the reconciliation for that office and how she came to me twice for information. I told her that I was told to hold off with during that reconciliation by Iris and she said she did not tell me. I asked if she tells Iris what to tell us and she said no. She again stated that "I did not tell you not to due the reconciliations" I said "no you did not".

I was detailed before everyone really began during the reconciliations for office budgets. Also, Debbie did not give me the information I needed for the reconciliation when the other received theirs and Iris had said wait until she meet with Debbie on some issues. This was done before my detail. Therefore, I did not have the time to perform this new type of function that was requested of me--through Iris by Debbie. While I was on the detail, Iris called me and told me that I was only to handle the budget for the Office of Budget Management as their Administrative Officer.

Iris serves as Debbie's right hand person and when Iris tells offices to do something she is recognized as Debbie saying it. Sally is Debbie's right hand person also as she is serving as liaison between Debbie and me as my supervisor. Debbie is my direct supervisor of record. Debbie is/was also the supervisors of the following employees who she directly promoted or had assistance in promoting: Iris Winston, Victor Hodge, Daphne Berwald and Juan Price. Iris, Victor and Juan are relatively new employees in respect to Daphne and me.

Remedies:

    I want compensatory damages, mental anguish damages.

    I want a GS-12/13 right away

    I want a GS-14 upon retirement.

    I want my own office if I remain an Administrative Officer only.

    I want back pay to 1989.

    I want at least 5,000.00 cash award for 2003 for handling all offices under/including the Assistant Secretary – Indian Affairs.

    I want additional compensation for training Daphne, Iris and Diane on how to do my work

    I want attorney fees.

These types of actions are systemic in nature towards me.

|  |  |  |
|---|---|---|
| Margaret R. Brantley | ) | |
|     Complainant | ) | EEOC No. 100-2004-00917X |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. Department of the Interior | ) | Agency No. OS-03-017 |
|     Agency | ) | |
| | ) | |

Amendment to Complaint

On April 25, 2005, when I cam into the Office of Indian Energy Resource Development where, I am detailed about 7:35. The Director, Mr. Robert Middelton said to me before ~~me~~ took off my coat "Margaret, we got to talk". After I took off my coat and got a pen and paper for the meeting, I went into his office. Mr. Middelton proceeded to say I can no-longer trust you. Did I not tell you that I did not want a wall? I said no you said why did we need a wall. And I told him that Harry said that he had spoke with him and he was in agreement with putting up the wall. Mr. Middelton said he never talked with Harry before Thursday. I told him that I did not want to be working in a kitchen. Mr. Middelton stated that "you should be lucky you are not sharing an Office. He ask me why would he be in agreement with putting up a $5000.00 wall. I told him that I was told that it would only cost $1.500.00. I told him to call Harry and Matt into this meeting so we can get this corrected. Mr. Middelton said he will. Around 2:00pm Matt and Harry arrived to my office and we went into Mr. Middelton's office. Mr. Middelton stated the reason he called this meeting was because he was hearing conflicting information regarding the wall. Harry began stating that "when I spoke with you" meaning before

Thursday you didn't seem to be in agreement with the wall going up and you said you would talk with Margaret about it. You did not tell me no. I injected and said Harry did you tell me that you spoke with Mr. Middelton and he was in agreement with putting up the wall? Harry hesitated and Bob injected and said to Harry I been told you do good work you are not to worry Margaret pushed it because she want a wall. I said yes I want the wall because like I said this morning I don't want to be in a kitchen. Matt stated that Harry was not a good worker and Mr. Middelton went on to say that everyone but Matt feels you are a good worker. Harry stood up and shock Mr. Middelton's hand and then mine and left.

Since the meeting was adjourned, I left. I later went back into Mr. Middelton's office and told ham that I wanted him to think about this "If I was not sure as to what Harry said about you being in agreement with the wall going" why would I asked Harry to e-mail you and me with the cost and time he would be putting up the wall.

On Tuesday, April 26, 2005 around 9:00 Mr. Middelton told me that he talked with Sally and Debbie Clark and told them about the wall incident and also told them he could not work with me. He told me I would be moving back under Debbie Clark as soon as possible. I said ok and left his office.