# EXHIBIT SIX

AFFIDAVIT

City of:     ~~Fairfax~~        )
                               )
                               )
County of:   Fairfax           )
                               )
                               )
State of:    Virginia          )

I, James McDivitt, race (        ), color ( White ), sex (male), age 56 and (prior EEO activity), make the following statement freely and voluntarily to William Conley, who identified himself to me as a Contract Investigator, with the firm of CompuCon Incorporated, on contract with the Complaints Processing and Adjudication Unit, Office of Equal Opportunity, U.S. Department of the Interior, investigating a complaint of discrimination. Knowing that this statement may be used in evidence, I understand it is not confidential and may be shown to any interested party who has a right to know. I hereby swear that the following answers are true and correct to the best of my knowledge and belief.

This statement is given in relation to a complaint of discrimination filed by Margaret R. Brantley (Complainant) on July 2, 2003, and amended on August 25, 2003, against the U.S. Department of the Interior, File number OS-03-017. Below are the issues accepted for investigation.

The Complainant alleges that she was discriminated against on the basis of her race (African American), color (black), sex, (female), age, (55) and reprisal (prior EEO activity) when she was subjected to the following incidents of harassment:

    a)    On July 22, 2003, in a meeting held with the Directors you were informed by your supervisor that you would not be receiving a computer that would enable you to perform your daily duties.

    b)    On August 4, 2003, you were removed from your position and your work was disbursed among three other employees, you were placed in a division under another supervisor, and disallowed to communicate with clients or go the Main Interior building to complete your work.

    c)    On August 8, 2003 you were asked about an assignment that was given to someone else to do.

Initials _____                                           Exhibit No. _
                                                           Page 1 of 4

    d)    On August 12, 2003, you were asked by your supervisor to submit copies of all e-mails you received that you responded to and no other staff member was asked to submit their e-mails.

Please provide responses to the following to the best of your knowledge and belief.

1. Please state the organization, complete address, the title, series and grade of the position to which you held prior to your retirement and the date of your retirement.

Response *DOI - ofc. of th Secretary, 1849 C St NW, Wash, DC*
*Deputy Assistant Secretary, ES-4*
*Retired 6/14/03*

2. Please state whether you were the Complainant's immediate supervisor and list the dates you supervised the Complainant.

Response

*Check personnel records. I don't know if I was ever her supervisor of record. She reported to me after Linda Richardson retired.*

3. Please state whether you were aware the Complainant would not be getting a computer to do her daily duties? If so, please explain when and how you became aware and your role, if any, in the decision.

Response

*Not aware*

Initials [signature]

Exhibit No. ___
Page 2 of 4

4. Please explain whether or not the Complainant already had a computer to perform her daily duties. If so, please state the reason the Complainant needed another computer to perform her daily duties.

Response

She had a computer but it did not have connetivaty outside the BIA network. She needed access to a computer connected to DoI for contracting.

5. Please explain whether the Complainant was required to go to Main Interior to complete her work.

Response

I don't know

6. Please state whether the Complainant performed identical duties as did other Administrative Officers in your organization and explain whether or not you supervised the other Administrative Officers in your organization who perform the identical duties as the complainant. If so, please identify by name and the GS grade level for each.

Response

I don't know. I didn't supervise others.

7. Please state whether or not your are aware of the Complainant's involvement in prior EEO Activity; when you became aware of her involvement in prior EEO activity; and please explain whether or not you were involved in the Complainant's prior EEO activity.

Initials ____

Exhibit No. ___
Page 3 of 4

Response

*Linda Richardson told me Margaret came to work for her as the result of an EEO settlement.*

8. Please provide additional comments, if any, that you feel are relevant to the accepted issues/allegations that will assist the agency in resolving this matter.

Response

*None*

I have reviewed this statement consisting of ___ pages, and hereby swear by my signature that it is true, correct, and complete to the best of my knowledge and belief. I have initialed each page and signed the statement below. I understand that this statement may be used in evidence, and that it is not confidential and may be shown to anyone who has an official need to know.

_James A McDuitt_          2/11/04
Signature                  Date

SUBSCRIBED TO AND SWORN BEFORE AT:

_____
(City, County, State)

ON THIS _____ DAY OF _____ 2003

_____
EEO Investigator/Notary

Initials: _____                    Exhibit No. ___
                                   Page 4 of 4