# EXHIBIT SEVEN

 **Diane Murth**
09/02/2003 10:09 AM

☐ Return receipt

To: Daphne Berwald/DC/BIA/DOI@BIA, Margaret Brantley/DC/BIA/DOI@BIA
cc:
Subject: Assignment of work

Hi...........I am just putting in writing the way we have agreed to break up the assignment of work.  Once in a while we might have an assignment that crosses over, and we just can't tear it apart,....so I'll just decide which one of you to give it to.

Daphne:    External Affairs:
           Congressional Affairs
           Public Affairs

           Woodie's Office and Human Resources Management

           Federal Acknowledgement

           Policy, Planning


Margaret:  Immediate Office of AS-IA

           Chief Financial Officer (occasionally when Iris needs us)

           Chief Information Officer (they have 2 administrative officers now..limited workload for us)

           DAS-Policy and Economic Development
                Gaming, Self Governance and
                Economic Development