# EXHIBIT TWELVE

VICTOR CHRISTIANSEN

Page 1

1   IN THE MATTER OF:

2   _____

3

4       MARGARET R. BRANTLEY

5           Complainant,

6                                           COMPLAINT NO.

7                                           OS-03-017

8       vs.

9

10      OFFICE OF SECRETARY, OFFICE OF THE ASSISTANT

11  SECRETARY FOR INDIAN AFFAIRS

12          Respondent.

13  _____,

14

15

16          TRANSCRIPT OF PROCEEDINGS in the above-entitled

17  cause of action, of the examination of

18  Victor Christiansen, before the EEO Investigator, Eddie

19  Neal, on the 1st day of September, 2005, beginning at

20  the hour of 2:14 p.m.

21

22

23

24  BY:  Sandy Oddone

25

Exhibit F5
Page 1 of 5

VICTOR CHRISTIANSEN

Page 2

PROCEEDINGS

BY: Eddie Neal

Good afternoon my name is Eddie Neal and I'm the EEO Investigator assigned to investigate the allegations of discrimination filed by Miss Margaret R. Brantley.

For the record, today is Thursday, September 1, 2005, and the time is approximately 2:14 p.m. The claims that I will be investigating are from an acceptance letter, which is date-stamped July 6, 2005, consisting of seven allegations.

Her overall allegation is that she alleges that she was discriminated against on the basis of race, African-American, color, black, sex, female. Her age at the time was 55 and reprisal for her prior EEO activity.

What I'd like to do before we proceed any further, is to first allow you an opportunity to identify yourself for the record and spell your first and last name, as well.

A. Victor V-I-C-T-O-R Christiansen C-H-R-I-S-T-I-A-N-S-E-N.

Q. Okay. Mr. Christiansen let me also administer an oath. Do you swear or affirm, under the penalty of

Page 3

perjury that the information you are about to provide will be the truth, the whole truth and nothing but the truth, to the best of your ability or recollection?

A. Yes, I do.

Q. Okay. What is your official title, series and grade?

A. Right now, my official title is Senior Policy Analyst, GS15 in the Office of Indian Energy and Economic Development.

Q. Okay. And how long have you been in your current position?

A. I've been in my current position since around late January or February or some time in February of this year.

Q. Okay. Now because Miss Brantley alleged certain basis that she feels she was discriminated against because of, I need to obtain comparable information from everyone I speak to. Your race for the record is?

A. African-American.

Q. And your skin color?

A. I'm black.

Q. Okay. Now we know your gender is male. Your age and date of birth?

A. I'll be 54 this month, 9/26/51. I'm currently 53 years old.

Page 4

Q. Okay. Now do you have any knowledge of any prior EEO activity that Miss Brantley might have been involved?

A. No, I don't.

Q. Okay. At any point were you -- did you ever supervise Miss Brantley?

A. Yes.

Q. At what period of time was that?

A. I was on a detail as a budget director and head of the Office of Budget Management and BIA, starting in May of 2004 until late January or early February of 2005. During that time, not immediately, and I can't give you a specific date, but sometime during that period Margaret Brantley came and worked for me, was assigned to work in that office.

Q. Okay. Now was she a direct report of yours or was she -- or where was she in your supervisory chain?

A. She was a direct report.

Q. Okay. Now during that period of time, was there ever any discussion between you and Miss Brantley as it might have pertained to her seeking some type of promotion?

A. Yes. Yes, I had a position there that was a grade level above Margaret's. It was being advertised. I encouraged her to apply for the position. I thought

Page 5

she would have been a very good candidate for the position. Of course, I never promised her a promotion, but she knew that she would be a good candidate, because I encouraged her to apply for the position.

Q. Okay. And what became of that position?

A. That position was never advertised. I can't say why. I don't know if it was racism or some other reason. For whatever reason, I could not get that position advertised.

Normally, it only takes a few weeks to get a position advertised. For whatever reason, the Personnel Office could not get their act together and get this position advertised.

In the final analysis, when I left that job, it was too late. It had never been advertised. This had never happened to me before, that it would take that long.

I went and questioned people in Personnel on a couple of occasions. At one point, they said, "well, they were told to hold up on it." Like with Debbie Clark, I checked with Debbie Clark. She said that wasn't true, that I should go ahead and advertise it. I went back and told them that Debbie wanted it advertised.

They himmed and hawed and said "we'll get to it

VICTOR CHRISTIANSEN

Page 6

1  just as soon as we can." Months and months passed. It
2  was never issued.
3     Q. Okay. Now do you recall who the people in
4  Personnel that you spoke with?
5     A. Donna Brannon.
6     Q. Okay. And what grade was the position that you
7  were seeking to advertise?
8     A. I don't recall. It was a one grade promotion for
9  Margaret if she did in fact get the position.
10    Q. Okay. Do you recall what the title of the
11 position was?
12    A. No. I could probably find out, if I went back
13 and looked at my records. Off the top of my head, it
14 was Administrative Officer or something along those
15 lines.
16    Q. Okay. Maybe this will help. Her position, based
17 upon what she told me, is that she's a GS11
18 Administrative Officer.
19    A. Right. So it would've been a GS12 position and
20 it would've been, it was probably Administrative
21 Officer.
22    Q. Okay. Now, being that you were in the position
23 from 2004 to some point in 2005, do you recall whether
24 it was in 2004 when you were -- when you attempted to
25 advertise the position?

Page 7

1     A. Yes. It was definitely in 2004.
2     Q. Okay. Now while we were off the record I told
3  you that there were seven allegations. We went through
4  the others. You said that you had no involvement with
5  any of those, so I'm not going to discuss any of those.
6        I also discussed the fact that she said she was
7  accused of nepotism. You said you had no knowledge or
8  involvement of that, so I'm not going to talk about
9  those either.
10       I want to stick a little bit more with her
11 promotion potential? How was it that she came to work
12 in your office?
13    A. She was just assigned there. I really don't know
14 the circumstances other than the fact that they were
15 trying to find a place for her. I was approached at one
16 point by Debbie Clark and said, "you know, we need to
17 find a place for Margaret, would you be interested in
18 having her in your office?" I said, "I would be," and
19 she was assigned to my office.
20    Q. Okay. Now while there, how did the next higher
21 level vacancy come about?
22    A. It was a vacancy that was -- I needed that type
23 of position in that office. I knew that before Margaret
24 got there. I talked about it with Debbie Clark before
25 Margaret got there. So, the position had nothing really

Page 8

1  to do with Margaret, other than the fact that she was
2  there, basically doing the work at the time when I
3  planned to advertise the position. So, they were
4  independent of each other.
5     Q. Okay. Now to the best of your recollection, who
6  departed the office first; was it you or was it Miss
7  Brantley?
8     A. It was fairly close to the same time, but it was
9  me. I was a few weeks before her.
10    Q. Okay. I asked that question because some of
11 things she said that occurred, she was talking about
12 some period in 2005, where she no longer had duties. I
13 was listening to your testimony. You indicated that you
14 were giving her work to do. Is that correct?
15    A. That's correct.
16    Q. Okay. So that's probably subsequent to your
17 departure that she was referring. Okay. All right.
18 Well, is there anything else that you can tell me --
19 well, let me ask this, what was -- did you find anything
20 unusual about your request to fill that particular
21 vacancy or to announce that particular vacancy?
22    A. As I mentioned before, it was unusual that I
23 couldn't get it done. I mean, as far as I knew, Debbie
24 Clark had given me permission. It was just a matter of
25 getting the PD to Personnel and them announcing the

Page 9

1  position. But like I said, the weeks went by and
2  nothing happened.
3        I went down to Personnel. A couple of times they
4  gave me different excuses. Then, at one point, they
5  said, "well, Debbie said not to advertise it." I went
6  back to Debbie. Debbie said, "Yeah, I advertised it."
7  I went back to Personnel and they said, "okay, but it'll
8  have to wait." And we just waited and waited. Every
9  time we went back, "yeah, we're getting to it, we're
10 getting to it." It just never happened.
11       That was very peculiar to me. I've never had
12 that happen to me before in my 31 years of government
13 service. I mean they may have some valid excuse, I
14 dont' know. It just seemed odd to me.
15    Q. Okay. Now did you ever speak with anyone other
16 than Donna Brannon?
17    A. Other -- in Personnel?
18    Q. Yes.
19    A. No. It was just Donna Brannon. She was the
20 person I was told that was handling it and the person I
21 was told to talk to. That's who I talked to.
22    Q. Okay. All right. Is there -- well, based upon
23 the reasons that Miss Brantley indicated, she felt that
24 things occurred because of her race, her color, her
25 gender, her age and her prior EEO activity.

VICTOR CHRISTIANSEN

Page 10

1  So, is there anything that would lead you to
2  believe that it was not announced because of any of
3  those reasons?
4      I'll go through them again, one by one. Let's
5  say because of her race, African-American?
6      A. To be honest, I couldn't say. The best I can say
7  or truthfully is that it just seemed like a strange
8  situation to me. It had never happened before in my
9  career and I just couldn't understand it. Whether it
10 had something to do with race or age or sex, I have no
11 idea.
12     Q. Okay. All right. Well I have no further
13 questions. Is there anything you'd like to add that
14 maybe I didn't ask, that you think may be of assistance
15 to me or anything you'd like to elaborate upon that I
16 did ask that you think may be of assistance to me during
17 my investigation?
18     A. No, I can't think of anything offhand.
19     Q. Allright. Well, based upon that comment, the
20 time is now approximately 2:25 p.m. That will conclude
21 this portion of the interview. I want you to hold and
22 make sure the tape took.
23     A. Okay.
24
25

Page 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25