UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET R. BRANTLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the United States )<br>Department of the Interior, )<br>)<br>Defendant. ) | Civil Action No. 06-1137 (ESH) |

FIRST CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant, by counsel, hereby moves for an extension of time to April 21, 2008 to file its reply to plaintiff's opposition to defendant's motion for summary judgment. The requested extension is merited for the following reasons:

1. Because of conflicting responsibilities in other cases, undersigned counsel will be unable to complete defendant's reply brief by the present deadline of April 4, 2008. In addition, over the next several weeks, undersigned counsel has briefing and discovery obligations in other matters that will necessitate approximately an additional two weeks to complete defendant's reply brief in this case.

2. Plaintiff's counsel consents to the requested extension of time to file defendant's reply.

3. Granting this extension of time would be in the interests of justice and would not result in any prejudice to plaintiff.

Wherefore, defendant, by counsel, and with plaintiff's consent, moves that the deadline for filing defendant's reply be extended from April 4, 2008 to April 21, 2008.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4218
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that service of the foregoing Consent Motion for Extension of Time to File Reply has been made on plaintiff's counsel through the ECF system.

                                                                         _/s/_____
                                                                         ALEXANDER D. SHOAIBI
                                                                         ASSISTANT UNITED STATES ATTORNEY