UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARGARET R. BRANTLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1137 (ESH) |
| DIRK KEMPTHORNE,<br>Secretary of the United States<br>Department of the Interior, | ) ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

UPON CONSIDERATION of Defendant's Consent Motion for Extension of Time to File Reply, and it appearing that good cause exists for the requested modification, it is this _____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, GRANTED, and it is further,

ORDERED that the deadline for filing defendant's reply to plaintiff's opposition to defendant's motion for summary judgment be extended from April 4, 2008 to April 21, 2008.

_____
U.S. DISTRICT COURT JUDGE