UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**MARGARET R. BRANTLEY,**           )
                                    )
      **Plaintiff,**         )
                                    )
    v.                            )   **Civil Action No. 06-1137 (ESH)**
                                    )
**DIRK KEMPTHORNE, Secretary**      )
**U.S. Department of the Interior,**)
                                    )
      **Defendant.**         )
_____ )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's [19] motion to dismiss, or in the alternative, motion for summary judgment is **GRANTED**, and the above-captioned case is dismissed with prejudice.

                                              /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Date: May 13, 2008