# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARGARET R. BRANTLEY

Plaintiff

vs.   Civil Action No. 06-1137 (ESH)

DIRK KEMPTHORNE, SECRETARY, DEPARTMENT OF THE INTERIOR

Defendant

## NOTICE OF APPEAL

Notice is hereby given this 3rd day of July, 20 08, that

Plaintiff, Margaret R. Brantley

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 13th day of May, 20 08

in favor of Defendant, Dirk Kempthorne, Secretary, Department of the Interior

against said Plaintiff, Margaret R. Brantley.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated: